Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Theresa Krenzer,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-6007

v.

Kyle Wilkins, et. al.,
Defendants

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the action is dismissed without prejudice.

Date: May 21, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk