22-cv-6440 / 24-cv-6007 415A

## UNIFORM APPEARANCE TICKET

UCS-150
(rev. 12/1/19)

**The People of the State of New York**

Date of Birth: 07 / 05 / 1991

Appearance Ticket # (if assigned): 

Arrest/Complaint #s (if assigned): 24-604078

vs **KEENAN P FISHER**

### DEFENDANT CONTACT INFORMATION

Address on ID: 424 EAST MAIN ST. APT. 3R PALMYRA NY 14564

Mailing Address: (if different than ID address)

Cell Phone: (585) 503-1961    Home Phone:    Email Address:

### CHARGES

You have been charged with the following offenses:

| Charge Description | Law/Section/Subsection |
|---|---|
| Unlawful Possession/Purchase of Body Armor | 270.21 |
| | |
| | |

| City/Town/Village of Occurrence | County of Occurrence |
|---|---|
| Property of the City of Syracuse | Onondaga |

### COURT DATE

You are hereby directed to appear in the following court to answer the above charge(s):

Court: **City of Syracuse Criminal Court**

Location: 505 South State Street, Syracuse NY 13202

Part/Room: Part 4 - Criminal Court

Date: 12 / 18 / 2024

Time: 09 : 00    AM ☐ PM ☑

*If you do not appear to answer the above charges, a warrant may be issued for your arrest, and you may face additional charges that could subject you to a fine, imprisonment or both if you are convicted. NOTICE: You are advised to consult an attorney as soon as possible regarding this matter.*

Arresting Agency: Syracuse Regional Airport Authority Police Department

Signature of Issuing Officer    Shield: 3268    Command/PCT/TZS:    Date: 11/05/2024    Time: 18:27    AM ☐ PM ☑

[ Print ]                                    [ Reset form ]

STATE OF NEW YORK
SYRACUSE CITY CRIMINAL COURT
COUNTY OF ONONDAGA

TO BE HEARD IMMEDIATELY
DEFENDANT-PETITIONER'S
OMNIBUS MOTION
Case No: CR-13148-24

KEENAN FISHER

*RED RIGHT HAND RIFLE SYNDICATE LLC OWNER,*

*GALACTIC OUTFITTERS LTD LEAD ARMORER and*

*faithful KEEPER OF THE WAY OF THE MANDALORE*

*Defendant-Petitioner,*

-VS-

THE EMPIRE State of New York,

KATHY HOCHUL, in her official capacity, as Governor of the State of New York,

LETICIA JAMES, in her official capacity, as Attorney General of State of the New York,

STEVEN G. JAMES, in his official capacity, as Superintendent of NY State Police,

ROBERT RODRIGUEZ, in his official capacity as Secretary of State, NY Dept of State *and*

*CITY OF SYRACUSE;* MAYOR BEN WALSH in his official capacity,

WILLIAM J. FITZPATRICK, in his official capacity, as Onondaga DA

OFFICER #3268, in his official capacity, as SYR Regional Airport Authority Police

*Respondents,*

---

*"Armor is heavy, yet it is a proud burden, and a man standeth straight in it." — Mark Twain*

I, Keenan Fisher, Lead Armorer and an Instructor at the family business Galactic Outfitters Ltd in Mississippi and faithful Keeper of the Way of the Mandalore, affirm under penalty of perjury:

(1) I am the innocent party and defendant-petitioner in this matter, and submit this Affirmation in support of the following Omnibus Motion, which was prepared for 12/18/24 and has been updated for submission 4/15/25.

(2) This Affirmation is made upon personal knowledge and information and belief. The grounds of my knowledge and the sources of my belief are familiarity with all applicable NY and federal

laws on body armor, conversations with untrained and unconstitutional SYR officers on 12/5/24
and untrained state officers on other occasions, and a review of our legal files on the matter of
the malicious prosecution and other crimes under color of law against us by NYS employees
beginning in October 2021 and seemingly continuing here in retaliation for my bringing a
lawsuit for malicious prosecution/unlawful seizure/etc.

(3) I am a dealer of multiple brands of body armor, beginning as an FFL08 and AECA in 2021
[business documentation Exhibits A], then bringing my experience to my dad's new FFL01
Galactic Outfitters Ltd in May 2024 [business documentation & USCCA RSO certification
Exhibits B] in the free state of Mississippi. To further family business goals I am pursuing
ongoing Instructor credentials through USCCA (CCHDF Instructor, Defensive Pistol Instructor)
and TCTI (Tactical Rifle/Shotgun Instructor) [Exhibit C] along with Stop the Bleed emergency
medical training [Exhibit D], and acquiring Civilian Marksmanship Program credentials to host
4H and other ranked competition at the National Matches, along with various armorer
specialties. I've acquired MS reciprocating Concealed Carry permit [Exhibit B4X] and multiple
pistols for Instructor trainings and invested significant time and training in my profession,
including two identical NY "assault" designated handguns on the same 4473 for MS classes (per
18 U.S.C. § 923(g)(3) and 27 CFR § 478.126a purposefully triggering a Report of Multiple Sale
of Pistols ATF Form 33310.4 to train my dad and inviting the extra scrutiny of FBI, ATF and
local LE in my background check, which passed within 48 hours) [Exhibit O]. I am a law
abiding tradesman, and the *Beskar'gam* I wear and sell is intended only for lawful purposes and
indispensable to the free exercise of my profession *and* faith.

(4) Spiritual leadership of the Way of the Mandalore, the 501c3 Mandalorian Religious
Movement, provides a statement of our community's good intent and asks for the respect and just
decision of the Court in this matter [Exhibit E], as the challenge we present to these
unconstitutional laws affects our entire community's ability to freely travel and practice our faith
within the Empire state.

(5) On December 5, 2024, the defendant-petitioner had their TSA approved Articles of Faith
("body armor", "Beskar'gam") unlawfully seized from inside their luggage, was publicly
interrogated for over an hour and charged by misdemeanor complaint with Criminal Purchase /
Possession of Body Armor in violation of Penal Law §270.21, threatening to hinder timely
boarding to an industry event [Big Pop Gunshow in MS, Exhibits F] and violating constitutional
rights. This is the second time my same armor has been unlawfully seized, the first being
1/27/22.

(6) NY Officers are systemically untrained in the regimes' gun control and "body armor ban"
laws as they do not have to personally follow them, which has exposed itself to
Defendant-Petitioner and family with the malicious prosecution terminated 2/14/23, with
untrained NYSP on 7/18/23 citing a warning against 270.20 after an extended baseless detention
[Exhibit G], with untrained police on other occasions interrupting picnics and dinner to say only
they could wear armor and push for arrest, and revealing itself again 12/5/24 with
Defendant-Petitioner being robbed after politely educating constitutionally offensive officers on

144-a and the 270.20's thru dos.ny.gov/body-armor on their phones. SYR officers admitted they "had never heard of Eligible Professions" meaning they have received *zero* training to enforce these unconstitutional laws, and when happily provided with proofs of employment, commercial destination, receipt of lawful 2021 demo unit purchase [Exhibit H], and respectful request for religious accommodation equivalent to Homeland Security Directive 15.9.3.1 [Exhibit I] concerning the articles of faith, police said 'prove you're an armorer to the judge' to get property back, requesting a "body armor dealer license" which could not be provided because one does not exist according to the Department of State's own Body Armor FAQs:

*Q4: Do I need a license to sell body armor?*
*A4: No, a license is not required to sell body armor…*
*Q5: Do I need a license to buy body armor?*
*A5: No, a specific license is not required to purchase body armor…*

Defendant-Petitioner has respectfully submitted 35 "eligible professions" requests and the Mandalorian faith to the NYSDoS approval process as a Keeper and vendor of defense articles to restore the right to body armor to my clients and religious community; every request was flatly denied [Exhibits J].

(7) SYR Officers said Defendant-Petitioner was flagged for "pending charges" concerning the state's 116 felony malicious prosecutions dismissed finding the prosecution violated x2 counts 210.35 [Exhibit K], ordered sealed on 2/17/23 [Exhibit L]. This is an egregious violation speaking to years of rights abuses under color of law, as § 160.50 demanded our records reflect our innocence and police destroy all maliciously gathered data, typical of Respondents systemic misconduct toward Defendant-Petitioner and partner and their lawful commerce.

(8) Today, this malicious prosecution and unlawful seizure has already sustained 131 days of constitutional violations of my 1st Amendment Religious freedoms, my 2A right to bear arms *and* armor, and 14th Due Process rights- ignoring the Empire's own unconstitutional laws as written to do so. Mayor Ben Walsh was served a Notice of Claim to the city of Syracuse by certified mail [Exhibit M] on or around 12/16/24 and provided digital copy on 12/13/24, inviting him to the first court date (requesting restitution of property and $20,350 in damages sustained between 12/5/24 and 12/18/24). Defendant-Petitioner was supposed to be married to partner 12/13/24, but a Mandalorian cannot get married without armor. Syracuse is liable for its employees' damaging unconstitutional acts under color of law, and I call again on the Mayor for damages and apology.

(9) The defendant-petitioner was unjustly arraigned December 18, 2024 by False Accusatory Instrument, in the second unlawful property seizure and malicious prosecution of the same Exempt professional by the Empire State Disarmament Regime. Entertaining this 270.21 farce is a waste of this Court's time and my family's business' money to benefit only retaliation by the Empire, certainly not public safety (Defendant-Petitioner was, of course, allowed to fly on 12/5/24 and can't be argued a threat to public safety).

(10) Defendant-Petitioner respectfully demands this case be heard immediately in the interest of justice and minimized damages, and challenges DA Fitzpatrick's office to lay down the Empire's

evidence and theory of prosecution now as I stand ready to defend myself, my family, my religious siblings, and the People of New York with legal clarity, and this unconstitutional state does not deserve another hour of the People's time to fumble for imaginary justification on violating our constitutional rights. If the DA cannot defend this malicious case right now, they have no case at all and must admit these criminal proceedings were not initiated in good faith, but to further harass and interfere with Defendant-Petitioner in retaliation for an ongoing lawsuit for previous malicious prosecution...

(11) It has now been 131 days since this case's instance of egregious constitutional abuse occured on 12/5/24, but 1,174 days of taxpayer funded abuse and crime under color of law have transpired for Petitioner and family since the state kidnapped us 1/27/22 in 22-07-085A&B. The Onondaga DA has already offered ACD to drop the malicious prosecution after a year of "good behavior" but keep my armor, knowing they have no case. That's not justice, that's a strongarm robbery. I reject all of the DA's offers and requests flat out as they are the criminals having violated NY Penal Law § 175.30 (Offering a false instrument for filing), NY Penal Law § 210s (falsely swearing), NY Judiciary Law § 487 (Misconduct by attorneys), and Conversion of my property (per PJI 3:10) interfering with my wedding plans, daily religious expression, and livelihood.

(12) Having served Syracuse and NYAG with Notices of Claim and Intent respectively, upon this Omnibus Motion, Defendant-Petitioner moves for the following relief from the Courts:

***PLEASE TAKE NOTICE** that upon the annexed Affirmations, accompanying Memorandum of Law, and all linked pleadings herein, the Defendant-Petitioner will move this Court, at 505 South State Street Syracuse NY 13202, on 12/18/24 at 9:00am, or as soon thereafter as counsel may be heard, for immediate Orders granting the following relief:*

A. *Pursuant to CPL § 200.95 an immediate Bill of Particulars for claiming the Defendant-Petitioner is not engaged in an "eligible profession", justification for deeming the 2021 purchase/possession unlawful, and reasoning for this charge beyond the orders of their "boss", including the ordering boss' name, with a similar Bill of Particulars ordered from that same individual. This will likely uncover prosecutorial misconduct and expose a retaliatory motive.*

B. *Pursuant to CPL § 245.20, the full and immediate disclosure of all evidence the prosecution intends to use, including the seized Articles of Faith; plus all communications (e.g., emails, directives, phone records) between the DA's office and any other agencies (e.g., NYAG's office, etc), any "investigative" material pursuant to this malicious charge; plus any training materials and proof of such compliance training for SYR police interpreting NYEL §144-a, NYGBL §396-eee, NYPLs §§ 270.20, 270.21, 270.22 before 12/5/24. This will likely uncover misconduct and further evidence a systemic lack of law enforcement training and inability to lawfully enforce vague and unconstitutional statutes.*

C. *Pursuant to CPL § 710.60, an order from this Court convening an evidentiary hearing concerning all such discovery "evidence," as the Empire has an established history of § 210.35, corruption, presenting fraudulent documents and lying to Magistrates, Courts and Grand Jury to maliciously prosecute Defendant-Petitioner and their family and interfere in legal interstate 2A commerce.*

D. *Pursuant to CPL § 710.20 and § 710.70, suppressing as evidence via legal purchase and possession and immediately returning Defendant-Petitioner's articles of faith unlawfully seized 12/5/24, and allowing the vindicated Keeper respectful religious accommodation to proudly don and peacefully leave this property wearing their reclaimed Beskar'gam.*

E. *Pursuant to CPL § 210.30, granting an immediate hearing to challenge the constitutional validity of NYEL §144-a, NYGBL §396-eee and NYPLs §§ 270.21, 270.22 along with all necessary relief as requested herein.*

F. *Dismissing the malicious criminal charge against the Defendant-Petitioner pursuant to CPL §§ 210.20 and 210.10 on the grounds that NYPL § 270.21 is unconstitutional and its arbitrary and maliciously ordered mis-enforcement via False Accusatory Instrument violates the Defendant-Petitioner's rights under the United States and New York State Constitutions, while simultaneously*

G. *Leaving to Amend case caption from "State of New York v. Keenan Fisher" to "Mandalore v. The Empire," honoring the nature of the legal controversy surrounding Defendant-Petitioner's religious identity and its central importance to their work and this case. The constitutional question presented is of foundational importance to the Mandalorian community's free exercise of 1st Amendment religious liberties, free travel and free expression in NY in addition to the People's 2A undeniable right to wear armor.*

H. *Defendant-Petitioner respectfully requests that the Honorable Court take judicial notice of the ongoing administrative and tort claims arising from this unlawful conduct, and issue a nonbinding recommendation to the Mayor and City of Syracuse to review and resolve these claims in good faith, in order to prevent further civil litigation and to mitigate financial exposure resulting from the misconduct described in the present case, as requested in Notice of Claim, for replacement costs of $350 for NIJ 06 Certified RMA Level IV Plate Set (as the integrity of armor stolen by the Empire can no longer be functionally trusted it must be retrieved, retired in a place of honor and replaced), plus an award of Emotional Distress of $500 per day to Defendant-Petitioner from 12/5/2024 until the proper sealing of this 59th malicious state charge ($65,500 on day 131 4/15/25), plus very conservative award of $10,000.00 for DA's filing this obviously malicious 270.21 charge via false instrument establishing a clear pattern of repeated, retaliatory constitutional abuses and interference in Fisher's rights and protected interstate commerce after Hochul's Task Force was found guilty on two counts § 210.35 on 2/14/23 in 22-07-085A in Ontario Court.*

I. *Pursuant to CPL § 530.13, the court has authority to issue an Order of Protection to prevent ongoing harassment and threats to the Defendant-Petitioner's and partner Krenzer's safety and liberty from credible threats of Respondents' continued overreach and abuse under color of law. Defendant-Petitioner's partner is rightfully worried about another terrifying and legally baseless abduction and robbery as occurred 1/27/22, long term malicious prosecution, or more warrantless SWAT intimidation attempts as occurred 8/18/22 [Exhibit N].*

J. *Pursuant to Rule 37(a) / CPLR § 3124 to compel such discovery, Brady v. Maryland (373 U.S. 83) for constitutional violations information material to my and my family's ongoing safety in repeat malicious prosecutions and responding lawsuits, CPL § 245.20 demanding such mandatory disclosure in criminal cases, citing FOIL and FOIA provisions with repeated denied requests of bodycam records by counsels and individually, and the 14th Amendment Due Process Clause for refusing exculpatory evidence, an Order from this Court demanding release of any and all of Respondents' Interstate Task Force on Illegal Guns associated agencies' data and Metadata on Defendant-Petitioner and partner/previous co-innocent party Theresa Krenzer- all such data maliciously collected, utilized and retained unlawfully by NYSP, SIU, MCAC, ATF, JTTF, Ontario Sheriff's, Ontario DA, and NYAG's Office, among others- related to baseless investigations and criminal and constitutionally abusive interactions with Innocent Parties' business and family dating back to October, 2021 (including suppressed 8/18/22 bodycam of violent ATF/NYSP SWAT team assault on Defendant-Petitioner and partner Krenzer's home without a warrant with intent to intimidate victims into not suing), honoring discovery rules and constitutional principles, further establishing for this and other Courts the years long abuse and interference in interstate commerce committed by Respondents as Task Force leadership through their various law enforcement agencies and corporate associates.*

K. *Pursuant to CPL § 190.50, Defendant-Petitioner seeks an order from this Court compelling a Federal Grand Jury investigation due to reasonable belief of the family and community that Respondent(s), by and through their organized criminal enterprises operating under color of law (ie Hochul's Interstate Task Force on Illegal Guns), have established a clear and pervasive pattern of public corruption, unlawful harassment, malicious prosecutions, interference in interstate commerce, other criminal conduct and mass constitutional rights abuses against the Defendant-Petitioner and family, their business and other businesses, their religious community and the entire body of the People under color of law, with absolutely no benefit to public safety, in order to further an unconstitutional disarmament agenda.*

L. *An Order granting removal of the recaptioned case and following complaint and constitutional question is warranted pursuant to 28 U.S.C. § 1443(1) as Defendant-Petitioner will be denied or cannot enforce rights under laws providing for equal civil rights in a state or city court criminal proceeding. The state's 270.21*

*prosecution constitutes malicious prosecution and retaliatory enforcement in violation of Defendant-Petitioner's (and its policies in violation of the People's) federally protected rights, including those protected under 42 U.S.C. § 1983; delineated Class claims herein may involve matters of federal preemption and constitutional law, which fall under the jurisdiction of federal courts. Equally as inconvenient in travel for Defendant-Petitioner as Syracuse, District Court Judge Honorable John L Sinatra Jr is hearing closely related constitutional claims in linked case Heeter vs James in Buffalo and such just placement would allow attendance of Keepers' spiritual leadership from the 501c3's OH headquarters.*

M. *Respectfully, grant any and all further relief delineated in the Claims and Motions presented herein, any relief which becomes apparent as necessary to relieve damages of state misconduct uncovered in discovery, and all other relief which this Court finds just and proper.*

## THE MANDALORIAN DEFENSE;
## AN EMERGENCY APPLICATION FOR WRIT OF INJUNCTION, OR, PETITION FOR WRIT OF CERTIORARI AND STAY PENDING RESOLUTION

Defendant-Petitioner Keenan Fisher files this complaint against the above-captioned Respondents, in their official capacities as state officials responsible under New York law for administering and enforcing the State's new laws and regulations governing the wearing of armor outside the home. Defendant-Petitioner seeks declaration that New York's may-issue proxy "eligible profession" limitations on and meaningful restriction of the right to wear armor as enacted in Assembly Bill A10497 and as otherwise detailed herein as the "Body Armor Ban" are unconstitutional under the First, Second, Fourth, and Fourteenth Amendments to the United States Constitution, and have effectively banned the body of the People from wearing armor. Defendant-Petitioner also seeks permanent injunction compelling Respondents to refrain from enforcing these invalid limitations on citizens' constitutional rights. In support of their Complaint against Respondents, Defendant-Petitioner hereby presents the following constitutional question:

## CONSTITUTIONAL QUESTION:
## DO NY S.9407/A.1049 BODY ARMOR LAWS VIOLATE 2ND AMENDMENT?

In open retaliation against the Supreme Court's just decision in *Bruen* finding the state's "may-issue" firearms permitting scheme unconstitutional, New York passed a series of new

*intent to intimidate victims into not suing), honoring discovery rules and constitutional principles, further establishing for this and other Courts the years long abuse and interference in interstate commerce committed by Respondents as Task Force leadership through their various law enforcement agencies and corporate associates.*

K. *Pursuant to CPL § 190.50, Defendant-Petitioner seeks an order from this Court compelling a Grand Jury investigation due to reasonable belief of the family and community that Respondent(s), by and through their organized criminal enterprises operating under color of law (ie the Democratic Party, Hochul's Interstate Task Force on Illegal Guns), have established a clear and pervasive pattern of public corruption, unlawful harassment, malicious prosecutions, interference in interstate commerce and other criminal conduct and mass constitutional rights abuses against the Defendant-Petitioner and family, their business and other businesses, their religious community and the entire body of the People under color of law with absolutely no benefit to public safety in order to further an unconstitutional disarmament agenda.*

L. *In lieu of a Grand Jury inquiry, an Order granting removal of the recaptioned case and following complaint and constitutional question is warranted pursuant to 28 U.S.C. § 1443(1) as Defendant-Petitioner will be denied or cannot enforce rights under laws providing for equal civil rights in a state or city court criminal proceeding. The state's 270.21 prosecution constitutes malicious prosecution and retaliatory enforcement in violation of Defendant-Petitioner's (and its policies in violation of the People's) federally protected rights, including those protected under 42 U.S.C. § 1983; delineated Class claims herein may involve matters of federal preemption and constitutional law, which fall under the jurisdiction of federal courts. Equally as inconvenient in travel for Defendant-Petitioner as Syracuse, District Court Judge Honorable John L Sinatra Jr is hearing closely related constitutional claims in Heeter vs James in Buffalo and such just placement would allow more ready attendance of Keepers' spiritual leadership from the 501c3's OH headquarters.*

M. *Respectfully, any and all further relief delineated in the Claims herein or to which this Court finds just and proper.*

## EMERGENCY APPLICATION FOR WRIT OF INJUNCTION, OR, PETITION FOR WRIT OF CERTIORARI AND STAY PENDING RESOLUTION

Defendant-Petitioner Keenan Fisher files this Complaint against the above-captioned Respondents, in their official capacities as state officials responsible under New York law for administering and enforcing the State's new laws and regulations governing the wearing of armor outside the home. Defendant-Petitioner seek a declaration that New York's may-issue proxy "eligible profession" limitations on and meaningful restriction of the right to wear armor as enacted in Assembly Bill A10497 and as otherwise detailed herein as the "Body Armor Ban"

are unconstitutional under the First, Second, Fourth, and Fourteenth Amendments to the United States Constitution, and have effectively banned the body of the People from wearing armor. Defendant-Petitioner also seeks permanent injunction compelling Respondents to refrain from enforcing these invalid limitations on citizens' constitutional rights. In support of their Complaint against Respondents, Defendant-Petitioner hereby presents the following constitutional question:

**CONSTITUTIONAL QUESTION:**

**DO NY S.9407/A.1049  BODY ARMOR LAWS VIOLATE 2ND AMENDMENT?**

In open retaliation against the Supreme Court's just decision in *Bruen* finding the state's "may-issue" firearms permitting scheme unconstitutional, New York passed a series of new unconstitutional laws, including prohibiting its ordinary law-abiding citizens from purchasing or wearing body armor without providing proof of employment in an "eligible profession." In all but name, this new system is another "may-issue" licensing system. The new NY body armor laws deny second amendment rights to every citizen who fails to convince the state that he or she has "proper cause" to wear armor based on the new state-approved list of "eligible professions" with a discretionary approvals process. In *District of Columbia v. Heller*, the Court held that the Second Amendment protects "the individual right to possess and carry weapons in case of confrontation," 554 U.S. 570, 592 (2008), and in *McDonald v. City of Chicago*, the Court held that this right "is fully applicable to the States," 561 U.S. 742, 750 (2010). While body armor is not a weapon, it is justly protected by the Second Amendment as an undeniable right of the People. Squarely presented by this petition is the unconstitutionality of a New York regime that prohibits law-abiding individuals from wearing body armor unless they first demonstrate some form of "eligible profession" as no different than the "proper cause" doctrine that distinguished them from the body of "the people" protected by the Second Amendment in *Bruen*. This question is presented by proud Keepers of the Way of the Mandalore to simultaneously affirm the damaged 1st Amendment Free Religious Exercise of our siblings under the Helm to wear our holy articles, including body armor, according to the tenets of our religion without harassment by the Empire state. The Court must resolve this critical constitutional impasse and reaffirm lawful citizens' guaranteed and fundamental right to purchase and wear body armor for self-defense without state restriction. The question presented is: *Whether the Second Amendment allows a*

*state government to prohibit ordinary law-abiding citizens from purchasing and wearing body armor outside the home for self defense?*

**Relevant Statutes**

**NYS Executive Law § 144-a. Eligible professions for the purchase, sale, and use of armor.**

**NYS General Business Law §396-eee. Unlawful sale or delivery of body armor**

**New York State Penal Law § 270.20 Unlawful wearing of body armor**

**New York State Penal Law § 270.21 Unlawful purchase of body armor.**

**New York State Penal Law § 270.22 Unlawful sale of body armor.**

**PARTIES**

1. Defendant-Petitioner Fisher is owner of SRRS LLC and Lead Armorer (a body armor vendor and firearms sales consultant) and an Instructor in continuing credentials training at Galactic Outfitters Ltd (a MS FFL), and a practitioner of the Mandalorian faith (Keeper of the Way), with a vested interest in providing armor to lawful US citizens and their religious siblings to help save lives and pursue their constitutionally guaranteed liberty of a livelihood.

2. The proposed *Armored Class* is comprised of religious *Keepers of the Way of the Mandalore*, lawful New Yorkers who wish to wear body armor for self defense against common threats, and industry vendors who provide lifesaving armor to these would-be clients; members of the Class are meaningfully restricted in the exercise of 1st Amendment religious freedoms, 2nd Amendment right to bear and 14th Amendment Due Process rights and right earn to livelihood.

3. The Empire State of New York ("THE EMPIRE") is currently violating the federal Constitution via acts of enforcement by its employees and the anti-2A policies enacted in §144-a, §396-eee and §§ 270.20, 270.21 and 270.22.

4. Hochul, who exercises, delegates, or supervises all the powers and duties of the Governor and has built much of her political capital in her first elected term on unconstitutional anti-Second Amendment policies and mala prohibitum enforcement arrests through her Interstate Task Force on Illegal Guns, "Ghost Gun" Gunsmithing Ban, CCIA and Body Armor Ban. She is sued in her official capacity to be provided with Court's injunction to halt all such unconstitutional acts in relation to Body Armor and further unconstitutional anti-2A acts.

5. Respondent Steven G. James is acting Superintendent of NYSP, and he exercises, delegates, or supervises all the powers and duties of the New York Division of State Police, which is responsible for executing and enforcing New York's laws and regulations governing the wearing of body armor in public. His official address is New York State Police, 1220 Washington Avenue, Building 22, Albany, NY 12226. He is sued in his official capacity to be provided with Court's injunction halting current armor enforcement policy or further unconstitutional acts.

6. Robert Rodriguez is the Secretary of State of the New York Department of State, and he exercises, delegates, or supervises all the powers and duties of the New York Department of State, which is responsible in accordance with section 144-a of the Executive Law to establish

criteria for eligible professions requiring the use of body armor, a process by which an individual or entity may request that the profession in which they engage be added to the "list of eligible professions", and process by which individuals and entities must present "proof of engagement in an eligible profession" when purchasing body armor. His official address is New York State Department of State located at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231-0001. He is sued in his official capacity to be provided with Court's injunction to abolish current unconstitutional department body armor policies and halt all current and future unconstitutional acts.

7. Attorney General Leticia James is in charge of the marketplace prohibition relating to body armor sales that is codified in § 396-eee of the General Business Law from the official address of New York State Attorney General's Office 28 Liberty St, New York, NY 10005. She is sued in her official capacity to be provided this Court's permanent injunction enjoining her from prosecuting this unconstitutional armor policy beyond 270.20 prosecutorial enhancement, and halt all ongoing and future unconstitutional acts and prosecutions under color of law.

8. The City of Syracuse, a municipal corporation represented by Mayor Walsh, is liable for constitutional damages inflicted by its employees on 12/5/24.

9. William J Fitzpatrick is the Onondaga DA who on Dec 5th ordered Officer Hambuerger to affect the unlawful seizure of articles of faith and issue a malicious 270.21 after an extended conference with and on the direction of his "boss".

10. Officer Hambuerger (Badge 3268) is a Syracuse Regional Airport Authority Police officer who's first Sworn Duty is to Support and Defend the Constitution of the United States, but who on Dec 5th along with other SYR officers, admitted to having no knowledge of 144-a 'Eligible Professions' or relevant armor laws, yet arbitrarily enforced Fitzpatrick's "boss'" orders to violate Fisher's 1st, 2nd, 4th and 14th Amendment rights.

## INTRODUCTION

1. The Second Amendment to the United States Constitution guarantees "the right of the people to keep and bear Arms." U.S. CONST. amend. II. The Supreme Court, in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), made clear that the text of the Second Amendment protects equally the right to keep arms in the home and the right to bear them in public. "Nothing in the Second Amendment's text draws a home/public distinction with respect to the right to keep and bear arms." Id. at 2134; see also id. at 2135 (The Second Amendment "guarantees an 'individual right to possess and carry weapons in case of confrontation,' and confrontation can surely take place outside the home.") (quoting *District of Columbia v. Heller*, 554 U.S. 570, 592 (2008)). This guarantee protects the right of "ordinary, law-abiding, adult citizens" to "carry[] handguns publicly for self-defense." Id. at 2134.

2. At issue in *Bruen* was a New York law that granted licenses to carry concealed a pistol without regard to employment or place of possession pursuant to Section 400.00(2)(f) of the New York Penal Law (a "Handgun Carry License") to only those who could demonstrate to a licensing officer that they had "proper cause" for obtaining a Handgun Carry License. The licensing officer's determination was discretionary. Bruen struck down that requirement, holding that the Second Amendment precludes "licensing laws[] under which authorities have discretion to deny concealed-carry licenses even when the applicant satisfies the statutory criteria, usually because the applicant has not demonstrated cause or suitability for the relevant license." Id. at 2123–24.

3. In spiteful response to *Bruen* restoring a small portion of its citizens' constitutional rights, New York enacted the Concealed Carry Improvement Act (Senate Bill 51001, the "CCIA") and the NY Body Armor Ban (Assembly Bill A10497, Senate Bill S9407B). The "NY Body Armor Ban" compounds the injury of the CCIA by replacing NY's previous unconstitutional, discretionary "may-issue" pistol permit law with multiple unconstitutional, discretionary "may-issue" laws. The CCIA contains a slew of burdensome and discriminatory requirements for obtaining a Handgun Carry License—violating the First, Second, Fourth, and Fourteenth Amendments—and an additional slew of restrictions on Body Armor and the freedom to exercise the right to wear armor outside the home—in violation of the First, Second, and Fourteenth Amendments.

4. On June 6, 2022, capitalizing on the mass shooting tragedy in Buffalo, NY, Governor Hochul signed into law new restrictions on the purchase, sale, exchange, and transfer of life saving bullet-proof vests (then defined as "body vests") to spite *Bruen*. On July 1, 2022, Governor Hochul signed into law legislation to further "strengthen" gun laws, which also made technical revisions to the restrictions on body vests and which included body armor in such restrictions. Effective July 6, 2022, when not being engaged or employed in an "eligible profession", the purchase, taking possession of, sale, exchange, giving or disposing of body armor is prohibited. People engaged or employed in eligible professions include:

   1. Police officers;
   2. Peace officers;
   3. Persons in military service in NYS or military or other service for the United States; and
   4. Such other professions designated by the Department of State in accordance with section 144-a of the Executive Law.

   The Department of State was charged with developing rules and regulations to establish:

   - criteria for eligible professions requiring the use of body armor;

- a process by which an individual or entity may request that the profession in which they engage be added to the list of eligible professions;
- a process for the Department of State to determine such requests; and
- a process by which individuals and entities may present proof of engagement in an eligible profession when purchasing body armor.

5. "No longer will we allow the sale of body vests and armor to those who don't need them for work," Hochul said, passing the democrat disarmament regime's latest wave of unconstitutional assaults on the People. This statement of intent speaks directly to Respondents' unconstitutional motive.

6. As described in the body armor regulations, individuals or entities seeking to add a profession to the List of Eligible Professions must submit a request to the Department of State. Requests must be submitted via the CFA portal, a tool the Department has adapted to "receive and compile requests". Only requests submitted through this system are reviewed by the Department.

7. Under § 905.5 - Process for the Department of State to determine eligible professions, (a) In accordance with the authority provided pursuant to section 144-a of the Executive Law, and notwithstanding subdivision (b) of this section, the department may at any time in its discretion review a profession for the purpose of determining eligibility pursuant to this Part. Upon determining that a profession satisfies the criteria set forth in section 905.3 of this Part, the department may add the profession to the list of eligible professions in accordance with section 905.2 of this Part."

8. 905.3 - Criteria for eligible professions requiring the use of body armor states "a profession shall be deemed eligible by the department if the duties of the profession may expose an individual engaged in such profession to serious physical injury that may be prevented or mitigated by the wearing of body armor, or if the duties of the profession are necessary to facilitate the lawful purchase, sale, or use of body armor." NY PEN § 10.00 defines "Serious physical injury" as "physical injury which creates a substantial risk of death, or which causes death or serious and protracted disfigurement, protracted impairment of health or protracted loss or impairment of the function of any bodily organ."

9. Following the rules established by the Department of State, the Defendant-Petitioner, in their dual roles as industry representative of their clients and potential body armor purchasers Second Amendment rights and faithfully to their siblings under the Helm's religious rights as Madalorians, prepared and presented a nine page brief [Exhibit J1] to the DoS while completing

many CFA portal requests on behalf of clients and potential clients in associated fields and on behalf of Keepers of the Way.

10. Exhibit J1 identified TWENTY professional fields more dangerous than being a police officer supported by the *U.S. Bureau of Labor Statistics Census of Fatal Occupational Injuries* and the *OSHA Workplace Fatality Report* statistics. Statistically, being a police officer is only as dangerous as landscaping: patrolling and mowing lawns both having a Fatal Injury Rate of 12 workers per 100,000. The professional fields identified in Exhibit J1 does not include firefighters, paramedics, reporters, dealers and FFLs that had already been added to exemption.

11. The 2022 Officer Down Memorial Page reports 230 nationwide deaths in the line of duty, leading cause of these deaths COVID-19 at 74, followed by gunfire at 60. The police risk of gun violence on the job is near equivalent to that of a retail worker, but because they wear armor, they are 14 times more likely to survive being shot than an unarmored retail worker. Armor in New York doesn't have to be an Us or Them conversation: armor is a 2nd Amendment right that is owed to all citizens and protected from state interference by the 14th Amendment. All New York citizens, regardless of profession, deserve to defend themselves from gun violence.

12. NYDoS ignored all CFA "eligible profession" requests filed until Defendant-Petitioner requested a timely response on 12/27/23, when DoS denied all applications en masse, including denying our requests for protections for Teachers, Administrators, School Staff, Busdrivers, Nurses, Counselors, Social Workers, Community and Social Service Specialists, Religious Workers and many other workers, as well as outright denying religious exemption for Mandalorians. DoS' entire outlined process for new inclusions is discretionary.

13. Exhausting NY's provided remedy, and having experienced personal harassment and threat of arrest and erroneous prosecution under § 270.20 Unlawful Wearing for wearing their religious articles on many occasions, and through these constitutional violations and malicious prosecution 12/5/24-12/18/24, meaningfully restricting and implicating Defendant-Petitioner' first and second amendments, Defendant-Petitioner is now free to bring these First and Second Amendment abuses before the Court and have these laws finally found unconstitutional.

**New York State Executive Law Section § 144-a.**
**Eligible professions for the purchase, sale, and use of body armor.**

14. Under § 144-a. Eligible professions for the purchase, sale, and use of body armor, the state first restricted such lifesaving equipment to its own armed enforcers, depriving the People of their

right to purchase personal protection based on arbitrary "eligible professions." This law, like all of NY's "gun safety" laws, does nothing to truly enhance public safety, and exists solely to deprive citizens of protection against injury and create grounds for mala prohibita prosecutions. Furthermore, like Police exemption to SAFE act's assault weapons ban in their personal lives, 144-a continues the culture of "Us vs Them" separation and militarization of the police as a class of their own above the People and above the Law. They surely are not.

15. Body armor ownership is not firearms ownership yet is also duly protected by the 2nd Amendment, and § 144-a legislation does nothing to protect the millions of Essential Workers that keep our economy moving from jobsite injury or the threat of firearms violence at their workplace- a threat which has not subsided because mala prohibita gun laws do not affect violence. If New York state were serious about addressing the gun violence issue, the targets of legislation would be providing public firearms education while systematically destroying the root causes of firearms violence: mass poverty, radicalization to racial supremacy, and bigotry.

16. According to Findings (b)(5) of §3796ll–3. *James Guelff and Chris McCurley Body Armor Act of 2002,* the risk of dying from gunfire is 14 times higher without a bulletproof vest.

17. § 144-a, § 270.21 and § 270.22 are assaults on every New York citizen's right to protect themselves from the threats in the world around them by utilizing their 2nd Amendment. In simple terms the 2nd Amendment declares that armor is a protected right that cannot be simply taken away by the state. Therefore NY is at fault for violating the 2nd and 14th Amendment rights of its entire citizenry affected by the armor ban, just as it violated the rights of its citizenry leading up to the Bruen decision and with its "may-issue" licensing scheme, or its "Statistical Reporting" policy which secretly stripped the 2A rights of 580,000+ NY citizens without due process while netting the state at least $13 million dollars as discussed in *McKay vs New York, Richey vs Sullivan,* and the Defendant-Petitioner's ongoing lawsuit.

18. With the Supreme Court's decision on *NYSRPA v. Bruen*, NY's ability to violate these rights was tightened to adhering to historical basis and precedent, yet these new laws flaunts the Court's decision, targeting all new articles of "armor of defense" similarly protected by the 2nd Amendment just as firearms are that have never had American regulation in the historical record beyond the Capone-era context of § 931 sentencing enhancement for armored violent crime.

19. The controversy in Bruen involved a New York gun control law which required parties interested in obtaining a handgun to first obtain a license. These licenses were for enumerated uses only;

and, if a party wanted a license to carry a handgun in public, they were required to show "proper cause" as to why they have a heightened need for self-protection over the general population. Permits were issued on a "may-issue" basis, meaning government officials had the final say as to whether "proper cause" was shown. In this case, NY's "Elligible Professions" exemptions are a weak reworded proxy for "may-issue" permitting, compounded by the problem that there is no historical precedent for armor permitting whatsoever.

20. In an opinion authored by Justice Thomas, the Supreme Court held that the New York scheme was unconstitutional because it issued licenses on a "may-issue" basis rather than a "shall-issue" basis. A "may-issue" licensing system allows a governmental body to deny a citizen the right to arms at that state government's discretion, something the Court said directly contradicts the central holding of *District of Columbia v. Heller*, which states the Second Amendment guarantees an individual the right to possess arms for the purposes of self-defense.

21. The same effect stands true under the provisions of the Second Amendment when concerning body armor, which is constitutionally enshrined with the word "Arms." As the *Bruen* opinion calls for the exclusive use of historical context when evaluating the meaning of the Second Amendment, we can first look to the discussion of the topic in *District of Columbia v Heller*, 554 US 570:

*"First, the Operative Clause: a. "Right of the People." The first salient feature of the operative clause is that it codifies a "right of the people." The unamended Constitution and the Bill of Rights use the phrase "right of the people" two other times, in the First Amendment's Assembly-and-Petition Clause and in the Fourth Amendment's Search-and-Seizure Clause. The Ninth Amendment uses very similar terminology ("The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"). All three of these instances unambiguously refer to individual rights, not "collective" rights, or rights that may be exercised only through participation in some corporate body.*
*We start therefore with a strong presumption that the Second Amendment right is exercised individually and belongs to all Americans.*

   *b. "Keep and bear Arms." We move now from the holder of the right—"the people"—to the substance of the right: "to keep and bear Arms."*

   *Before addressing the verbs "keep" and "bear," we interpret their object: "Arms." The 18th-century meaning is no different from the meaning today. The 1773 edition of Samuel Johnson's dictionary **defined "arms" as "weapons of offence, or armour of defence."** 1 Dictionary of the English Language 107 (4th ed.) (hereinafter Johnson). Timothy Cunningham's important 1771 legal dictionary defined "arms" as "any thing that a man wears for his defence, or takes into his hands, or useth in wrath to cast at or strike another." 1 A New and Complete Law Dictionary (1771); see also N. Webster, American Dictionary of the English Language (1828) (reprinted 1989) (hereinafter Webster) (similar).*

*Some have made the argument, bordering on the frivolous, that only those arms in existence in the 18th century are protected by the Second Amendment. We do not interpret constitutional rights that way. Just as the First Amendment protects modern forms of communications, e.g., Reno v. American Civil Liberties Union, 521 U. S. 844, 849 (1997), and the Fourth Amendment applies to modern forms of search, e.g., Kyllo v. United States, 533 U. S. 27, 35–36 (2001), the Second Amendment extends, prima facie, to all instruments that constitute bearable arms, even those that were not in existence at the time of the founding."*

22. NYEL § 144-a, NYGBL §396-eee, and §§ 270.21, 270.22 are unconstitutional on their face, denying the purchase and unmolested donning of Armor for self defense outside of the home, as protected by the nation's founding documents.

23. Further, as per the *Bruen* decision's requirement for historical context and precedent, while weapons have been regulated, armor bans for law abiding citizens have never existed in America, beyond §270.20's progenitor in 18 U.S. Code § 931 and "Prohibition on purchase, ownership, or possession of body armor by violent felons" that traces back to the Capone-era.

24. The historical record provides no support for general prohibitions on any type of arms or armor. With the state's history of reaching for such dark and racist laws to defend its unconstitutional acts in *Bruen*, perhaps it might point to England's 1181 *Assize of Arms* which outlawed Jews from owning armor and also restricted types of armor by economic class as a defense to these laws or Canada's restrictive armor regulations, but in America, any historical precedent for NY's armor ban laws simply do not exist.

25. §144-a treats NY citizens like we are all convicted felons per 18 USC § 931 with absolutely no benefit to public safety. All § 144-a does is forcibly put all non-police or "may-issued" citizens directly in harm's way and tells us that our government wants us defenseless and 14 times more likely to die in the next mass shooting- with civilian deaths *only* benefiting Hochul's Disarmament Regime and its anti-2A narrative.

### NYS General Business Law §396-eee Unlawful sale or delivery of body armor

26. § 396-eee. Unlawful sale or delivery of body armor states "(1) No person, firm or corporation shall sell or deliver body armor to any individual or entity not engaged or employed in an *eligible profession*, and except as provided in subdivision two of this section, no such sale or delivery shall be permitted unless the transferee meets in person with the transferor to accomplish such sale or delivery."

27. § 396-eee relies on the "may-issue" proxy of "eligible professions", and is thus unconstitutional on its face.

28. Further "No such sale or delivery shall be permitted unless the transferee meets in person with the transferor to accomplish such sale or delivery" flies in the face of the *Commerce Clause* and is doubly unconstitutional. Armor-by-mail is a lucrative interstate trade, and this prohibition implicates the Commerce clause and has damaged the rights of the Armorer Class of manufacturers and dealers.

29. Article I, Section 8, Clause 3: [The Congress shall have Power . . . ] to regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes; Even as the Commerce Clause empowers Congress to pass federal laws, it has also come to limit state authority to regulate commerce. In contrast to the doctrine of preemption, which generally applies in areas where Congress has acted, the so-called Dormant Commerce Clause may bar state or local regulations even where there is no relevant congressional legislation. Although the Commerce Clause is framed as a positive grant of power to Congress and not an explicit limit on states' authority, the Supreme Court has also interpreted the Clause to prohibit state laws that unduly restrict interstate commerce even in the absence of congressional legislation—i.e., where Congress is dormant. This negative or dormant interpretation of the Commerce Clause prevents the States from adopting protectionist measures and thus preserves a national market for necessary goods and services. *Tenn. Wine & Spirits Retailers Ass'n v. Thomas*, 139 S. Ct. 2449, 2459 (2019); see also *H. P. Hood & Sons, Inc. v. Du Mond*, 336 U.S. 525, 537–38 (1949) (This principle that our economic unit is the Nation, which alone has the gamut of powers necessary to control of the economy, including the vital power of erecting customs barriers against foreign competition, has as its corollary that the states are not separable economic units.); *Baldwin v. G.A.F. Seelig, Inc.*, 294 U.S. 511, 527 (1935), (What is ultimate is the principle that one state in its dealings with another may not place itself in a position of economic isolation).

30. The Supreme Court has identified two principles that animate its modern Dormant Commerce Clause analysis. First, subject to certain exceptions, states may not discriminate against interstate commerce. Second, states may not take actions that are facially neutral but unduly burden interstate commerce. *South Dakota v. Wayfair, Inc.*, 138 S. Ct. 2080, 2090–2091 (2018).

31. In keeping with *Bruen* on legal traditions surrounding body armor, there can be no background check requirement, nor licensing requirements, nor physical point of contact sale requirement,

and the only legal restrictions on use may be placed on felons as with firearms. Armor can and should be able to be privately purchased through the mail to ensure the end user's complete safety and discretion.

32. Section 6 of FOPA amended Section 926 to prohibit a registry of firearms, firearms owners, or firearms transactions. Just as the ATF is strictly prohibited by law from having a national gun registry, the NY Department of State surely cannot maintain a similar registry of body armor owners under the guise of public safety without implicating the People's Constitutional rights.

33. The Congress has *only* enacted federal restrictions on the possession of body armor by *convicted felons* (18 U.S.C. 931), with provision that Felons can still purchase bulletproof vests if their employer requires it and they get written permission to do so. NY's Body Armor Ban unconstitutionally applies a clone of this 18 U.S.C. 931 restriction to every law-abiding NY citizen as if all had been found guilty of a violent felony, and disrupted a section of the national defense market in great civilian need of protection options due to Hochul regime's "gun control" failures. The People are entitled to immediate relief from this Court.

34. *Hughes v. Oklahoma*, 441 U.S. 322, 325–326 (1979) highlights "as a central concern of the Framers… the conviction that in order to succeed, the new Union would have to avoid the tendencies toward economic Balkanization that had plagued relations among the Colonies and later among the States under the Articles of Confederation." In *Guy v. Baltimore,* 100 U.S. 434, 440 (1880), the Court cautioned that state protectionist measures would ultimately bring our commerce to that 'oppressed and degraded state,' existing at the adoption of the present Constitution, when the helpless, inadequate Confederation was abandoned and a National Government instituted, with full power over the entire subject of commerce, except that wholly internal to the States composing the Union. Armorers and Body Armor vendors are similarly situated to the Body of the People and entitled to relief from this Court.

35. Armor can be ordered off the Wish app and functional 9mm ballistic armor and shields can be made at home with layered flooring tiles and duct tape, so the state will never stop violent criminals from acquiring ballistic panels by criminalizing law abiding purchases of life-saving devices.

36. Criminalizing every law-abiding NY citizen for the peaceful expression of their 2nd amendment rights using fear of supremacist criminals like Peyton Gendron must end. If armor was more

readily available and utilized by the public, such monstrous men would not be so successful in their terror attacks.

### New York State Penal Law § 270.21 Unlawful purchase of body armor.

37. § 270.21 Unlawful purchase of body armor states "A person is guilty of the unlawful purchase of body armor when, not being engaged or employed in an *eligible profession*, they knowingly purchase or take possession of body armor, as such term is defined in subdivision two of section § 270.20 of this article. This section shall not apply to individuals or entities engaged or employed in eligible professions, which shall include police officers as defined in section 1.20 of the criminal procedure law, peace officers as defined in section 2.10 of the criminal procedure law, persons in military service in the state of New York or military or other service for the United States, and such other professions designated by the department of state in accordance with section one hundred forty-four-a of the executive law. Unlawful purchase of body armor is a class A misdemeanor for a first offense and a class E felony for any subsequent offense."

38. § 270.21 relies on the "may-issue" proxy of "eligible professions", and is thus unconstitutional on its face, damaging the Second Amendment rights of all New York citizens, an abuse compounded by the insult of the NY Department of State's rejection of Defendant-Petitioner' vendor's requests for adding eligible professions across 35 fields- 20 fields statistically more dangerous than being a police officer,  plus teachers, bus drivers, nurses and other essential workers- to the state's "eligible professions." Each of these rejections was discretionary and arbitrary.

39. § 270.21 in effect prohibits the free religious exercise of Keepers of the Way of the Mandalore, compounded by the Department of State's rejection of request for religious accommodation included with each submitted "eligible professions" requests and as a standalone.

40. Like § 396-eee, § 270.21 violates the Commerce Clause by interfering in the interstate commerce of armorers to their lawful customers, implicating the 1st, 2nd, 4th and 14th Amendment rights.

### New York State Penal Law § 270.22 Unlawful sale of body armor.

41. § 270.22 Unlawful sale of body armor states "A person is guilty of the unlawful sale of body armor when they sell, exchange, give or dispose of body armor, as such term is defined in subdivision two of section 270.20 of this article, to an individual whom they know or reasonably

should have known is not engaged or employed in an eligible profession, as such term is defined in section 270.21 of this article. Unlawful sale of body armor is a class A misdemeanor for the first offense and a class E felony for any subsequent offense."

42. § 270.22 relies on the "may-issue" proxy of "eligible professions", and is thus unconstitutional.

43. § 270.22 prohibits the free religious exercise of Keepers of the Way of the Mandalore directly criminalizing the religious custom of gifting armor to Foundlings and on completion of a new adult's Verd'goten (the Mandalorian religious coming of age ritual akin to a Jew's Bat Mitzvah or Sikh's Amrit Sanskar). Armor is also a common cultural/religious gift for weddings/births and an exchange item for Mandalorians.

44. Like § 396-eee, § 270.22 violates the Commerce Clause by interfering in the interstate commerce of armorers to their lawful customers, implicating the 2nd, 4th and 14th rights of thousands of professionals.

45. Thus comes this complaint and Defendant-Petitioner' attached motion for Class certification to ensure protection for the rights of all citizens and all other Keepers of the Way within the state so similarly affected, unable to purchase or wear body armor, and at risk of harassment and malicious prosecution by an overzealous, untrained and unconstitutional disarmament regime for the protected exercise of our 2nd Amendment Right to possess and wear armor and 1st Amendment Free Exercise Clause to wear our holy articles of faith without state harassment.

## BODY ARMOR BAN IN BRUEN CONTEXT

46. § 144-a, §396-eee, §270.21 and §270.22 must be held as unconstitutional and abolished as these contested laws have no effectiveness in serving the State's interest in preventing gun violence, but only serve to burden the Second Amendment rights of lawful citizens and put us at substantial risk.

47. At most, colonial legislatures sometimes prohibited the carrying of "dangerous and unusual weapons"—a fact acknowledged in *Heller*, as during the colonial and founding periods, the common-law offenses of "affray" or going armed "to the terror of the people" continued to impose some limits on firearm carry in the antebellum period. But as with the earlier periods, there is no evidence indicating that these common-law limitations impaired the right of the general population to peaceable public bearing of arms. For example, the Tennessee attorney general once charged a defendant with the common-law offense of "*affray*," arguing that the man

committed the crime when he "'arm[ed] himself with dangerous and unusual weapons, in such a manner as will naturally cause terror to the people.'" *Simpson v. State*, 13 Tenn. 356, 358 (1833). More specifically, the indictment charged that Simpson "with force and arms being arrayed in a warlike manner . . . unlawfully, and to the great terror and disturbance of divers good citizens, did make an affray." Id., at 361. The Tennessee Supreme Court quashed the indictment, holding that the *Statute of Northampton* was never part of Tennessee law. Id., at 359. Defendant-Petitioner notes the "evil-intent" requirement attached to the Statute of Northampton by the late 1600s/early 1700s.

48. In noting the Statue of Northampton, its prohibition on going or riding "armed" obviously did not contemplate handguns, given they did not appear in Europe until about the mid-1500s. See *K. Chase, Firearms: A Global History to 1700*, p. 61 (2003). Rather, it appears to have been centrally concerned with the wearing of armor while carry of such weapons as the "launcegay," a 10-to 12-foot-long lightweight lance and weapon of restricted class. See *7 Rich. 2 c. 13* (1383).

49. Contrast lances with daggers. In the medieval period, "almost everyone carried a knife or a dagger in his belt." *H. Peterson, Daggers and Fighting Knives of the Western World* 12 (2001). While these knives were used by knights in warfare, "civilians wore them for self-protection."

50. The modern analog of the dagger carried by the medieval peasant is inarguably the concealed carry semi-automatic pistol; thus modern circumstance of need for a peaceable man to wear body armor and to concealed carry for self-defense outside the home to anticipate criminals armed with a much more deadly class of weapon than a dagger has risen in equal measure.

51. The Statue of Northampton did not outlaw wearing armor, but the wearing of armor and bearing of *weapons of war*, *mounted for war*, and *aggressively* acting to the *terror of unarmed peasantry* in similar fashion to § 270.20's felony enhancement. This statute required the qualifier of *menace*, analogous to the modern § 931/violent felony crime enhancement. Similarly, the passage from the Hawkins treatise on which the Court relied in *Bruen* states that the Statute of Northampton's prohibition on the public carriage of weapons did not apply to the "wearing of Arms . . . unless it be accompanied with such Circumstances as are apt to terrify the People." Hawkins 136. Hawkins goes on to enumerate circumstances where exception applied when "Persons of Quality . . . wea[r] common Weapons, or hav[e] their usual Number of Attendants with them, for their Ornament or Defence, in such Places, and upon such Occasions, in which it is the common Fashion to make use." In a modern democratic nation without royalty, the Lawful

Body of the People would be these referenced Persons of Quality, rightfully exempt in most states from outlandish body armor seizure and prosecution.

52. USC § 3796ll-3(d)(1) provides "Pursuant to its authority under section 994(p) of title 28, the United States Sentencing Commission shall review and amend the Federal sentencing guidelines and the policy statements of the Commission, as appropriate, to provide an appropriate sentencing enhancement for any crime of violence (as defined in section 16 of title 18) or drug trafficking crime (as defined in section 924(c) of title 18) (including a crime of violence or drug trafficking crime that provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device) in which the defendant used body armor."

53. Similarly, under New York Penal Code § 270.20, one will be charged with a class E felony for 'unlawful wearing of a body vest' if you wear armor during the commission of a violent felony while possessing a firearm. Further 270.20 (2) defines body armor "For the purposes of this section "body armor" means any product that is a personal protective body covering intended to protect against gunfire, regardless of whether such product is to be worn alone or is sold as a complement to another product or garment." Technically 270.20 also fails *Bruen's* historical precedent standard, but out of these five laws it is clearly the only one that is meant by the legislature to punish violent criminals and not to disarm the law-abiding People.

54. § 270.20 is a state-level clone of United State's Sentencing Commission's Amendment 670, a felony enhancement under Statutory Provision 18 U.S.C. § 931, ie, that one will be charged with unlawful wearing of a body vest if they wear a body best during the commission of a violent felony while possessing a firearm, "and that if the defendant is convicted of the offense with respect to which the body armor was used, §3B1.5 will apply to that offense". In legislative theory, this simply adds another felony count to the charges of a defendant who commits a heinous crime in an attempt to "deter" criminals from criminal acts with "tough" sentences.

55. This is not how § 270.20 is utilized or enforced by New York police, from the facts of Defendant-Petitioner' personal experience and harassment: in practice police lie about the legislative intent of 270.20 and use this felony enhancement law to harass anyone lawfully wearing body armor and threaten to search and arrest individuals for wearing 2A protected and 1A religious articles without warrant.

56. § 270.20 has been used to harass the Defendant-Petitioner while peacefully enjoying lunch in their regularly worn religious articles at The Irish Mafia Brewing Company (2971 Whalen Rd,

Bloomfield, NY 14469; restaurant staff are witness and available to testify), Chipotle (282 Eastern Blvd, Canandaigua, NY 14424; witness JM available to testify), and detaining Defendant-Petitioner over an hour while carrying home takeout and threatening arrest under this felony enhancement statue despite only discovering only chicken tenders instead of any violent crime in progress [Exhibit G]. Two town cops, a sheriff, a trooper, an SIU investigator and a aggressive detention with 270.20 "warning" were not a necessary show of force.

57. Already unconstitutionally used by police to harass and threaten arrest, § 270.20 has failed at its specific legislative intent as establishment of an "aggravating circumstance" to felony crime, and does nothing to discourage criminal activity; Peyton Gendron did not care about the number of felony enhancements his heinous acts would collect- he is simply a pathetic killer driven by racial animus.

58. § 270.20 is not a law to be enforced by patrol officers, nor does it state that "wearing body armor is a crime"; it is instead an apparatus for use by prosecutors after a crime of violence with a firearm has already occurred to enhance punishment based on the circumstance. Police have zero street enforcement authority, and if § 270.20 is to continue to exist, this *must* be clear to all NY officers.

59. A permanent injunction from this Court to NYSP Respondent clarifying that § 270.20 is not a street-enforceable or arrestable offense, but a charge enhancement to be left to prosecutors, and an order to cease and desist harassment of lawful individuals for simply exercising their 2A right to wear body armor is needed for the Peoples' continued relief and safety. Without this clarification, § 270.20 will remain a source of oppression and 2A overreach instead of "crime deterrence", and Mandalorians will not be able to travel freely wearing their Articles of Faith.

**1983 CLAIM FOR RELIEF: ONGOING VIOLATION OF 2ND AMENDMENT RIGHTS**

60. This claim stands against all Respondents and the State of New York.

61. The Body Armor Ban was (1) enacted and enforced by the Respondents' unconstitutional disarmament regime acting under the color of state law and (2) the conduct of the regime has deprived the citizens of New York of a clearly established Second Amendment right.

62. The Due Process Clause of the Fourteenth Amendment extends the Second Amendment's right to keep and bear arms to the states, at least for traditional, lawful purposes such as self-defense. *McDonald v. City of Chicago*, 561 U.S. 742 (2010). Armor can *only* be used for self-defense.

63. *Doe v. Wolf* (16-6039 E.D. Pa. Aug. 23, 2017) held "the right to possess arms (among those not properly disqualified) is no longer something that can be withdrawn by government on a permanent and irrevocable basis without due process". New York has applied the body armor related punishment for felony conviction to its entire citizenry save police since July 6, 2022.

64. NYS Executive Law § 144-a "Eligible Professions" violates the rights of the People in the same exact fashion as NY's previous "may-issue" licensing schemes held unconstitutional in *Bruen*. A citizen need show no "proper cause" nor "eligible profession" to protect themselves from criminal harm.

65. NYS General Business Law §396-eee. Unlawful sale or delivery of body armor unduly burdens, meaningfully restricts and effectively eliminates the People's 2A Constitutional rights and burdens lawful interstate commerce.

66. New York State Penal Law § 270.21 Unlawful purchase of body armor unduly burdens, meaningfully restricts and effectively eliminates the People's 2A Constitutional rights, compounded by zealous mis-enforcement.

67. New York State Penal Law § 270.22 Unlawful sale of body armor unduly burdens, meaningfully restricts and effectively eliminates the People's 2A Constitutional rights.

68. In *Heeter vs James* (Case No. 24-CV-00623-JLS) Respondent James has already referenced common use body armor as "military grade body armor"; while there are multiple armor ratings like NIJ 06 none reference a "military grade", as armor is a lifesaving device rated by caliber hit rating, and simply protect against small arms fire which encompasses *all* civilian calibers. Body armor- from IIa soft armor to level IV ceramics- is all in common use across the nation. Purposeful mischaracterization of defensive articles under threatening pseudo-military terms, as Respondent James' office has attempted in Fisher's current lawsuit against her Task Force by fraudulently claiming the NY-compliant firearms unlawfully seized from Fisher's home are "assault weapons" and refusing to return property, highlights Respondents' regular willingness to lie to Courts and ignore their own laws to pursue mass disarmament of all common arms and armor from lawful citizens.

69. *Heeter vs James* also establishes, in its similar circumstance over controversy involving these same unconstitutional laws, that this case has standing (preempting the Empire's assumed forthcoming attempt at dismissal or removal of Respondents).

70. Defendant-Petitioner and the members of the Armored Class are entitled to declaratory, injunctive and compensatory relief, along with any other such relief as this Court finds just and proper.

**1983 CLAIM FOR RELIEF: ONGOING VIOLATION OF THE FREE EXPRESSION & FREEDOM OF MOVEMENT OF KEEPERS OF THE WAY OF THE MANDALORE**

71. This claim stands against all Respondents and the State of New York.

72. The Body Armor Ban laws were (1) enacted and enforced by the Respondents' unconstitutional disarmament regime acting under the color of state law and (2) the conduct of the regime has deprived Keepers of the Way of the Mandalore within New York of a both a clearly established Second Amendment right and meaningfully restricted our ability to freely practice our religion or travel safely within the state whatsoever. Mandalorians wearing the required Articles of our Faith are *outlaws* under the unconstitutional state disarmament scheme established by Assembly Bill A10497 and Senate Bill S9407B and signed into law by Kathy Hochul July 1, 2023, and subject to unlawful harassment by law enforcement.

73. At the 1st Mando'ade Culturalist Gathering in St. Clairsville, Ohio on September 24, 2023, spiritual leader Udesla Jorir, co-founder of the Mandalorian Religious Movement, described our faith as illegal in New York state after these laws went into effect, expressing concern for the safety and aggrieved religious expression of Keepers and Mandalorians living in the state.

74. Many Mandalorians will not travel to New York because of the dangers and restrictions the unconstitutional Hochul regime imposes on our free religious expression. As the Supreme Court affirmed in 1958 in *Kent v. Dulles*, citizens have a liberty interest in the right to travel: "[t]he right to travel is a part of the 'liberty' of which the citizen cannot be deprived without due process of law under the Fifth Amendment."

75. This caution is well warranted, as Defendant-Petitioner and partner Krenzer have been regularly harassed by NY police and government employees for peaceable wearing their Beskar'gam, including Ontario County ADA Nathan Thomas disparaging our beliefs and referring to our faith as "fake" and "a bad religion" after DA office's malicious prosecution against them was dismissed 2/14/23. Keepers' beliefs are heartfelt, and this Class Action a declaration that our faith is as sacred as any other and New York cannot be allowed to restrict our Free Expression, Travel, or rights to Self Defense outside the home.

76. Post New York Department of State's December 27 2023 refusal to grant request for religious exemption to Mandalorians citing that religious conviction is not a "qualified profession", it is hard to argue Jorir's assessment is not well founded.

77. Defendant-Petitioner and all members of the Mandalorian Class are entitled to declaratory, injunctive and compensatory relief, along with any other such relief as this Court finds just and proper.

## Accommodating Mandalorian Articles of Faith

78. Defendant-Petitioner and partner are faithful Keepers of the Way, adherent to the Way of the Mandalore: the Mandalorian Religious Movement, a recognized 501(c)(3) headquartered in Northern Ohio, but with a worldwide audience.

79. Founded in 2019 with the goal of a functional, practical, real-world religion loosely inspired by Mandalorian lore, it has grown into the largest Mandalorian religious group and achieved the milestone of becoming a 501(c)(3) in late 2022 with charitable efforts focused mostly on what we call "Foundlings:" orphaned, unwanted, abandoned, and abused children.

80. Krenzer and Fisher are deeply dedicated to the Tenets of the religion including caring for the Foundlings and protecting the innocent- for example donating two cases of backpacks to *It Takes a Tribe* for the foster children of the Seneca Nation through their LLC [Exhibit P], or donating all proceeds of their scifi book *the Voidfarer's Guide to Fashion Week* to *Outright International* war relief efforts [472 copies sold generating $764.34 as of 12/16/24, Exhibit Q], among many other instances of charitable effort. The self-sufficiency derived from the free pursuit of our livelihood allows us to fulfill our religious, moral and societal obligation to charity work, upset by malicious prosecution.

81. Keepers dedicatedly follow the 12 Core Tenets of The Way: 1. Remain Armed; 2. Remain Armored; 3. Never Initiate Violence; 4. Defend Those Who Cannot Defend Themselves; 5. Weapons and Armor Are Holy; 6. Train Both Body and Mind; 7. Judge Others by Their Actions Only; 8. Be Self-Sufficient; 9. Keep Some Aside for Foundlings; 10. Remain Loyal; 11. Spread The Way to Those Who Will Hear; and 12. Do Not Isolate.

82. The *Free Exercise Clause* of the First Amendment, the *Equal Protection Clause* of the Fourteenth Amendment and the *Religious Freedom Restoration Act of 1993* protect Keepers in

the unmolested adherence to our religion and afford accommodation. This accommodation request is informed by the situationally relevant *Homeland Security Directive 15.9.3.1*.

83. Defendant-Petitioner affirmatively declares our good intent as representative of religious siblings under the Helm in making this accommodation request to bring forth this complaint while observing the Tenets of our faith. Aliit ori'shya tal'din ("Family is more than Blood" in Mando'a); in standing for our siblings we are standing for our extended family- current and future Mandalorians currently suppressed and outlawed in practice by these unconstitutional NY statues.

84. Under the challenged NY Armor Ban laws, Defendant-Petitioner Fisher is exempt to prosecution for armor possession by virtue of being engaged in interstate commerce of body armor and other defense articles, but siblings under the Helm not similarly engaged are not afforded this clearly established right.

85. The *Beskar'gam,* or "Iron Skin", is a Mandalorian's religious armor, most recognizably the *buy'ce, gaid* and *kom'rk* (traditional helmet, plate armor and vambraces); *Besbe* and *Besbe'trayce* are a Keeper's religious kit (ie tools and medical gear) and weapons, respectively; these items form a Mandalorian's Articles of Faith, and their peaceful carry a protected expression of our faith.

86. Religious accommodations of this nature are already federally established for the Sikh faith, a religion and philosophy that requires its faithful to carry the *Kirpan,* a religious sword signifying the duty of a Sikh to stand against injustice, and the *Kara,* a metal bracelet signifying the oneness and eternity of God and serving as a reminder to Sikhs to watch their actions and to use their hands for the benefit of humanity. In these respects of dutiful carry of articles of faith, the Sikh and Mandalorian religions are on equal standing and intent, and therefore Mandalorians must also be accommodated upon our good faith request under the same circumstance. (See attached 15.9.3.1 memo, Exhibit I).

### Case-Relevant Tenets of the Way of the Mandalore

87. The Way of the Mandalore holds under its First Tenet that *a Mandalorian Shall Remain Armed at All Times Unless Alone,* stating plainly that a Mandalorian must be armed with a legal firearm or other weapon whenever physically possible, affirming the spirit all our weapons carry with them, holding a Mandalorian to act only in defense of self, family, or the innocent, and to never

be forcefully disarmed of our holy articles. "Alone" in the Mandalorian context means at peace- at home or in that of family- out of the public eye in safe haven from the world's dangers.

88. The Second Tenet holds *a Mandalorian Shall Remain Armored at All Times Unless Alone*, and our Beskar'gam signifies the Mandalorian duty to act only in the defense and preservation of life and property. It is our religious vestment that tells the world our story and our purpose, the colors and sigils we apply telling our siblings under the Helm of our family and what we stand for, what we have achieved or what we work towards- and like all the holy vestments of other religions currently protected in their 1st amendment religious expression in this state, it is the outward calling card of our religious culture to Non-Mandalorians. Our armor is a part of us, as we grow as people, so too does our Beskar'gam and the colors, patterns and sigils marking it as ours.

89. The Third Tenet holds that *a Mandalorian Must Never Initiate Violence.* We do not seek violence, but we live in a world where one must be prepared for it.

90. The Fourth Tenet holds that *a Mandalorian Must Defend Those Who Cannot Defend Themselves.* Akin to the Sikh, we are faithfully sworn to stand against injustice as defenders of the innocent.

91. The Fifth Tenet holds that *Arms and Armor are Holy Articles of the Faith,* aggrieved by the unlawful seizure of Defendant-Petitioner's property 12/5.

92. The Eighth Tenet holds that a Mandalorian must *Remain Self Sufficient*, the Defendant-Petitioner aggrieved of this practice by being forced to dedicate 12/8-12/18 to deal with malicious charges instead of dedicate time to work, and unable to freely sell armor within the State of NY since July 2023.

93. The Eleventh Tenet holds that a *Mandalorian will Spread The Way to Those Who Will Hear*, a religious expression that is irreparably damaged by a state that has unconstitutionally banned civilians from wearing body armor and effectively outlawed our religious practices.

## Request for Accommodation and Exemption

94. This Request for Accommodation and Exemption seeks, respectfully, to avoid violations of Mandalorian religious freedom upon entry into state or federal buildings for our peaceful and legitimate purpose protecting the rights of our siblings under the Helm herein before these Courts, and asks nothing more than the federally recognized respect given to the Sikh faith under 15.9.3.1 and via a number of Court decisions, including the 1994 Ninth Circuit holding that Sikh students in public school have a right to wear the kirpan, and New York and Ohio ruling in favor

of Sikhs who faced the rare situation of prosecution under anti-weapons statutes for wearing kirpans, "because of the kirpan's religious nature and Sikhs' benign intent in wearing them."

95. With such similar background already established for the Sikh faith in New York and Federally, there is established precedent for affording parallel religious rights to Keepers of the Way for our peaceful and legitimate purpose.

96. We request Exemption to stand before the Court in our holy *Beskar'gam,* as it would be equally improper to separate Jews from their *yarmulke,* Catholics from their *habit,* Muslims from their *hijab,* Iroquois Nations from their *regalia* or Sikh from their *turban, kara* or *bana* upon entry into a state or federal building or court for any peaceable purpose.

97. We request Exemption to carry our holy *Besbe,* specifically our IFAKs (Independent First Aid Kits), so we remain ready to provide emergency medical assistance to the innocent in any crisis, as our religious conviction demands we strive to protect and preserve all innocent life.

98. We request good faith Exemption to carry our holy *Besbe'trayce,* recognizing and respecting the federal prohibition on firearms in federal buildings, and in this Exemption request seeking nothing more than equivalent accommodation given to the Sikhs' Kirpan within the attached Directive 15.9.3.1 to allow us to properly observe our religious Tenets without raising any unprecedented concern. Herein requested is the accommodation for the course of all proceedings, of an equitable blade or baton, under equitable spiritual terms, with a religious and legal observance to remain sheathed at all times, and foreknowledge of legal liability for the brandishing of such articles in any way.

99. Proudly representing our current and future religious siblings' religious rights, each of these requests for accommodation is made with respect to the Court, in good faith and pure intention. A Mandalorian must lead by example while never sacrificing our religious principles, and we ask the Court's respect in this matter.

100.    Defendant-Petitioner notes that Body Armor is not a "prohibited item" in the first place under available regulations. Our wearing Beskar'gam poses no meritable security threat, as armor cannot in any sense be considered a weapon. Similarly, first aid kits, belts and dropleg panels do not appear on prohibited items lists. The Mandalorian's Besbe includes an iFAK lifesaving medical device, and evidences our religious duty to protect innocent life. Our besbe cannot be said to pose a meritable security risk. We only seek to avert harm when it is threatened, as human life is sacred.

**Proposed Equivalent Considerations when**
**Presented with Articles of Mandalorian Faith**

101.     Adopted from Directive 15.9.3.1, Defendant-Petitioner respectfully proposes the following Considerations to be adopted by state and federal building employees in accommodating Keepers of the Way (Mandalorian's) beliefs, acknowledging government departments need to finalize such protections with input from proper Keeper Leadership:

102.     Show respect to all variations of the articles of the faith during inspections.

103.     Beskar'gam, including traditional buy'ce, gaid and kom'rk that cannot be removed may be searched while on the person and/or may be scanned with a handheld metal detector.

104.     Besbe'trayce may otherwise qualify as a "dangerous weapon" under 18 U.S.C. § 930, which generally prohibits knives with blades 2.5 inches or longer, unless otherwise authorized. Before such a blade or equivalent tool may be carried into a Federal facility, an exception or exemption to the prohibited items policy would be necessary; procedures are described in FPS Directive 15.9.3.1. Any blade under 2.5 inches is already exempt and does not require further authorization.

105.     Individuals requesting to bring in an otherwise prohibited item, which may already include a Kirpan with a blade of 2.5 inches or longer, should be referred to a Facility Security Committee (FSC) representative or equivalent position to determine if an exception (temporary in nature and granted for specific occurrences or a defined time period) or exemption (permanent in nature until rescinded) to the general prohibition is appropriate.

106.     Procedures for Exemptions to Otherwise Prohibited Items are provided by the Directive Attachment 1: "FPS Recommended Prohibited Items Reference".

**PRAYER FOR RELIEF & CONCLUSION**

107.     Hochul's Body Armor Ban conflicts with the provisions of the Second Amendment, instituting a new "may-issue" permitting scheme under the guise of "eligible professions" and damaging the constitutional rights of all New Yorkers.

108.     FIRST, Defendant-Petitioner demands the immediate return of their Articles of Faith- both the body armor stolen under color of law 12/5/24 and the store inventory and personal

articles of faith stolen under color of law on Holocaust Remembrance Day 2022 when Hochul's
Interstate Task Force unlawfully made Defendant-Petitioner's small business its first target, and

109.    FURTHER, under both 42 USC §1983 and New York State Civil Rights Law Article 2,
Sections 8 and 9, when the government violates the citizens' civil rights, it must rectify its
behavior and compensate the citizens: "Every person who, under color of any statute, ordinance,
regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or
causes to be subjected, any citizen of the United States or other person within the jurisdiction
thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and
laws, shall be liable to the party injured in an action at law, suit in equity, or other proper
proceeding for redress" just as Article I, Section 12 of the New York State Constitution protects
individuals from unreasonable searches and seizures, and guarantees due process and equal
protection of the law with "the right of the people to be secure in their persons, houses, papers
and effects, against unreasonable searches and seizures, shall not be violated." For the reasons
delineated, the Armored Class is entitled to injunctive and declaratory relief from this Court,
including but not limited to holding unconstitutional and enjoining the Respondent executive
officials from taking steps to enforce any of their unlawful statutes:

  a.  NYS Executive Law § 144-a.  Eligible professions for body armor.
  b.  NYS General Business Law §396-eee. Unlawful sale or delivery of body armor.
  c.  New York State Penal Law § 270.21 Unlawful purchase of body armor.
  d.  New York State Penal Law § 270.22 Unlawful sale of body armor.

110.    FURTHER, a permanent injunction from this Court to the Respondents clarifying that §
270.20 is not a street-level enforceable or arrestable offense, but a charge enhancement to be left
to prosecutors, and an order to cease and desist harassment of individuals in retaliation for
simply exercising their constitutional rights to wear body armor is needed for the Peoples'
continued relief.

111.    FURTHER, the Mandalorian Class is entitled to further injunctive and declaratory relief
and compensatory damages from New York state for the meaningful restriction of Keepers
ability to worship and travel freely wearing our Articles of Faith within New York in violation of
our 1st Amendment Religious rights under §1983, caused by the unconstitutional § 144-a, §396-
eee, 270.21 and 270.22 since July 6, 2022, with any compensatory class damages recoverable by
the Way of the Mandalore 501(c)(3) to affect charitable works.

112.      FURTHER, the Second Amendment subclass is entitled to injunctive and declaratory relief and compensatory damages from New York state for violation of our 2nd Amendment Religious rights under § 1983, the proximate caused being the Respondents' attempted street-level enforcement of §270.20 and unconstitutional enforcement of § 144-a, § 396-eee, § 270.21 and § 270.22 since July 6, 2022.

113.      FURTHER, representatives Fisher and Krenzer and other members of the Armorer Class are entitled to injunctive and declaratory relief and compensatory damages, to be determined at trial, from New York state for economic damages and loss of business caused by the Respondents' enforcement of unconstitutional § 144-a, §396-eee, 270.21 and 270.22 since July 6, 2022.

114.      FURTHER, Defendant-Petitioner is entitled, per § 1988, "in any action or proceeding to enforce a provision of section [1983], ... the court, in its discretion, may allow the prevailing party ... a reasonable attorney's fee as part of the costs."

115.      **WHEREFORE**, for the reasons stated above, Defendant-Petitioner respectfully requests that the Court certify this Class and grant any such relief requested by the Defendant-Petitioner, together with any such other and further relief which as to the Court may seem just and proper.


DATED:

                                        Respectfully Submitted,
                                        Keenan Fisher


        TO:
            STATE OF NEW YORK
        COUNTY OF ONONDAGA

EXHIBIT A1

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH   45999-0023

Date of this notice:  01-14-2021

Employer Identification Number:
86-1469909

Form:  SS-4

Number of this notice:  CP 575 B

STEA ROSIE RIFLE SYNDICATE LLC
KEENAN FISHER MBR
1 E MAIN ST
VICTOR, NY  14564

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 86-1469909.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

        Form 1065                          03/15/2022

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification
Election*, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, *Election by a
Small Business Corporation*.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

Exhibit 42

New York State Department of Taxation and Finance

# Certificate of Authority

Identification number

## 86-1469909

*(Use this number on all returns and correspondence)*

STEA ROSIE RIFLE SYNDICATE, LLC
KEENAN FISHER
1 E MAIN ST
VICTOR NY 14564-1389

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.

**Nontransferable**

This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

4020109100098

1DB8 - 1390635    P0000286 - 01



# VALIDATED

## 5/18/2021

Dept of Tax
and Finance

DTF-17-A (11/14)

Exhibit A3

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Federal Firearms License
## (18 U.S.C. Chapter 44)

In accordance with the provisions of Title 1, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 178), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. **THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51.** See "WARNINGS" and "NOTICES" on reverse.

| | | | |
|---|---|---|---|
| Direct ATF Correspondence To | ATF - Chief, FFLC 244 Needy Road Martinsburg, WV 25405-9431 | License Number | **6-16-069-08-4D-05049** |
| Chief, Federal Firearms Licensing Center (FFLC) *Tracy Robertson* | | Expiration Date | **April 1, 2024** |

Name
**STEA ROSIE RIFLE SYNDICATE LLC**

Premises Address (Changes? Notify the FFLC at least 30 days before the move.)
**1 EAST MAIN STREET**
**VICTOR, NY 14564-**

Type of License
**08-IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES**

**Purchasing Certification Statement**

The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Mailing Address (Changes? Notify the FFLC of any changes.)

**STEA ROSIE RIFLE SYNDICATE LLC**
**PO BOX #599, 21 FRAMARK DRIVE**
**VICTOR, NY 14564-**

Licensee/Responsible Person Signature
Position Title: MANAGING MEMBER

Printed Name: KEENAN P FISHER
Date: 5/18/2021

Previous Edition is Obsolete

ATF Form 8 (5310.11)
Revised October 2011

STEA ROSIE RIFLE SYNDICATE LLC 1 EAST MAIN STREET; 6-16-069-08-4D-05049 April 1, 2024 08-IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

---

**Federal Firearms License (FFL) Customer Service Information**

Federal Firearms Licensing Center (FFLC)
244 Needy Road
Martinsburg, WV 25405-9431

Toll-free Telephone Number: (866) 662-2750
Toll-free Fax Number: (866) 257-2749
E-mail: NLC@atf.gov

ATF Homepage: www.atf.gov
FFL eZ Check: www.atfonline.gov/fflezcheck

**Change of Address** *(27 CFR 478.52).* Licensees may during the term of their current license remove their business or activity to a new location at which they intend regularly to carry on such business or activity by filing an Application for an Amended Federal Firearms License, ATF Form 5300.38, in duplicate, not less than 30 days prior to such removal with the Chief, Federal Firearms Licensing Center. The application must be executed under the penalties of perjury and penalties imposed by 18 U.S.C. 924. The application shall be accompanied by the licensee's original license. The license will be valid for the remainder of the term of the original license. **(The Chief, FFLC, shall, if the applicant is not qualified, refer the application for amended license to the Director of Industry Operations for denial in accordance with § 478.71.)**

**Right of Succession** *(27 CFR 478.56).* (a) Certain persons other than the licensee may secure the right to carry on the same firearms or ammunition business at the same address shown on, and for the remainder of the term of, a current license. Such persons are: (1) The surviving spouse or child, or executor, administrator, or other legal representative of a deceased licensee; and (2) A receiver or trustee in bankruptcy, or an assignee for benefit of creditors. (b) In order to secure the right provided by this section, the person or persons continuing the business shall furnish the license for that business for endorsement of such succession to the Chief, FFLC, within 30 days from the date on which the successor begins to carry on the business.

*(Continued on reverse side)*

Cut Here ✂

| Federal Firearms License (FFL) Information Card | | FFL Newsletter - Electronic Version Available |
|---|---|---|
| License Name: **STEA ROSIE RIFLE SYNDICATE LLC** Business Name: License Number: **6-16-069-08-4D-05049** License Type: **08-IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES** Expiration: **April 1, 2024** Please Note: Not Valid for the Sale or Other Disposition of Firearms. | | Sign-Up Today! FFLs interested in receiving the electronic version of the FFL Newsletter, along with occasional additional information, should submit name, FFL number, and e-mail address to: FIPB@atf.gov. The electronic FFL Newsletter will enable ATF to communicate information to licensees on a periodic basis. |

Scanned by CamScanner

E XHIBIT AY

OMB No. 1140-0009 (08/31/2022)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application to Register as an Importer of
U.S. Munitions Import List Articles**

*(Section 38, Arms Export Control Act of 1976 (See Instruction reverse)*

**For ATF Use Only**

| Registration Number | Expiration Date |
|---|---|
| A - 16 - 446 - 0910 | SEP 1 0 2026 |

The undersigned hereby makes application to register as an importer of U.S. Munitions Import List articles are required by Section 38, Arms Export Control Act of 1976.

| 1. Name and Address *(include zip code)* | 2. Telephone No. *(area code)* | 3. Current AECA Registration No. |
|---|---|---|
| STEA ROSIE RIFLE SYNDICATE LLC<br>1 E MAIN STREET SUITE 200<br>VICTOR NY 14564 | (716) 298 - 7551 | 4. E-mail Address<br>STEAROSIERIFLESYNDICATE@GMAIL |

5. Request to Register for: *(check one, enclose check or money oder for payment of fee indicated. see instruction 3.)*

| 1 Year - Fee<br>is $250.00 ☐ | 2 Year - Fee<br>is $500.00 ☐ | 3 Year - Fee<br>is $700.00 ☐ | 4 Year - Fee<br>is $850.00 ☐ | 5 Year - Fee<br>is $1,000.00 ☒ |
|---|---|---|---|---|

6. Applicant Is: *(check one)*

| Individual ☐ | Partnership ☒ | Corporation ☐ | Other *(specify)* ☐ | |
|---|---|---|---|---|

7. Date and Place of Incorporation or Commencement of Business

1-14-2021, 1 E Main Street Victor NY 14564

| 8. Federal Firearms License *(if any)* | | | 9. Special *(occupational)* Tax Stamp *(if any)* | |
|---|---|---|---|---|
| License Number | Type of License | Expiration Date | Stamp Number | Class |
| 6-16-069-08-4D-05049 | 08:Imports | 04/01/2024 | | |

10. List below the information required for each individual owner, partner, and principal corporate officer in the applicant business. If a female, list given names and maiden. If married, e.g., "Mary Alice (Smith) Jones, Jones", not "Mrs John Jones" *(if additional space is needed use a separate sheet.)*

| Full Name | Position and Soc. Sec. No. | Home Address *(include zip code)* | Place of Birth | Date of Birth |
|---|---|---|---|---|
| Keenan Pearry Fisher | Director General<br>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 | 248 MILBURN ST<br>ROCHESTER NY 14607 | ROCHESTER NY | 7/5/91 |
| Theresa Krenzer | General Secretary<br>Treasurer | 248 Milburn street<br>Rochester Ny 14607 | Rochester ny | 5/8/90 |

11. Describe Specific Activity Applicant is Engaged in, or Intends to Engage in, Which Requires Registration Under the Arms Export Control Act

Our first intl trade partnership with Tula Cartridge Works that we have been arranging since Feburary, importing hunting/sporting calibers. Once firmly established, seek expansion w/ Sellier&Bellot, Turac, Magtech, Prvi Partizan, etc.

12. United States Munitions Import List Articles Usually Imported *(specify categories)*

Category IIIa (specifically ammunition for semiautomatic and other non-military firearms as outlined in category II).

| 13. Purpose of Importing Munitions Import List Articles<br>Domestic B2B wholesale & direct retail to law-abiding American citizens. We have sunk all year into building this new import career for steady employment after losing our jobs to the pandemic. | 14. What Percentage is Imported for U.S. Government<br>0% UNLESS UMBE REQUESTED |
|---|---|

I declare under the penalties provided by law that this request for registration as an importer of U.S. Munitions Import List articles, including the documents submitted in support of it, has been examined by me and, to the best of my knowledge and belief, it is true, correct & complete.

| 15. Signature *(sign all copies in ink. see instruction 2)* | 16. Title<br>Director General | 17. Date<br>8/20/2021 |
|---|---|---|

Approval *(For ATF Use Only)*

| 18. Signature of Director, Bureau of Alcohol, Tobacco, Firearms and Explosives | 19. Date<br>SEP 1 0 2021 |
|---|---|

ATF Form 4587(5330. 4)
Revised September 2019

SEP 0 1 2021

EXhibit AB

 Gmail

Keenan Fisher <keenanpfisher@gmail.com>

---

## Fwd: Reference for Keenan Fisher

**Keenan Fisher** <keenanpfisher@gmail.com>                                  Mon, Mar 14, 2022 at 6:24 PM
To: "Chambers, Peter G" <Peter.Chambers@ontariocountyny.gov>, hawkinsmitigationllc@gmail.com

My family's pastor had a few words

---------- Forwarded message ---------
From: **Corey Keyes** <revcskeyes@gmail.com>
Date: Mon, Mar 14, 2022, 3:44 PM
Subject: Reference
To: keenanpfisher@gmail.com <keenanpfisher@gmail.com>


To Whom It May Concern:

I have known Keenan Fisher for most of his life, at least 20 years. I watched him grow up. He has always had a heart for the marginalized, the suffering and the vulnerable. I am proud that he carried these traits into adulthood.

Keenan is as honest as the day is long. He readily shares his thoughts and opinions without sugar-coating. Perhaps I am in the minority in finding this trait refreshing. I never have to guess what Keenan is thinking. I simply have to ask. His goal is not to offend, but to be forthcoming.

While I don't share some of Keenan's views, I do trust him. In all these years, from the time he was six or seven years old, through his teen years and well into his twenties, he has never given me reason to doubt his truthfulness or intentions. This, to me, is the most meaningful indication of character possible.

Sincerely,

Rev Corey S Keyes
Pastor, West Bloomfield United Church of Christ
revcskeyes@gmail.com
(585) 455-5907

EXHIBIT 51

# STATE OF MISSISSIPPI
# RETAIL SALES TAX PERMIT

Issued To: GALACTIC OUTFITTERS LIMITED
LIABILITY COMPANY
4031 FOWLER RD
DURANT MS 39063-2856

Permit Number: 200-10163-3
Sales Account: 1489-9772
Business Name: GALACTIC OUTFITTERS LTD

Permit Location:
4031 FOWLER RD
DURANT, MS 39063

**This permit authorizes the holder to engage in the business of selling tangible personal property or performing services from the permit location.**

The permit holder may purchase materials or services for resale exempt from tax. Purchases of property or services for the use by the permit holder are not exempt from tax.

This permit is issued as a privilege to operate the above named business in Mississippi. The condition of this privilege is that the holder must collect, report, and pay all taxes due by law. The permit holder is required to keep adequate records that are available for inspection by the Department of Revenue at any time.

This permit is not transferable. You must obtain a new permit if there is a change of ownership, location or business name.

The permit is issued in accordance with Title 27, Chapter 65, Mississippi Code of 1972 and is valid until cancelled or revoke for cause.

Letter ID: L2066243872
Date Issued: August 27, 2024

Issued By: _____

Chris Graham, Commissioner

**NOT TRANSFERABLE**
This permit shall not make lawful any act or thing declared to be unlawful by the State of Mississippi

Exhibit B2

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Federal Firearms License
## (18 U.S.C. Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968 and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51. See "WARNINGS" and "NOTICES" on reverse.

| | |
|---|---|
| Direct ATF Correspondence To | ATF - Chief, FFLC FFLC@atf.gov 1-866-662-2750 |

Chief, Federal Firearms Licensing Center (FFLC)

*Tracy Robertson*

Name

**GALACTIC OUTFITTERS LTD**

| License Number | 1-64-051-01-7L-06841 |
|---|---|
| Expiration Date | November 01, 2027 |

Premises Address (Changes? Notify the FFLC at least 30 days before the move.)

**4031 FOWLER RD**
**DURANT, MS 39063-**

Type of License

**01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES**

### Purchasing Certification Statement

The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above in the "Type of License."

*[signature]*
Licensee/Responsible Person Signature

**DANIEL J FISHER**
Printed Name

Owner
Position/Title

**10-18-24**
Date

### Mailing Address (Changes? Notify the FFLC of any changes.)

GALACTIC OUTFITTERS LIMITED LIABILITY
COMPANY
GALACTIC OUTFITTERS LTD
4031 FOWLER RD
DURANT, MS 39063-

ATF Form 8 (5310.11)
Revised September 2023

Previous Editions are Obsolete.

## Federal Firearms License (FFL) Customer Service Information

Federal Firearms Licensing Center (FFLC)
244 Needy Road
Martinsburg, WV 25405-9431

Toll-Free Telephone Number:  (866) 662-2750
Toll-free Fax Number:  (866) 257-2749
E-mail:  FFLC@atf.gov

ATF Homepage: www.atf.gov
FFL eZ Check: ffleZcheck.atf.gov FFL EzCheck

**Change of Address** *(27 CFR 478.52)*. Licensees may, during the term of their current license remove their business or activity to a new location at which they intend regularly to carry on such business or activity by filing an Application for an Amended Federal Firearms License, ATF Form 5300.38, in duplicate, not less than 30 days prior to such removal with the Chief, Federal Firearms Licensing Center. The application must be executed under the penalties of perjury and penalties imposed by 18 U.S.C. 924. The application shall be accompanied by the licensee's original license. The license will be valid for the remainder of the term of the original license. (The Chief, FFLC, shall, if the applicant is not qualified, refer the application for amended license to the Director of Industry Operations for denial in accordance with § 478.71.)

**Right of Succession** *(27 CFR 478.56)*. (a) Certain persons other than the licensee may secure the right to carry on the same firearms or ammunition business at the same address shown on, and for the remainder of the term of, a current license. Such persons are: (1) The surviving spouse or child, or executor, administrator, or other legal representative of a deceased licensee; and (2) A receiver or trustee in bankruptcy, or an assignee for benefit of creditors. (b) In order to secure the right provided by this section, the person or persons continuing the business shall furnish the license for that business for endorsement of such succession to the Chief, FFLC, within 30 days from the date on which the successor begins to carry on the business.

(Continued on reverse side)

Cut Here ✂

| Federal Firearms License (FFL) Information Card |
|---|
| License Name: **GALACTIC OUTFITTERS LIMITED LIABILITY COMPANY** |
| Business Name: **GALACTIC OUTFITTERS LTD** |
| License Number: **1-64-051-01-7L-06841** |
| License Type: **01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES** |
| Expiration: **November 01, 2027** |
| Please Note: Not Valid for the Sale or Other Disposition of Firearms. |

### FFL Newsletter - Electronic Version Available

Sign-Up Today!

FFLs interested in receiving the electronic version of the FFL Newsletter, along with occasional additional information, should submit name, FFL number, and e-mail address to: FFPD@atf.gov.

The electronic FFL Newsletter will enable ATF to communicate information to licensees on a periodic basis.

Exhibit B3

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  05-14-2024

Employer Identification Number:
99-3015060

Form:  SS-4

Number of this notice:  CP 575 A

GALACTIC OUTFITTERS LIMITED
LIABILITY COMPANY
DAN J FISHER SOLE MBR
4031 FOWLER RD
DURANT, MS  39063

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 99-3015060.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

Form 941                    07/31/2024
Form 940                    01/31/2025

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation, must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, Election by a Small Business Corporation.

Exhibit B4X



**USCCA MEMBER**

**Keenan Fisher**

| Member Number | Member Level | Member Since |
|---|---|---|
| 3914070 | Platinum | 1/8/2025 |



**MISSISSIPPI FIREARMS PERMIT**
NOT ACCEPTABLE FOR
REAL ID OFFICIAL PURPOSES

No. 978002642   EXP 01/09/2030
FISHER,
KEENAN PEARRY
4031 FOWLER RD
DURANT, MS 39063-2856

ISS 01/09/2025
DOB 07/05/1991

SEX M  HGT 5'-08"  EYES HAZ

---

**Mississippi Sportsman Education Card**

KEENAN FISHER
4031 FOWLER RD UNIT B
DURANT, MS 39063

DATE OF BIRTH: 1991-07-05

CERTIFICATION

| TYPE | NUMBER |
|---|---|
| HUNTER ED | KI032248319 |



**Mississippi Department of Wildlife, Fisheries, and Parks**

2025 Mississippi Sportsman License

KEENAN PEARRY FISHER
CID 843732967
DOB 07 05 1991
EXP 12 31 2025
HUNTER ED
MB  SW  WF  WHA
Mississippi Department of Wildlife, Fisheries, and Parks

---

**This is to certify that**

**Keenan Fisher**

Born July 5, 1991

has completed the

**Kansas Furharvester Education Course**

  Certificate ID
49247

KANSAS WILDLIFE & PARKS

---

CERTIFICATION CARD

**Advanced Bleeding Control**



has successfully completed and competently performed
the required knowledge and skill objectives for this program.

 hsi Health & Safety Institute

AMERICAN SAFETY & HEALTH INSTITUTE

Exhibit D

---

Bowhunter Education
Certificate of Qualification   BO168000

STUDENT NAME
Keenan Fisher

| DATE OF BIRTH | DATE CERTIFIED |
|---|---|
| 07-05-1991 | January 7, 2025 |

This person named above has successfully completed the International Bowhunter Education Program. I hereby affirm under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law

| SIGNATURE OF INSTRUCTOR | | |
|---|---|---|
| | KALKOMEY | |
| Instructor's I.D. No. 0 5 0 0 0 0 0 0 | bowhunter-ed.com | Location of Course  Online  County |

---

RANGE SAFETY OFFICER COURSE

Keenan Fisher



Exhibit B5

Exhibit
BS

8:04

Galactic Outfitters LTD | Du    ✕    +

🏠  ←  →  ↻    🔒 galacticoutfittersltd.com    ☆  ⬇  ⋮

GALACTIC OUTFITTERS

search...    🛒 0    ☰

SHOP ARMOR

## Shop By Category



BESKAR'GAM / ARMOR

BLASTERS

|||    ◯    ‹



Exhibit
B6

# Inventory / Galactic Outfitters Beskar'gam Bundle / **Variants**

## Variants

[Add New Variant]

| Name | Options |
|---|---|
| Choose: Plate Set | Guard Dog Tactical RIDGEBACK Level 4 Body Armor M4+ With Advanced Coat and Spall Guard (+$400.00), RMA Level IV (model #1155) (+$320.00), RMA Women's Level IV (x1 Queen of Armor FSAPI and x1 model #1155) (+$360.00) |
| Choose: Standard Size | M, L, XL, XXL, XXXL |
| Choose: Plate Carrier | M.S.O.V. Bulletproof Vest BLACK (Standard NIJ Level IIIA Soft Armor panels: Front, Back, Side, Groin, Shoulder, Throat, Neck) (+$750.00), M.S.O.V. Bulletproof Vest GREEN (Standard NIJ Level IIIA Soft Armor panels: Front, Back, Side, Groin, Shoulder, Throat, Neck) (+$750.00), UARM FAS™ Full Armor System BLACK (Standard NIJ Level IIa) (+$1,548.00), UARM FAS™ Full Armor System COYOTE (Standard NIJ Level IIa) (+$1,548.00), UARM FAS™ Full Armor System GREEN (Standard NIJ Level IIa) (+$1,548.00), Atomic Defense RBS™ Armor System BLACK (Standard Level IIIA) (+$1,199.00), Guard Dog Tactical Cerberus FDE (+$159.00), Basic carrier: OD Green (+$50.00), Basic carrier: Coyote Brown (+$50.00), Basic carrier: Black (+$50.00), Basic carrier: Red (+$50.00), Basic carrier: Multicam (+$50.00), RMA QPC Queen Plate Carrier (+$249.99) |
| Choose: Helmet | Devtac Ronin NIJ Level IIIA (Regular size) (+$3,299.00), Devtac Ronin NIJ Level IIIA (Large size) (+$3,299.00), Devtac Ronin NIJ Level IIIA w/ HUD and Rifle-Mounted Stream Camera (Regular) (+$5,199.00), Devtac Ronin NIJ Level IIIA w/ HUD and Rifle-Mounted Stream Camera (Large) (+$5,199.00), Devtac Ronin Respirator NIJ Level IIIA (Regular) (+$4,099.00), Devtac Ronin Respirator NIJ Level IIIA (Large) (+$4,099.00), Devtac Ronin Respirator NIJ Level IIIA w/ HUD and Rifle-Mounted Stream Camera (Regular) (+$5,799.00), Devtac Ronin Respirator NIJ Level IIIA w/ HUD and Rifle-Mounted Stream Camera (Large) (+$5,799.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA BLACK Full Cut (+$999.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA BLACK Mid Cut (+$999.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA BLACK High Cut (+$999.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA GREEN Full Cut (+$999.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA GREEN Mid Cut (+$999.00), Team Wendy EPIC Protector Ballistic Helmet Level IIIA GREEN High Cut (+$999.00) |
| Add Mandalorian Faceplate | Yes (+$250.00), No |

Exhibit 87

# Galactic Outfitters Ltd

4031 Fowler Road,
Durant, Mississippi 39063
galacticoutfittersltd@gmail.com
(585) 474-5140



## Employee Details

| | |
|---|---|
| Employee Name | Employee ID |
| **Keenan Fisher** | **M4ND01** |
| Address | Social Security No. |
| 424 East Main Street #3R, Palmyra, New York 14522 | XXX-XX-6776 |
| | Payment Period |
| (585) 503-1961 | 4/28/2024 to 5/5/2024 |

## Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | $15.00 | 20 | $300.00 | $300.00 |
| Overtime | $30.00 | 0 | $0.00 | $0.00 |

| | Current | YTD |
|---|---|---|
| **Gross Earnings** | $300.00 | $300.00 |

## Deductions

| | Current | YTD |
|---|---|---|
| Federal Tax | $30.00 | $30.00 |
| State Tax | $15.00 | $15.00 |
| Social Security Tax | $18.60 | $18.60 |
| Other | $0.00 | $0.00 |

| | Current | YTD |
|---|---|---|
| **Total Deductions** | $63.60 | $63.60 |

## Paid Time Off Balance

| Available Hours | Used Hours | Left Hours |
|---|---|---|
| 40 | 0 | 40 |

## Remarks

| Year to Date | |
|---|---|
| Year To Date Gross | **$300.00** |
| Year To Date Deductions | **$63.60** |
| Year To Date Net | **$236.40** |

| Current | |
|---|---|
| Gross | **$300.00** |
| Deductions | **$63.60** |
| Net | **$236.40** |

9:11

Galactic Outfitters Business Plan &...

Exhibit C

site Phase I is an initial low-overhead Outdoor Range built by Company employees utilizing converted shipping containers as the RSO office and the natural landscape as a backstop, and in 2026 Phase II will see a dedicated 12-lane Indoor Range to service the community and employ a dedicated staff of 4 local veterans (ensuring tax credits continue and supporting our mission).

Construction of both ranges may be subsidized through inclusion of community shelters as basements, securing grants via Mississippi Emergency Management Agency (MEMA) Local Emergency Planning and Response and its FEMA equivalents, with nonprofit Good360 stocking food, water, and medical supplies.

*Firearms purchased for a shooting range are tax-deductible* as business expenses, as long as they are used exclusively for business purposes, such as training, rentals, or competitions. These purchases must be properly documented and listed as assets, depreciating over time instead of being expensed in full using IRS publication 535. Ammunition purchased for range use is deductible as a business expense if used for demonstrations and trainings, but ammo sold to customers or packed with a range rental is treated as inventory and not immediately deductible and accounted for under cost of goods sold.

The Outdoor Range will feature secure rental weapons and ammunition storage, a public observation deck, and a 30 foot HAM radio equipped tower for emergency communication and coordination with MEMA and local emergency services. Range employees will complete the Hunting Volunteer Instructor Application and host MDWFP Mississippi Hunter Education courses like Mississippi Scholastic Shooting Program (MSSP) youth development program.



9:13 ⏱

Exhibit C1

**Galactic Outfitters Business Plan &...**
All changes saved

**Instructor Training and Certification**
To expand our operations and allow Galactic Outfitters Ltd to legally market and teach firearms, tactical, and self-defense classes, we will need to invest in the certification and licensing of our core instructors (Dan, Keenan, Theresa, future employees). Below are the detailed costs for each stage of training and certification required:

1. USCCA Concealed Carry & Home Defense Fundamentals Instructor Certification

Keenan & Theresa's course begins 1/11/2025 at Delaware Valley Firearms (76 Kuchta Lane Damascus, PA 18415) and costs $597 per instructor ($1194+$71.64 tax). Round trip 460 miles ($62.50 gas estimate), 3 day lodging at $180/night ($540). Firearms to be mailed to Instructor and returned to MS from PA.

Dan's course begins 1/25/25 in MS, Duration/Cost: 16 hours/$615

Tax Deductible Total for 3 Instructors: $2,463.69 (+ M&IE)

| Contractor | Class | Date | Class Costs | Travel Cost | Lodging ($110 per diem) | Adjusted nightly lodging | M&I ($68 dien |
|---|---|---|---|---|---|---|---|
| Keenan | USCCA Instructor Training | Jan 10-12 2025 | $597 | Delaware Valley Firearms Damascus PA (copilot) | 3-day hotel $540 | $90 | $20 |
| Theresa | USCCA Instructor Training | Jan 10-12 2025 | $597 | Delaware Valley Firearms Damascus PA (Gas; $62.50) | shared | $90 | $20 |
| Dan | USCCA Instructor Training | Jan 25-26 2025 | $615 | 1903 Arcadia Street Hattiesburg, MS 39401 ($254.30 gas; personal truck) | 2-day hotel $238 | $119 | $13 |

III    O    ‹

9:12

**Galactic Outfitters Business Plan &...**
All changes saved

The Gun Range will be open to the public walk-ins regardless of customer shooting experience, offering hands-on instruction, featuring ten 25/50 yard pistol bays and ten 150 yard rifle bays. Customers can bring their own firearms or rent from our wide selection of handguns and rifles acquired through the Springfield Armory Range Program and Shadow Systems Range Program or recovered from Keenan and Theresa's business Red Right Hand in NY, and purchasing our ammo and targets. Rental rates for the range and class costs are projected as follows:

+ Lane Rental: $25 per person (unlimited time)
+ Lane Rental for Military/Veterans/First Responders: $15 (unlimited time; Must show ID)
+ Handgun Rental: $25 / Rifle Rental: $75 (includes x1 30 rd magazine)
+ Ammunition: Varies depending on the caliber (sold by the box or case)
+ Ear/Eye Protection Rental: $2.50 each
+ Paper Targets: $2.50 each
+ 3/year Hunters Safety Event Instruction: cost of training ammo ($50)
+ 1/month Stop the Bleed safety Instruction: cost of IFAK ($50)
+ 2/week Concealed Carry Pistol classes: $150/person
+ 2/month Advanced class: $263+/person
+ 1/month Ewok Hunt Competition: $75/competitor (minus $250 store credit)

The basic weekly range schedule allows the Company weekday mornings for sales/shipping and range maintenance, and will be expanded with local Instructor hires and program volunteers:

| Monday | Imperial Marksmanship Academy 4pm-9pm |
|---|---|
| Tuesday | 4H Youth Team Practice 4pm-9pm |
| Wednesday | Women's Defense Wednesday 4pm-9pm<br>Instructor USCCA MS CCHDF Class 4pm-9pm |
| Thursday | Open Range 2pm-9pm<br>Instructor Tactical Rifle Class 4pm-9pm |
| Friday/<br>4th Fridays | Open Range 2pm-9pm/<br>Fallout Fitenight (Smallbore Comp) 6pm-9pm |
| Saturday | Hunters Education / 4H Open Lanes 10am-12pm<br>3-Gun Competitive Range 12pm-6pm |
| Sunday | Members Only Open Range 10am-2pm<br>Public Range Hours 2pm-6pm |

9:14

Galactic Outfitters Business Plan &...
All changes saved

Exhibit C4

Company's secondary major revenue stream after sales- education. USCCA credentials are recognized in NY and MS, allowing Keenan and Theresa to work in either state and generate Company revenue.

2. Mississippi Enhanced Concealed Carry Instructor Permits

Background Check and State Certification Fee per Instructor: $32
Total for 3 Instructors: $96

Each instructor will need to complete a background check and apply for a state certification to legally teach Mississippi's enhanced concealed carry classes.

3. TOTAL CONTROL TRAINING INC Rifle/Shotgun Instructor Course ($2025)

Course Duration/Cost: 40 hours/$675+tax
Deductible Total for 3 Instructors: $2,025 + tax

This foundational instructor course was recommended by MS Department of Fish & Wildlife to qualify our team. TCTI boasts 33 years educational experience for police, military and civilians.

| Contractor | Class | Date (TBD) | Class Costs | Travel Cost | Lodging ($110 per diem) | Adjusted nightly lodging | M& ($6 die |
|---|---|---|---|---|---|---|---|
| Keenan | TCTI Tactical Semi Rifle Shotgun Instructor | 5 day | $675 | ROC to RDU $356 round Skymiles | 0 | 0 | $3 |
| Theresa | TCTI Tactical Semi Rifle Shotgun Instructor | 5 day | $675 | ROC to RDU $356 round Skymiles | 0 | 0 | $3 |
| Dan | TCTI Tactical Semi Rifle Shotgun Instructor | 5 day | $675 | Jackson, MS Police Range ($120 gas; personal truck) | 0 | 0 | $3 |

III          O          ‹

9:15 ⊙ ⊙

Galactic Outfitters Business Plan &...
All changes saved

✕     +   ▤   Share   ⋮   *Exhibit C5*

↶ ↷ **B** *I* U A ≡ ⋮≡ ✐ A̲ ✎

### 4. GSMM Master Instructor Training Workshops ($1,326.79 investment)

The Instructors must complete the Civilian Marksmanship Program GSMM MITW certification in teaching marksmanship basics and match details as "Master Instructors" of CMP's sanctioned Garand, Springfield and Modern/Vintage Military (GSMM) rifle or Rimfire Sporter rifle events and allow us to run ranked competitive Ewok Hunt events and build our repeat sporting clientele. CMP-affiliated shooting clubs are encouraged to designate and send a club instructors who can be trained to teach clinics at their range.

Deductible Class Fee: $135/person; includes a notebook, thumb drive, sling, 20 dummy rounds and a CMP Rifle Scorebook. ($270 total for registration).

Deductible Travel Costs for CMP Certification: $1,056.79 (+$476 M&IE)
+ x1 round trip tickets ROC to RDU for Keenan - $356
+ Round trip for Dan's Ford estimated by fueleconomy.gov - $254.30
+ Meal & Incidental Per Diem - Granville County NC matches Federal per diem rates of a maximum lodging allowance component of $110 ($385 per person adjusted) and a meals and incidental expenses (M&IE) component of $68 ($238 per person adjusted)
+ Room at Hilton Honors (Apr 24 2025-Apr 26 2025) / 3x $ 132.00 + $ 50.49 tax - $446.49

| Contractor | Class | Date | Class Costs | Travel Cost | Lodging ($110 per diem) | Adjusted nightly lodging | M& ($6 die |
|---|---|---|---|---|---|---|---|
| Keenan | GSMM Master Instructor Training | Apr 24-26 2025 | $135 | ROC to RDU Round-trip $356 Skymiles account | Hilton Honors, 2b $396 | $66 | $2 |
| Dan | GSMM Master Instructor Training | Apr 24-26 2025 | $135 | $254.30 (gas; personal truck) | Hilton Honors, 2b $--- | $66 | $2 |

Total Instructor Training Costs of $ factored into profit/loss protection.

|||     ◯     ‹

To Whom It May Concern,

I represent The Way of The Mandalore. We are a religious movement founded in 2019; granted domestic nonprofit status in Ohio and achieving federal 501(c)(3) recognition as a charity and religious organization as of May 2022.

I am writing on behalf of Mr. Keenan Fisher, a Keeper in good standing within The Way of the Mandalore religious movement. As part of his faith, Mr. Fisher adheres to the Tenets that guide our belief system, including the sacred obligation to remain armored at all times in public unless specific circumstances or safety concerns make it impractical. This practice is deeply rooted in our religious doctrine and holds profound spiritual significance for all Keepers of The Way. Included in this is also the requirement to own ballistic body armor to the best of their individual financial abilities.

Recently, Mr. Fisher experienced the confiscation of their body armor plates by law enforcement officials in New York, despite the fact that body armor is not listed as an expressly restricted item by the Transportation Security Administration (TSA). Mr. Fisher provided evidence of his religious affiliation and made every effort to explain the spiritual and doctrinal importance of his armor, which is treated as a Holy Article of Faith. However, the armor plates were seized, and he was issued a citation, a course of action that we find deeply concerning.

For members (Keepers) of The Way of the Mandalore, armor is not merely a physical protection; it is a symbol of faith and commitment. Each piece of armor is treated with reverence, consecrated as a spiritual companion that represents the Keepers dedication to their beliefs. The Tenet of Remaining Armored is a cornerstone of our doctrine and parallels the religious practices of other faiths, such as the Sikh requirement to carry the kirpan, a ceremonial blade that is protected under religious freedom laws in the United States.

The confiscation of Mr. Fisher's armor not only infringes upon their ability to practice his religion freely but also sets a concerning precedent for the treatment of religious articles by law enforcement. Religious protections, as enshrined in the First Amendment of the U.S. Constitution and further supported by the Religious Freedom Restoration Act (RFRA), guarantee individuals the right to exercise their faith without undue interference from the state. The actions taken against Mr. Fisher raise serious questions about whether these protections were appropriately considered in this instance.

We respectfully request a review of this matter, including the rationale behind the confiscation of the armor plates and the citation issued to Mr. Fisher. Furthermore, we urge law enforcement and relevant authorities to ensure that all personnel are adequately informed about the religious significance of such items and the legal protections afforded to individuals of all faiths. It is our hope that through dialogue and understanding, situations like this can be resolved in a manner that respects both public safety and the fundamental rights of all individuals.

Thank you for your attention to this matter.

Sincerely,

Matthew Fox
President and Co-Founder, The Way of The Mandalore Religious Movement

PO Box 415
Willoughby, OH 44096
thewayofthemandalore@gmail.com

Exhibit F





  









## It's Time To Check In For Your Flight

1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>                                   Wed, Dec 4, 2024 at 7:00 PM
Reply-to: Transactional Email Reply Inbox <reply-469529-14_HTML-132440471-10982494-6845@t.delta.com>
To: GALACTICOUTFITTERSLTD@gmail.com

View as a web page

**▲DELTA**                                                    Join SkyMiles®

### Confirmation Number

GQNALU



CHECK IN ONLINE

Your flight on Thursday, December 05 is available for check-in. Prepare for your flight by reviewing the below itinerary and information on prohibited items for checked or carry-on bags.

TRIP ONE

| Thursday December 05 | DEPART | ARRIVE | SEAT |
|---|---|---|---|
| 2690 Operated by Delta Air Lines, Inc | Syracuse, New York 06:59 pm | Atlanta, Georgia 09:36 pm | 20B |
| 3117 Operated by Delta Air Lines, Inc | Atlanta, Georgia 10:50 pm | Jackson, Mississippi 11:13 pm | Seat Assigned after Check-In |

TRIP TWO

| Monday December 09 | DEPART | ARRIVE | SEAT |
|---|---|---|---|
| 3180 Operated by Delta Air Lines, Inc | Jackson, Mississippi 07:00 pm | Atlanta, Georgia 09:29 pm | Seat Assigned after Check-In |
| 2123 Operated by Delta Air Lines, Inc | Atlanta, Georgia 10:36 pm | Syracuse, New York** 12:46 am on December 10 | Seat Assigned after Check-In |

**Arrival date is different than departure date.

## What To Know About Your Basic Economy Purchase
We look forward to seeing you. As a reminder, with Basic Economy, seats are assigned after check-in and may not be together. For future flights, get more freedom and flexibility with Main Cabin. Learn More ›



**Arrive Early For Your Flight**



Exhibit H

# Your order no. 21-12573 has been fulfilled

message

---

**aura Ashby (laura@rmadefense.com)** <system@sent-via.netsuite.com>                                  Mon, Sep 13, 2021 at 9:36 AM
eply-to: Laura Ashby <laura@rmadefense.com>
o: stearosieriflesyndicate@gmail.com

Dear Theresa Krenzer,

Thank you for shopping at RMA Armament, Inc..

Your order no. 21-12573 has been fulfilled.

Order Summary:

| Item | Qty | Brief Description | Rate | Amount |
|---|---|---|---|---|
| RMA-1155sc-10x12 | 4 | Level IV 1155 Armor Plate, Single Curve, ESAPI Cut, 10"W X 12"H, 8.3 lbs. NIJ certified, 10 Year Warranty EXPORT WARNING: Level IV armor plates are ITAR controlled and may not be transferred to non-US persons in the United States or exported without prior written approval of the U.S. Department of State. | $135.00 | $540.00 |
| Discount | | | | ($54.00) |
| Tax | | | | $0.00 |
| **Total** | | | | **$486.00** |

Tracking numbers:
1ZXW35910391850428

Link to tracking information on carrier website: http://wwwapps.ups.com/etracking/tracking.cgi?TypeOfInquiryNumber=T&
InquiryNumber1=1ZXW35910391850428

RMA Armament, Inc.

**Federal Protective Service**
**Accommodating Sikh Articles of Faith***

Sikhism is a religion that originated in South Asia during the 15th Century; it is distinct from both Hinduism and Islam. The *Kirpan*, a religious sword, and the *Kara,* a metal bracelet, are both Sikh articles of faith.



*Kirpan*: The *Kirpan* typically has a wooden or steel handle, with a blade that may or may not be dull, and signifies the duty of a Sikh to stand against injustice. There is no prescribed blade length for the *Kirpan;* its size varies based on personal choice. The majority of *Kirpan* blades range in size from 3 to 6 inches, but blades may be as small as 2 inches. Unless used during a religious ceremony, *Kirpans* are always sheathed. There are some Sikhs who believe a *Kirpan* must be worn at all times, so they may not want to leave it at the checkpoint.



*Kara*: The *Kara* is an iron or steel bracelet worn on the wrist. The circle signifies the oneness and eternity of God and serves as a reminder to Sikhs to watch their actions and to use their hands for the benefit of humanity. Some Sikhs will have worn their *Kara* for many years and so may not be able to remove it from around their wrist.

| Considerations when Presented with Articles of the Sikh Faith | Exceptions and Exemptions for Otherwise Prohibited Items |
|---|---|
| Show respect to all variations of the articles of the Sikh faith during inspections. | Individuals requesting to bring in an otherwise prohibited item, which may include a *Kirpan* with a blade of 2.5 inches or longer, should be referred to a Facility Security Committee (FSC) representative to determine if an **exception** (temporary in nature and granted for specific occurrences or a defined time period) or **exemption** (permanent in nature until rescinded) to the general prohibition is appropriate. |
| A *Kara* that cannot be removed may be searched while on the person and/or may be scanned with a handheld metal detector. | |
| A *Kirpan* may qualify as a "dangerous weapon" under 18 U.S.C. § 930, which generally prohibits knives with blades 2.5 inches or longer, unless otherwise authorized. Before such a *Kirpan* may be carried into a Federal facility, an exception or exemption to the prohibited items policy would be necessary; procedures are described in FPS Directive 15.9.3.1. | If the FSC issues an exception or exemption, the individual would be allowed to enter with the item unless the possession is in violation of Federal law. |
| | An individual may enter a facility, absent any other security impediment, if the prohibited item is removed and stored off the premises. |
| A *Kirpan* with a blade of less than 2.5 inches may be permitted in a Federal facility without an exception or exemption, unless it is used as a dangerous weapon. | If the FSC denies entry with the prohibited item, then the individual may request that FPS review FSC's decision by either making a verbal or written complaint to an on-site Protective Security Officer or other FPS official, or through e-mail to FPS Headquarters at FPS-RMD@dhs.gov. |

*\* This training document does not apply to a Federal court within a FPS secured facility; the chief judge or designee has authority to promulgate rules or orders regulating, restricting, or prohibiting the possession of weapons within any facility housing the Federal court or any of its proceedings, or upon any grounds adjacent to the facility.*

Exhibit

9:30

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 134025 - Special Education Teacher**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 134041 - Secondary School Teacher**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133790 - Sanitation Worker**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133788 - Roofer**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

bodyarmor@dos.ny.gov                                        12/27/2023
Body Armor Request - Application 133809 - Preschool and Kindergarten Teacher
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 134042 - Postsecondary Teacher**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 134024 - Other Teachers and Instructors**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133791 - Mechanic**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133793 - Iron and Steel Worker**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133795 - Highway Maintenance Worker**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    12/27/2023
**Body Armor Request - Application 133771 - Forest, Conservation, and Logging...**
Department of State Body Armor Unit One Commerce Plaza 99 Washingto...   Inbox

**bodyarmor@dos.ny.gov**                                    ...23
**Body Armor Request - Application 133785 - Supervisor of Farming, Fishing, and...**

|||     ◯     ‹

Exhibit K1

STATE OF NEW YORK
COUNTY OF ONTARIO                                    COUNTY COURT

THE PEOPLE OF THE STATE OF NEW YORK,

                                                    **DECISION AND ORDER**
                                                    Indictment No.: 22-07-085A

    -against-

KEENAN P. FISHER,
                                    Defendant.


APPEARANCES

For the People

Hon. James Ritts
Ontario County District Attorney
By: Peter Van Dellon, A.D.A
Ontario County Courthouse
27 North Main Street
Canandaigua, New York 14424

For the Defendant

ABELOVE LAW, P.C.
Joel E. Abelove, Esq.
1702a Central Avenue
Albany, New York 12205

Dennis, Brian D., J.

       Upon motion of the defendant, dated November 14, 2022, for an Order, pursuant to CPL §210.20(1)(c), dismissing the indictment upon the ground that the grand jury proceeding was defective, within the meaning of section 210.35; and

       Upon the People's Affirmation in Opposition thereto, dated January 14, 2023; and

       Upon oral argument heard by the Court on January 17, 2023;

The Court now finds that the integrity of the grand jury was impaired by the admission of erroneous testimony concerning the license required by the defendant to possess the items charged in the indictment; therefore,

It is **ORDERED**, that defendant's motion to dismiss the indictment upon the ground that the grand jury proceeding was defective, within the meaning of section 210.35, is hereby **GRANTED**, and the indictment is **DISMISSED.**

DATED: February 17, 2023

Hon. Brian D. Dennis
Ontario County Court Judge

Exhibit K2

```
STATE OF NEW YORK          COUNTY OF ONTARIO

COUNTY COURT

---------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK    : INDMT# 22-07-085A

                 -vs-                  :

KEENAN P. FISHER                       :

                      Defendant.       : Decision/Motion

---------------------------------------X

                    Ontario County Courthouse
                     Canandaigua, New York
                       February 14, 2023
```

B e f o r e

      HON. BRIAN D. DENNIS

              County Court Judge

A p p e a r a n c e s

For the People:

      JAMES B. RITTS, ESQ.
      Ontario County District Attorney
      27 North Main Street
      Canandaigua, New York 14424
      By:  PETER VanDELLON, ESQ.
          Assistant District Attorney

For the Defendant:

      ABELOVE LAW, P.C.
      ██████████████
      Albany, New York 12205
      By:  JOEL E. ABELOVE, ESQ.

Defendant Present

                JESSICA A. HASTINGS, RPR
                  Official Court Reporter
                   (585) 412-5294

*Exhibit K3*

PEOPLE v. KEENAN P. FISHER                                    2

1          THE CLERK:  Court calls case number 14, Keenan

2    P. Fisher.

3          MR. ABELOVE:  Good afternoon, Your Honor.

4          THE COURT:  Sir.

03:33:13    5          *(A brief break occurred.)*

6          MR. ABELOVE:  Thank you, Judge.

7          THE COURT:  Yes.  You may be seated.  This is

8    People versus Keenan Fisher.  Mr. Fisher is here with his

9    attorney, Mr. Abelove.

03:34:25   10          MR. ABELOVE:  Yes, sir.

11          THE COURT:  Mr. Van Dellon is here for the

12   People.  This matter is on for the Court's decision with

13   respect to grand jury inspection.  The Court has

14   carefully reviewed the motion filed by the Defendant and

03:34:38   15   the People's written reply.

16          The Court entertained oral arguments on January

17   17th, 2023.  The Court agrees with the Defendant that the

18   integrity of the grand jury proceeding was impaired by

19   the testimony of multiple witnesses including the ATF

03:34:58   20   investigator and the New York State Police investigator.

21   The Court believes the testimony on page 14 of the grand

22   jury transcript which informed the grand jury that once a

23   federal firearms license is issued by ATF, the licensee

24   must also apply for a New York State dealer and firearms

03:35:17   25   license and/or a New York State gunsmith license in order

Exhibit KY

PEOPLE v. KEENAN P. FISHER

3

1   to conduct business in semiautomatic firearms as well as

2   handguns was incorrect.  Moreover, the grand jury was

3   specifically informed that the issue was lack of

4   compliance with state and local law.  Grand jury

03:35:37  5   testimony page 100, the Court disagrees and is guided by

6   New York State Penal Law Section 265.20 subsection (a),

7   subdivision (8), which provides an exemption to the

8   prosecution of the crime set forth in the indictment.

9   Possession of the items specified in the indictment as a

03:36:04  10   transferee recipient for the purpose of lawful

11   distribution is exempt under Penal Law 265.20 subsection

12   (a) subdivision (8).  The Court is fully aware of Penal

13   Law 265.20 subdivision (10) which provides an exemption

14   to those who are duly licensed by New York State as a

03:36:25  15   dealer in firearms and/or gunsmith.

16        So based upon the Court's ruling, the

17   indictment will be dismissed.  Either side can present an

18   order upon notice and take whatever action you deem

19   appropriate, but at this point, the indictment is

03:36:45  20   dismissed.

21        MR. ABELOVE:  Thank you very much, Your Honor.

22   I appreciate the Court's time.  I'll submit a proposed

23   order on notice to the People for the Court's

24   consideration.

03:36:53  25        THE COURT:  Very well.  Thank you.

Exhibit K5

PEOPLE v. KEENAN P. FISHER

1          THE DEFENDANT:  Thank you, Your Honor.

2          THE COURT:  Good day.

3          MR. ABELOVE:  Good day, sir.

4   (The proceedings concluded.)

5   Certified to be a true and accurate transcript.

6   *Jessica R. Hastings*

7   _____

8   Jessica R. Hastings, RPR

9   Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



## USCCA MEMBER

**Keenan Fisher**

| Member Number | Member Level | Member Since |
|---|---|---|
| 3914070 | Platinum | 1/8/2025 |



MISSISSIPPI
NOT ACCEPTABLE FOR
REAL ID OFFICIAL PURPOSES

NO. 918002642   EXP 01/09/2030
FISHER
KEENAN PEARRY
4031 FOWLER RD
DURANT, MS 39063-2856
ISS 01/09/2025   DOB 07/05/1991
SEX M   HGT 5'-08"   EYES HAZ

### Mississippi Sportsman Education Card

KEENAN FISHER
4031 FOWLER RD UNIT B
DURANT, MS 39063

DATE OF BIRTH: 1991-07-05

CERTIFICATION

| TYPE | NUMBER |
|---|---|
| HUNTER ED | KI032248319 |



**Mississippi Department of Wildlife, Fisheries, and Parks**

### 2025 Mississippi Sportsman License

KEENAN PEARRY FISHER
CID 843732967
DOB 07 05 1991
EXP 12 31 2025
HUNTER ED
MB SW WF WHA
Mississippi Department of Wildlife, Fisheries, and Parks

---

**This is to certify that**

## Keenan Fisher

Born July 5, 1991

has completed the

### Kansas Furharvester Education Course



Certificate ID
49247

KANSAS
WILDLIFE
& PARKS

---

CERTIFICATION CARD

## Advanced Bleeding Control



has successfully completed and competently performed
the required knowledge and skill objectives for this program.



G2019   hsi Health & Safety Institute   AMERICAN SAFETY & HEALTH INSTITUTE



---



Department of Environmental Conservation

**Bowhunter Education**
Certificate of Qualification   BO168000

STUDENT NAME
Keenan Fisher

| DATE OF BIRTH | DATE CERTIFIED |
|---|---|
| 07-05-1991 | January 7, 2025 |

The person named above has successfully completed the International Bowhunter Education Program. I hereby affirm under penalty of perjury that all information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

SIGNATURE OF INSTRUCTOR
KALKOMEY

Instructor's I.D. No   bowhunter-ed.com   Location of Course
0 5 0 0 0 0 0 0   County   Online

---

### RANGE SAFETY OFFICER COURSE

Keenan Fisher





EXHIBITS  415B.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

Docket No. CR-13148-24

THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Innocent Party.

-------------------------------------------------------

**MOTION TO ACKNOWLEDGE HYBRID REPRESENTATION AND PRESERVE
DEFENDANT'S DUE PROCESS RIGHTS IN REPEATING MALICIOUS PROSECUTIONS**

TO THE HONORABLE JUDGE:

Comes now the Defendant-Petitioner, Keenan Fisher, respectfully moving this Court to
acknowledge to record its appointment of a limited, hybrid model of representation in this matter.
The assigned attorneys were appointed to assist with procedural and ministerial tasks at the
Court's pleasure; Defendant-Petitioner has asserted they already served lead on all substantive
filings and strategy, has a religiously motivated claim, in accordance with constitutional rights
had the Omnibus, evidence, Motions, sample orders ready for the Court 12/18/24.

I. BACKGROUND

The present prosecution marks the 59th malicious state charge initiated by New York State
actors under color of law in a continuing pattern of conspiratorial, retaliatory, and discriminatory
criminal conduct. On December 5, 2024, the Onondaga County District Attorney's Office
coordinated with SYR police, and potential others, to initiate a 270.21 charge against an
Innocent Party they knew to be false, on this date accruing 131 days of constitutional right
violations. Since arraignment on December 18, 2024, Defendant-Petitioner has attempted to
assert my rights via readied Omnibus Motion requesting expedited relief, which prior assigned
counsel refused to submit and newly assigned counsel refuses to submit because it is not in his
"own hand".

**1. Recognition of Good Intent**

I recognize counsel believed he has my best interest in mind through a prompt dismissal of a charge, and the initiative he took is superior to the Public Defender in malicious prosecutions 22-07-085A/B who tried to push my innocent partner to accept the DA's malicious plea "as a former prosecutor" and defended and rationalized criminal police actions including a violent warrantless home Invasion on 8/18/22. It's admirable and commendable a PD jump to free Innocent people. I assign zero shade with this request, seems counsel was trying to call me with news everyone else accused of an unconstitutional mala prohibita "crimes" in NY wants to hear: "case dismissed!"- but my case as written is in my best interest, not a DA proposed dismissal shielding liabilities after members of the Interstate Task Force have been conspiring and failing to frame me as a criminal since 2021. I have my own motion to dismiss. I recognize lawyers are very proud, and this is not a professional complaint or meant as disrespectful, I just need to firmly assert my rights and ensure my correct defense is properly conducted without state appointed interference as happened in 22-07-085B. The state should absolve this attorney against any retaliation: I'm the architect of my defense, he refuses to present it.

### 2. Rejection of All District Attorney Offers and Deals

It is *impossible* for any court to find me guilty of this unconstitutional "crime," and evidenced by Onondaga DA and SYR's use of the 210.35-guilty Task Force's supposedly sealed malicious prosecution means any Jury would see this 131 day assault on my rights is an entirely malicious and retaliatory continuation of 1200+ days of its members continuing abuse under color of law, but:

- I have politely missed too many days of work coming here under threat of recurring illegal arrests (arguably a violent threat from a fascist state after it stole my holy articles and previously kidnapped us on Holocaust Remembrance Day 2022 with a train kettle trap) to be denied due process and full Discovery. I must be heard.
- My family have been fighting the criminal acts of the Task Force for too long to let a DA's nervous dismissal look like a win to us: Presentation of my defense and process of my motions, including my own motion for dismissal of the criminal count is the only thing in this courtroom in my interest. I will be heard, and accept no deal, no offer, no negotiation and no legal quarter from Hochul's Interstate Task Force criminals like DA Fitzpatrick.

## II. GROUNDS FOR MOTION

## 1. Clarification and Acknowledgement of Hybrid Representation

Under *Faretta v. California*, 422 U.S. 806 (1975), the Defendant-Petitioner asserts they maintain the right to act as lead counsel in defense of their own liberty, religious expression, and lawful business. Defendant-Petitioner, accepting counsel assignment only to please the Court on process matters, seeks quick clarification that assigned counsel serves only as a procedural assistant and mouthpiece for filing as had been discussed, as the Defendant-Petitioner has prepared a full defense with important motions based on a deep familiarity with the facts, circumstances, and laws relevant to this unconstitutional case. Even if not in a lawyers own hand, they need to lift a finger on the clients' prepared defense.

## 2. DA's Dismissal Terms Are Not in the Defendant-Petitioner's Best Interest, Only Working to Shield Corrupt State Actors from Liability

Any DA proposed dismissal or request accepted by the defense would be made without my consent, would bar Defendant-Petitioner from accessing necessary discovery, possibly foreclose civil liability against all unlawful state actors' taxpayer-funded misconduct, leave unchallenged the DA's unconstitutional actions, and leave unanswered important questions of law, police competency and NY State corruption extending from linked witchhunts 22-07-085A & B.

I do not consent to any submission from my evidence folder to the DA outside of the regular discovery process to allow for a DA offered Dismissal. I move to strike any/all non-consented evidence exchange from the record until discovery proper, as 4+ months of constitutional abuse to a defendant should imply an airtight case was made against them by the DA's office when it ordered the charges filed 12/5/24. I have a right to view all "evidence" gathered to prepare a full record of forged instruments, bad actors and instances of misconduct for civil litigation.

Any offer by the DA to dismiss this charge- after enduring *another* 131 days of rights violations and business interruption in *another* malicious prosecution- without exploring discovery or filing the December Omnibus materials to the record would further obstruct full justice, only rewarding and obscuring state actors' misconduct and abuse of process. Defendant-Petitioner is owed proper harvest of the Fruits of Poisonous Tree #59, the Onondaga DA's latest addition to the rotten orchard Hochul's interstate Task Force members have planted against me under color of law.

In 2017, then City Corporation Counsel Hon. Judge Joseph Fahey chastised DA Fitz for "one of the most bizarre and baseless investigations I've seen in all my time as an attorney and judge" which cost the city $560k. With its tainted sisters 22-07-085A and B, this case should give the Honorable Fahey a new shock to the judicial conscience from a repeat bad actor publicly known to file retaliatory and baseless charges.

I know what is in my and my family's best interest. Onondaga DA is a weak member of the TF herd and not taking advantage of its blunderous misconduct, lies to the Court (like armor is "illegal"), fraudulent filings and all communications with other TF entities would be me chilling my own justice.

## 3. Religious and Strategic Interests Must Be Protected

The Defendant-Petitioner's motions are grounded not only in constitutional law but also in protected religious doctrine, which has been central to the discriminatory targeting me and my partner have endured. The right to pursue justice for violation of religious articles, business rights, and freedom of travel are each essential to my liberty.

My religious community maintains major stake in this case and just abolition of the armor ban. While my religious rights might not seem important to prosecution or assigned counsels, it is very important to me, my fam, my entire community.

Per the 6th Amendment Defendant-Petitioner has the right to Confront accusers, Access evidence and Build a complete defense- this includes the right to use discovery not just to disprove the charge, but to demonstrate abuse of process or misconduct that taints the entire proceeding (see imaginary 'pending 22-07-085A charges' that spawned and disrupted this tainted case). Any evidence that shows police or prosecutors acted unlawfully, whether that's falsifying evidence, maintaining illegal "investigations" since 10/22/2021, accessing sealed records, or targeting me for my religion, 2nd Amendment exercise, perceived politik or 1st Amendment association, or activity in lawful interstate commerce must be disclosed under *Brady v. Maryland.*

The Defendant-Petitioner asserts that this proceeding, though initiated with a false charge, is *the* necessary, appropriate and *only* venue to exercise the constitutional right to discovery, to expose and preserve evidence of a pattern of misconduct, retaliation, and criminal acts committed under color of law by agents of the State.

The continued unlawful retention of *all* of Defendant-Petitioner's personal religious and commercial property from this *and* the prior malicious prosecutions- with sealed status violated to construct and taint this witchhunt- is clearly part of an ongoing due process and equal protection violation that requires immediate judicial remedy. Each of the 58 "pending" sealed counts from 22-07-085A tainting this case represents a piece of lawful property unlawfully seized and retained by elements of Hochul's Task Force enterprise, of which Onondaga DA was a member. This property from prior incident is still being unlawfully held under color of law after all items were determined legal, and the current court has inherent authority to correct ongoing violations of my rights especially as these cases are inextricably linked parts in a single course of conspiratorial misconduct to interfere with rights and interstate commerce.

### 4. Civil Suits Are Pending and Require Full Discovery Herein
The Defendant-Petitioner and his partner are currently coplaintiffs in litigation against Hochul's Task Force through a number of its non-Onondaga DA members, via lawsuits 22-cv-6440 and 24-cv-6007. Materials in discovery for the instant case directly support those actions, and the pending action that will be brought against Task Force's Syracuse Respondents for damages. Allowing DA's dismissal without discovery would be tantamount to evidence tampering by omission.

## III. REQUEST FOR RELIEF

The Defendant-Petitioner respectfully requests that this Court:

1. Acknowledge the Defendant-Petitioner's acceptance of no more than hybrid representation for court courtesy, with the assigned public defender retained solely in a procedural role to present the prepared defense;

2. Order that the Omnibus Motion and supporting motions and materials be entered into the record and fully considered for expedited relief;

3. Deny or stay any motion for dismissal until full discovery can be obtained and the Court can evaluate the full constitutional and civil rights violations raised;

4. Recognize the Defendant-Petitioner's religious liberty, right to lawful property and legal livelihood, and the ongoing pattern of governmental abuse that has continued unbroken since the initiation of false charges by Task Force members on Holocaust Remembrance Day 2022, including a statement of findings in the malicious refusal of state actors to process sealing orders, shall issue permits, and other discovered instances of misconduct.

5. Order the return of all unlawfully seized property in this case and linked malicious prosecution 22-07-085A which has tainted it from the start.

6. Any and all other relief in these matters the Courts find just and proper.

Dated: April 15, 2024
Syracuse, New York

Respectfully submitted,
Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

EXHIBITS 415 B₂

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

### NOTICE OF MOTION FOR DISCLOSURE PURSUANT TO CPL § 245.20

PLEASE TAKE NOTICE that upon the annexed affirmation of Defendant-Petitioner Keenan Fisher, dated 12/18/24, and all proceedings and pleadings heretofore had herein, the Defendant-Petitioner hereby moves this Court, pursuant to CPL § 245.20, for an order:

1. Directing the prosecution to provide full and immediate disclosure of all evidence the prosecution intends to use at trial, including but not limited to the seized Articles of Faith;

2. Requiring the prosecution to disclose all communications—whether by email, directive, phone record, or otherwise—between the District Attorney's Office and any other agencies (e.g., the New York Attorney General's Office) regarding the investigation, initiation, or pursuit of the present charge;

3. Compelling disclosure of all investigative materials pertaining to the prosecution of this matter;

4. Mandating the production of all training materials provided to the Syracuse Police Department regarding the interpretation and enforcement of NYEL § 144-a, NYGBL § 396-eee, and NYPL §§ 270.20, 270.21, and 270.22, as well as proof of compliance with such training prior to December 5th, 2024;


PLEASE TAKE FURTHER NOTICE that the above-requested disclosures are essential to ensure compliance with due process, assess the validity of the allegations, and uncover evidence of potential prosecutorial misconduct, systemic deficiencies in law enforcement training, and the inability to lawfully enforce these vague and constitutionally questionable statutes.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court grant the relief sought herein, along with such other and further relief as the Court deems just and proper.

Dated: 12/18/24
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Rd
Durant Mississippi 39063
716-298-7551


To: DA FITZPATRICK
Office of the District Attorney
County of Onondaga
505 S State St, Syracuse, NY 13202

(Sample Order)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

--------------------------------------------------------

### ORDER FOR DISCLOSURE PURSUANT TO CPL § 245.20

Upon review of the Defendant-Petitioner's motion and pursuant to CPL § 245.20, it is hereby:

ORDERED that the prosecution provide full and immediate disclosure of the following:

1. All evidence the prosecution intends to use, including but not limited to the seized Articles of Faith;

2. All communications, including emails, directives, phone records, or any other correspondence, between the District Attorney's office and any other agencies, including but not limited to the New York Attorney General's office, regarding this matter;

3. Any and all investigative material related to this charge;

4. Any and all training materials provided to the Syracuse Police Department for interpreting NYEL § 144-a, NYGBL § 396-eee, and NYPL §§ 270.20, 270.21, and 270.22, as well as proof of compliance with such training prior to December 5, 2024;

IT IS FURTHER ORDERED that the foregoing disclosures are necessary to assess the validity of the charges, uncover potential misconduct, and evaluate evidence of systemic deficiencies in law enforcement training and the enforcement of these vague and constitutionally questionable statutes.

IT IS SO ORDERED.

Dated: 12/18/2024
Syracuse, New York

HON. _____
Syracuse City Criminal Court Judge

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

## NOTICE OF MOTION FOR EVIDENTIARY HEARING PURSUANT TO CPL § 710.60

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court, pursuant to CPL § 710.60, for an order convening an evidentiary hearing to examine the validity and integrity of all evidence disclosed or presented by the prosecution, on the grounds that:

1. The Empire State has a demonstrable history of public corruption and civil conspiracy, already found to be in violation on two counts of CPL § 210.35 in the 116 fabricated CPW1 and CPW3 charge malicious prosecution of Defendant-Petitioner and partner terminating 2/14/23, including but not limited to presenting fraudulent documents and providing false testimony to Magistrates, Courts, and Grand Juries about our licensing and the law to abduct, rob and maliciously prosecute to affect interference in their lawful interstate business operations (even refusing FBI Public Corruption Unit requests to return seized LLC and personal property);

2. The Defendant-Petitioner asserts that any "evidence" in question, including any discovery materials, have likely been tainted by malicious "investigative" material retained in violation of § 160.50, and retained in retaliation for Defendant-Petitioner submitting federal charges against certain Respondents' Task Force and to further interfere in legal interstate Second Amendment commerce and Defendant-Petitioner's rights;

3. An immediate hearing is necessary to safeguard due process, especially concerning and ensure the integrity of the judicial process in light of an established pattern of prosecutorial misconduct and corruption.

PLEASE TAKE FURTHER NOTICE that this evidentiary hearing is essential to prevent any further abuse of the legal system and to expose any unlawful actions undertaken by the prosecution, its agents, and law enforcement.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court convene an evidentiary hearing and grant such other and further relief as the Court deems just and proper.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant Mississippi 39063
716-298-7551

To: William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

(Sample Order)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

------------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

------------------------------------------------------------

### ORDER FOR EVIDENTIARY HEARING PURSUANT TO CPL § 710.60

Upon the motion of the Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and after reviewing the supporting materials and arguments presented, it is hereby:

ORDERED that an evidentiary hearing be convened to examine the validity and integrity of all evidence disclosed or presented by the prosecution in this matter; and it is further

ORDERED that the Defendant-Petitioner's request for the evidentiary hearing is granted on the grounds that the prosecution has an established history of corruption in violation of CPL § 210.35, including but not limited to the presentation of fraudulent documents, false testimony to Magistrates, Courts, and Grand Juries, and malicious prosecution of the Defendant-Petitioner, their family, and their lawful business operations; and it is further

ORDERED that the hearing will address the claims of the Defendant-Petitioner that the evidence, including discovery materials, has likely been tainted by malicious "investigative" material retained in violation of § 160.50, or fabricated as part of a deliberate attempt to interfere in legal interstate Second Amendment commerce; and it is further

ORDERED that the hearing will be held on [insert date and time] in the Syracuse City Criminal Court to ensure the integrity of the judicial process and protect the rights of the Defendant-Petitioner.

IT IS SO ORDERED.


Dated: 12/18/2024
Syracuse, New York

HON. _____
Syracuse City Criminal Court Judge

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

------------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

------------------------------------------------------------

### NOTICE OF MOTION TO SUPPRESS EVIDENCE AND RETURN ARTICLES OF FAITH PURSUANT TO CPL §§ 710.20 AND 710.70

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated [Insert Date], and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order suppressing as evidence the articles of faith unlawfully seized from the Defendant-Petitioner on December 5, 2024, pursuant to CPL § 710.20 and CPL § 710.70.

PLEASE TAKE FURTHER NOTICE that the Defendant-Petitioner requests the immediate return of the seized articles of faith, as they were legally purchased and possessed by the Defendant-Petitioner and are integral to the Defendant-Petitioner's religious practices as a Keeper of the Way of the Mandalore. The Defendant-Petitioner further requests the Court to allow the vindicated Keeper to respectfully don their Beskar'gam and peacefully depart the premises wearing their reclaimed religious armor, in full adherence to their religious tenets.

This motion is made in recognition of the First Amendment right to religious freedom and the unlawful interference with the Defendant-Petitioner's religious expression and practices.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court grant the suppression of evidence, order the return of the articles of faith, and allow the Defendant-Petitioner to leave the premises wearing their Beskar'gam, as per the religious practices of the Mandalorian faith, or such further relief as the Court deems just and proper.

Dated: 12/18/2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant Mississippi 39063
7162987551

To: William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

--------------------------------------------------------

### ORDER FOR SUPPRESSION OF EVIDENCE AND RETURN OF ARTICLES OF FAITH PURSUANT TO CPL §§ 710.20 AND 710.70

Upon the motion of the Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and after reviewing the supporting materials and arguments presented, it is hereby:

ORDERED that the articles of faith unlawfully seized from the Defendant-Petitioner on December 5, 2024, be suppressed as evidence pursuant to CPL § 710.20 and CPL § 710.70, on the grounds that the Defendant-Petitioner's purchase and possession of said articles was legal and in full compliance with their religious beliefs as a Keeper of the Way of the Mandalore; and it is further

ORDERED that the Defendant-Petitioner's articles of faith, specifically their Beskar'gam (armor), be immediately returned to the Defendant-Petitioner; and it is further

ORDERED that the Defendant-Petitioner be granted the right to peacefully don their Beskar'gam and exit the premises wearing their reclaimed religious armor, in accordance with their First Amendment rights to freely exercise their religion, without further unlawful interference from the prosecution or law enforcement; and it is further

ORDERED that this Court acknowledges the religious significance of the Beskar'gam to the Defendant-Petitioner and ensures that the Defendant-Petitioner's rights to religious accommodation are respected, and any further actions that interfere with their religious practices shall not be tolerated.

IT IS SO ORDERED.

Dated: December 18, 2024
Syracuse, New York

HON. _____
Syracuse City Criminal Court Judge

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

## MOTION TO CHALLENGE THE CONSTITUTIONAL VALIDITY OF NYEL § 144-a, NYGBL § 396-eee, AND NYPL §§ 270.21, 270.22 PURSUANT TO CPL § 210.30

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated 12/18/2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order pursuant to CPL § 210.30 granting an immediate hearing to challenge the constitutional validity of NYEL § 144-a, NYGBL § 396-eee, and NYPL §§ 270.21, 270.22.

PLEASE TAKE FURTHER NOTICE that Defendant-Petitioner asserts that these statutes, in whole or in part, violate the U.S. Constitution, including but not limited to infringements upon due process, equal protection, and the Second Amendment rights of law-abiding citizens engaged in legal commerce and First Amendment religious practices. The Defendant-Petitioner seeks a hearing for the following reasons:

1. NYEL § 144-a unduly restricts the lawful purchase of body armor and possession of articles of faith in a proxy "may issue" licensing scheme of "eligible professions", enforcing on lawful citizens restrictions only imposed on convicted felons in our legal tradition, interfering with both religious and personal expression under the First Amendment and the right to self defense via common use body armor under the Second Amendment.

2. NYGBL § 396-eee imposes unjustifiable burdens on lawful interstate commerce and violates the Commerce Clause of the Constitution, plus creates further confusion and ambiguity regarding the regulation of items used for religious purposes and outlaws the First Amendment religious practice of armor gifting.

3. NYPL §§ 270.21 and 270.22 are vague, overbroad, and unconstitutional in their application to restrict the legal exercise of 2A rights via non-threatening conduct, and both rely on the "may

issue" licensing proxy of "eligible professions" as held  unconstitutional in *Bruen*, leading to arbitrary enforcement and mass violation of the People's fundamental rights.

4. NYPL § 270.20 is a *prosecutorial enhancement* for a violent felony committed with a firearm only after one has been committed, and not a patrol-enforceable or stand alone offense. Wearing body armor is neither criminal nor suspicious, and New York Law Enforcement must be trained on this law to not interfere with 2A Constitutional rights to wear common use lifesaving devices.


WHEREFORE, the Defendant-Petitioner respectfully requests that this Court grant an immediate hearing to address the constitutional validity of NYEL § 144-a, NYGBL § 396-eee, and NYPL §§ 270.21, 270.22, and provide further training as necessary to prevent further weaponization of and overreach utilizing 270.20, plus any and all relief as the Court deems just and proper.

Dated: 12/18/2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant Mississippi 39063
7162987551

To: William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

(Sample Order)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

--------------------------------------------------------

**ORDER TO CONDUCT HEARING AND CHALLENGE THE CONSTITUTIONAL VALIDITY OF NYEL § 144-a, NYGBL § 396-eee, AND NYPL §§ 270.21, 270.22 PURSUANT TO CPL § 210.30**

Upon the motion of the Defendant-Petitioner, Keenan Fisher, dated December 18, 2024, and after reviewing the supporting materials and arguments presented, it is hereby:

ORDERED that an immediate hearing be convened to challenge the constitutional validity of NYEL § 144-a, NYGBL § 396-eee, and NYPL §§ 270.21, 270.22, and it is further

ORDERED that the Defendant-Petitioner's request for a hearing is granted on the grounds that these statutes may violate U.S. Constitutional rights, including but not limited to the First Amendment (freedom of religion and expression) and the Second Amendment (right to keep and bear arms), and it is further

ORDERED that the hearing will address the Defendant-Petitioner's claims that:

1. NYEL § 144-a restricts the lawful purchase and possession of body armor in a proxy "may issue" scheme infringing on personal and religious rights to body armor for self defense.

2. NYGBL § 396-eee imposes unjustifiable burdens on interstate commerce and violates constitutional protections.

3. NYPL §§ 270.21 and 270.22 are overbroad, unconstitutional, and lead to arbitrary enforcement.

4. NYPL § 270.20 is improperly enforced as a stand-alone offense and should be clarified to avoid overreach and rights abuses.

IT IS FURTHER ORDERED that the hearing shall be held on 12/18/2024 at 9:00am at the Syracuse City Criminal Court to ensure the integrity of the judicial process and protect the rights of the Defendant-Petitioner.

IT IS SO ORDERED.

Dated: 12/18/2024
Syracuse, New York

HON. _____
Syracuse City Criminal Court Judge

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

----------------------------------------------------------

PEOPLE OF THE STATE OF NEW YORK,
Plaintiff,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

----------------------------------------------------------

## MOTION TO DISMISS CRIMINAL CHARGE PURSUANT TO CPL § 210.20, IDENTIFYING A FALSE ACCUSATORY INSTRUMENT PURSUANT TO § 210.10 & OFFICIAL MISCONDUCT PURSUANT TO § 195.00

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated 4/15/2025, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order pursuant to CPL § 210.20 dismissing the malicious criminal charges against them on the grounds that NYPL § 270.21 is unconstitutional, and that the arbitrary and malicious enforcement of this statute violates the Defendant-Petitioner's rights under both the United States Constitution and the New York State Constitution.

In support of this motion, Defendant-Petitioner asserts the entirety of the attached complaint and highlights the following:

1. NYPL § 270.21 is unconstitutionally vague, overbroad, and infringes upon the Second Amendment right of all law-abiding citizens to possess and wear body armor for self-defense purposes and Mandalorian religious rights under the 1st Amendment, both violations of well-established constitutional protections.

2. The statute's application in the Defendant-Petitioner's case has been knowingly arbitrary, malicious, and in bad faith, continuing a pattern of unlawful abuse from linked malicious prosecutions 22-07-085A and B. The unlawful seizure and malicious enforcement of this statute against the Defendant-Petitioner for lawful possession of their body armor for work and religious purposes, an item protected under the Second Amendment and in common use in the lawful defense of oneself, was unconstitutional and a clear violation of due process rights.

3. The arbitrary and selective enforcement of this statute, including the failure to establish clear and consistent guidelines for its application or to train officers whatsoever, has resulted in

multiple instances of harassment and this malicious prosecution based on a statute that infringes upon peaceful religious practices and lawful personal expression.

4. The Defendant-Petitioner further asserts that the prosecution's reliance on NYPL § 270.21 constitutes a knowingly malicious attempt to interfere with their Second Amendment rights under an unconstitutional "may issue"-proxy licensing scheme, their 14th Amendment right to equal protection and right to a livelihood, and their First Amendment rights to freely exercise their religious beliefs, all of which are fundamental guarantees by both the United States Constitution and the New York State Constitution.

5. Pursuant to CPL § 210.20(1)(a)(h), the Court must dismiss an indictment or information when (a) it is defective as defined in § 210.20 (e.g. based on an unconstitutional statute) and (h) which authorizes dismissal where "there exists some other jurisdictional or legal impediment to conviction" to which the knowingly malicious filing of a charge in retaliation for constitutionally protected conduct- particularly where the statute is facially unconstitutional or misapplied- constitutes such a legal impediment.

In the instant matter, the charge under NYPL § 270.21 is defective on its face and unconstitutional under both the Second and First Amendments, rendering it legally insufficient to support prosecution. Furthermore, the malicious, retaliatory use of this statute and unlawfully maintained "investigative" material in violation of 2/17/23 sealing orders by the Interstate Task Force membership- in the absence of any criminal conduct by Defendant whatsoever- presents a clear legal impediment to valid conviction.

6. The record and attached complaint establish that the prosecution was undertaken in bad faith, with prior knowledge that NYPL § 270.21 is under constitutional challenge, is misapplied in this case, and is being used as a tool of personal and commercial harassment stemming from a prior malicious prosecution (22-07-085A/B). The People's conduct violates the due process and equal protection guarantees of the Fourteenth Amendment and is actionable under *Wayte v. United States*, 470 U.S. 598 (1985) and *Hartman v. Moore*, 547 U.S. 250 (2006), which both prohibit selective or retaliatory prosecution for protected activity.

7. The facts show that law enforcement and prosecutors involved have actual or constructive knowledge that the Defendant-Petitioner's conduct- lawful possession of body armor for religious and occupational use- was not criminal under either statute or prevailing case law. Nevertheless, charges were ordered by DA's initiated with malicious intent, retaliatory motive, and in bad faith, as part of an ongoing pattern of harassment by state actors intent on abuse of the rights of the Defendant-Petitioner. The People, by andhe District Attorney's Office, filed a knowingly **false accusatory instrument** asserting criminal conduct that was submitted despite the absence of probable cause and in clear contradiction of exculpatory evidence known to the prosecution. As such, this instrument constitutes a false written statement made under penalty of perjury with intent to mislead the Court in the performance of its official functions, satisfying the statutory elements of **Perjury in the Second Degree (PL § 210.10).**

8. Further, during court proceedings, an Assistant District Attorney made material false representations regarding the legal status of the Defendant's lawfully owned body armor. Specifically, the ADA claimed the armor was "illegal" and could not be returned to the Defendant, despite the absence of any legal or factual basis supporting such a claim. This knowingly false statement was made accompanying a *coercive* Adjournment in Contemplation of Dismissal offer despite the prosecution having *no viable path to conviction*. While the ADA's statement on offer may not rise to perjury under PL § 210.15 if it lacked formal oath, knowingly false representation was made during formal court hearing that constitutes serious prosecutorial misconduct, misrepresenting material facts of law in an effort to convert more of defendant's property by members and associates of Hochul's Interstate Task Force on Illegal Guns.

9. The acts of the District Attorneys constitute **Official Misconduct (PL § 195.00),** as they knowingly failed to perform the duty clearly imposed by law and acted with intent to obtain an improper benefit (enterprise retaliation) or deprive Defendant of a legal right. This includes the malicious retention of religious property without cause, false assertions concerning the legality of said property, and continued prosecution without probable cause or sealed-case compliance.

Using prosecutorial powers to retaliate as Interstate Task Force on Illegal Guns members, the DAs conduct can constitute racketeering or retaliation under color of law, both criminally and civilly (18 U.S.C. § 1962). Further, these actions may give rise to a federal civil rights violation under 18 U.S.C. § 242, for the deprivation of constitutional rights under color of law, including the Defendant's First, Second, Fourth and Fourteenth Amendment protections, demanding referral to **US AG's SECOND AMENDMENT ENFORCEMENT TASK FORCE** for investigation.

10. As such, continued prosecution under this charge is not merely improper, it represents a constitutional violation and a legal impediment to lawful conviction that requires immediate dismissal of the accusatory instrument in the interest of justice and to prevent further deprivation of the Innocent Party's rights under color of law.

**WHEREFORE,** Defendant-Petitioner respectfully requests that, simultaneously alongside the relief requested in my other prepared motions, this Court issue an order to:

1. Dismiss the malicious criminal charge against the Defendant-Petitioner pursuant to CPL § 210.20(a)(h) as the enforcement of NYPL § 270.21 is unconstitutional and its application in this case is retaliatory, arbitrary and malicious, in violation of an Innocent Party's 1st Amendment religious expression as a Keeper of the Way of the Mandalore, 2nd Amendment right to armor as a US Citizen and 14th Amendment right to engage in lawful interstate commerce unmolested, AND, per the definition of § 210.10 this charge was filed with a false accusatory instrument, this case further tainted by a pattern of prosecutorial misconduct, perjury and due process violations.

2. Refer all evidence of Hochul's Interstate Task Force on Illegal Guns members' and associates' perjury, misconduct, criminal acts and conspiracy to interfere with rights and interstate commerce under color of law to the appropriate disciplinary and oversight bodies,

including the New York State Commission on Prosecutorial Conduct and USAG Bondi's Second Amendment Enforcement Task Force at the Department of Justice;

3. Provide any and all further relief as the Court deems just and proper.


Dated: 4/15/2025
Syracuse, New York

Respectfully submitted,
Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

### MOTION TO AMEND CASE CAPTION PURSUANT TO CPL § 100.15

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated 12/18/2024, and all prior pleadings and proceedings herein, Defendant-Petitioner Keenan Fisher hereby moves this Court for an order to amend the case caption in the above-captioned matter from "*People of the State of New York v. Keenan Fisher*" to "*Mandalore v. The Empire,*" pursuant to CPL § 100.15, as the People of New York are not a true party to this action and the nature of the legal controversy central to this case involves Defendant-Petitioner's religious identity and the First Amendment rights of the Mandalorian community, of which the Defendant-Petitioner is a proud member.

PLEASE TAKE FURTHER NOTICE that Defendant-Petitioner Keenan Fisher asserts that the constitutional questions raised in this case—including issues of free exercise of religion, free travel, free expression, and Second Amendment rights to utilize common use self defence arms and armor outside the home—are of significant importance to the Mandalorian community and their deeply held beliefs. The matter at hand is not merely an individual dispute, but a reflection of broader questions regarding the right to self-identify, the right to express one's religion through the practice of wearing articles of faith as part of religious expression, and the right to engage in all constitutionally protected lawful activities without state interference, particularly where such rights are protected by the First, Second Amendments, Fourth and Fourteenth Amendments.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court:

1. Grant the motion to amend the case caption to "Mandalore v. The Empire" in order to properly reflect the legal and religious context of this case, honoring the nature of the Defendant-Petitioner's religious identity and the significance of the legal controversy at hand.

2. Provide any further relief as deemed just and proper.


Dated: 12/18/2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551


To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

(Sample Order)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

----------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,
Plaintiff,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

----------------------------------------------------------

ORDER TO AMEND CASE CAPTION

Upon the motion of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and after reviewing the supporting materials and arguments presented, it is hereby:

ORDERED that the case caption in the above-captioned matter is amended from "*People of the State of New York v. Keenan Fisher*" to "*Mandalore v. The Empire*" to reflect the nature of the legal controversy surrounding the Defendant-Petitioner's religious identity, as the constitutional questions raised concern the free exercise of religion, free travel, free expression, and other constitutional rights of the Mandalorian community; and it is further

ORDERED that this amendment to the case caption is granted, honoring the significance of the legal issues presented and their central importance to the Mandalorian community's First Amendment rights and the People's Second Amendment rights; and it is further

ORDERED that the case shall proceed under the amended caption in all filings and proceedings from 12/18/2024 onward.

IT IS SO ORDERED.

Dated: December 18, 2024
Syracuse, New York

HON. _____
Justice of the Syracuse Criminal Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

## MOTION FOR PAYMENT OF REPLACEMENT COSTS, EMOTIONAL DISTRESS, AND PUNITIVE DAMAGES

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order directing Respondents to pay the following relief:

1. Replacement costs of $350 for the NIJ 06 Certified RMA Level IV Plate Set from  the Respondents. The integrity of the armor can no longer be functionally trusted, as it was unlawfully seized, and as such, the plates must be retrieved, retired in a place of honor, and replaced at Defendant-Petitioner's expense.


2. Emotional Distress compensation in the amount of $500 per day from December 5, 2024, until the sealing of the malicious criminal charge against Defendant-Petitioner. As of today, this amounts to approximately $7,000 for the distress caused by the wrongful and retaliatory actions taken against Defendant-Petitioner, including the unlawful seizure of their harmless articles of faith and repeat malicious prosecution.


3. Punitive damages in the amount of $10,000 for the State's repeatedly filing obviously malicious charges on orders of the DA's "boss", establishing a clear pattern of retaliatory, targeted constitutional abuses. This pattern of State misconduct has continued after the Respondents Hochul & James' Task Force was found to violate two counts of CPL § 210.35 on February 14, 2023, and it is currently subject to a lawsuit for these actions defended by the AG. This stare knows exactly what my profession is, as it's being sued for return of property and damages.

This case can not be allowed to waste any more of our time or money after a $25,000 in legal retainer and forced, unlawful cessation of business 2022-2024. The State is trying to waste my

time with legal proceedings and continue to starve me out. The State is the criminal entity here and should be treated accordingly.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court issue an order directing the Respondents to pay the requested sums for the replacement of the stolen armor, emotional distress compensation, and punitive damages as outlined above, and provide any further relief the Court deems just and proper.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

KEENAN FISHER, THERESA KRENZER
*Innocent Parties*

-vs-

THE EMPIRE

-------------------------------------------------------

### MOTION FOR ORDER OF PROTECTION PURSUANT TO CPL § 530.13

PLEASE TAKE NOTICE that upon the affirmation of Innocent Party Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Innocent Party hereby moves this Court for an Order of Protection pursuant to CPL § 530.13 to prevent ongoing harassment and threats to the safety and liberty of Fisher and their partner Krenzer, due to credible threats of continued overreach and abuse by Respondents under color of law.

Specifically, Defendant-Petitioner and partner, Krenzer, are rightfully concerned for their safety in light of the following:

1. The January 27, 2022 Holocaust Remembrance Day freight train kettle trap incident, wherein Fisher and Krenzer were subjected to an unlawful abduction and robbery under color of law by Respondents' Interstate Task Force on Illegal Guns and were maliciously prosecuted for over a year on a combined 116 fabricated felony charges they were Exempt to, which continues to cause significant emotional, reputational, economic and psychological distress. This event serves as a clear example of the Respondents' ongoing efforts to maliciously and illegally target Innocent Parties.

2. The August 18, 2022 SWATTING incident, wherein law enforcement conducted a no warrant SWAT intimidation attempt at Krenzer's residence trying to scare them into not filing lawsuits using physical violence and threats of baseless arrest and imprisonment, further compounding her legitimate fears of future unlawful actions by Respondents as they listed Krenzer's address instead of Fisher's ID address on the ticket.

3. Respondents Task Force has baselessly and quite insanely accused Innocent Parties of being "Russian assets", "militia leaders", "drug dealers", "involuntarily committed to a mental institution", "adjudicated mentally deficient", "communists", "sovereign citizens", of supplying the Italian Mob with guns through "straw purchases" to "Illegal immigrants", and other bizarre

nonsense, showing no restraint in accusations nor willingness to fabricate evidence and submit fraudulent statements to the Courts.

4. 2/14/23 the Respondents' Task Force was found to have violated two counts 210.35 Sworn False Statements to the Grand Jury in the 2nd Degree to unlawfully indict couple, and are currently being sued by Defendant-Petitioner. This 270.21 count constitutes retaliatory, malicious prosecution for the charges the SWAT team attempted to stop.

Given these historical incidents and the ongoing nature of the harassment, the Innocent Parties are rightfully concerned about the possibility of further abduction, robbery, malicious prosecution, or SWAT-style intimidation attempts under the continued illegal and unconstitutional actions of Respondents. Miss Krenzer has been employed by NYS Office for People with Developmental Disabilities (FLDDSO) since June 2024 as a direct support assistant providing care, and has a major complaint similar to the cases *McKay vs New York* or *Richey vs Sullivan*, her rights having been shamelessly violated by the State since 2013 when she voluntarily saw a doctor after being sexually assaulted. She does not feel safe in her home because of Respondents and associates continued abuses.

WHEREFORE, the Innocent Parties respectfully requests that this Court issue an Order of Protection against the Respondents to ensure the safety and liberty of Fisher and their partner Krenzer, as fears are credible based on past and continuing unlawful acts, and this order is necessary to prevent further undue harm, intimidation, and unlawful actions.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------

THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

--------------------------------------------------------

## MOTION TO COMPEL DISCOVERY PURSUANT TO
## RULE 37(A) / CPLR § 3124 / CPL § 245.20

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court to compel discovery pursuant to Rule 37(a) / CPLR § 3124 / CPL § 245.20, and to issue an Order requiring the Respondents to release all relevant materials and data, including exculpatory information, pursuant to the constitutional principles established in Brady v. Maryland, 373 U.S. 83, and further demanding compliance with FOIL and FOIA provisions.

Defendant-Petitioner asserts that there have been repeated and unlawful denials of requests for discovery in past malicious prosecution, including but not limited to violent 8/18/22 body camera footage and other critical data, all of which are material to the ongoing safety and liberty of Defendant-Petitioner and their family and the eventual conviction of the involved organized criminals under color of law. This motion is grounded in the following:

1. *Brady v. Maryland* and 14th Amendment Due Process violations, as Respondents have failed to provide exculpatory evidence that is crucial to defending against ongoing, malicious prosecutions and as evidence in associated lawsuits.

2. CPL § 245.20 mandates disclosure of material evidence in criminal cases, including bodycam footage, communications, and investigative records. Despite this, repeated requests for such discovery by Defendant-Petitioner's legal counsel and individually have been ignored or denied by Respondents and associates.

3. The FOIL and FOIA provisions governing the release of public records have been violated, with requests for bodycam footage, communications, and related data concerning investigations

into Defendant-Petitioner and their family dating back to October 21, 2021 being consistently denied by Respondents and associates.

4. The Defendant-Petitioner requests the release of all data, metadata, communications, and records collected or retained by Respondents' Interstate Task Force on Illegal Guns and associated agencies, including but not limited to NYSP, SIU, MCAC, ATF, JTTF, Ontario Sheriff's Office, Ontario District Attorney, and the NYAG's Office, or those of any other agencies. This includes critical records associated with investigations and interactions that have unlawfully interfered with the Defendant-Petitioner's business operations, as well as records of 8/18/22, wherein a violent and unconstitutional SWAT assault occurred at Defendant-Petitioner and partner's apartment.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court issue an Order compelling the immediate release of all requested discovery, including but not limited to bodycam footage, data, and metadata, along with all records and communications related to Defendant-Petitioner, their partner Theresa Krenzer, and NY LLC SRRS to ensure full compliance with constitutional discovery obligations and principles, and to prevent further abuse of process and public corruption.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------

THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

## MOTION FOR REMOVAL OF CONSTITUTIONAL COMPLAINT
## PURSUANT TO 28 U.S.C. § 1443(1)

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order granting the removal of this case to federal court pursuant to 28 U.S.C. § 1443(1), due to the denial of Defendant-Petitioner's federally protected rights and the significant constitutional question raised by the present prosecution under NYPL § 270.21.

Defendant-Petitioner asserts the following grounds for this motion:

1. **Denial or Inability to Enforce Civil Rights:** Defendant-Petitioner will be denied or is unable to enforce their civil rights, specifically under laws providing for equal protection of civil rights, in the state or city court criminal proceeding. The state's prosecution of Defendant-Petitioner under NYPL § 270.21 constitutes malicious prosecution and retaliatory enforcement, which violates the Defendant-Petitioner's constitutional rights, including but not limited to rights protected under 42 U.S.C. § 1983.

2. **Federal Preemption and Constitutional Law Claims**: The issues in this case, including malicious prosecution, retaliatory enforcement, and violations of constitutional rights, raise federal preemption and federal constitutional law concerns. These issues require adjudication in a federal court with proper jurisdiction over matters that involve both federal law and the Defendant-Petitioner's federally protected rights.

3. **Inconvenience of Travel and Related Federal Case**: The Defendant-Petitioner faces significant inconvenience in traveling to the Onondaga County Criminal Court in Syracuse for proceedings in this case. Furthermore, District Court Judge Honorable John L. Sinatra Jr. is hearing closely related constitutional claims in *Heeter v. James* in Buffalo, which presents a

more geographically convenient venue for the Defendant-Petitioner, particularly given the religious leadership of the Keepers organization, which is headquartered in Ohio. Removing this case to the appropriate federal jurisdiction would facilitate more effective and efficient litigation.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court issue an Order of Removal of this case to federal court under 28 U.S.C. § 1443(1), granting jurisdiction to the federal courts over these federally preempted constitutional issues, and further requests any relief as the Court deems just and proper in the interests of justice and convenience.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,
Plaintiff,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

--------------------------------------------------------

### MOTION TO COMPEL GRAND JURY INVESTIGATION PURSUANT TO CPL § 190.50

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated December 18, 2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court for an order pursuant to CPL § 190.50 compelling a Grand Jury investigation into the actions of the Respondents, who, by and through their organized criminal enterprises operating under color of law (including but not limited to the Democratic Party and Governor Hochul's Interstate Task Force on Illegal Guns), have engaged in a clear and pervasive pattern of public corruption, unlawful harassment, malicious prosecutions, interference in interstate commerce, and other criminal conduct resulting in systemic violations of constitutional rights against Defendant-Petitioner and their family, their business, their religious community, and the People at large.

Defendant-Petitioner asserts the following grounds for this motion:

1. **Reasonable Belief of Criminal Conduct**: Defendant-Petitioner, their family, and their community reasonably believe that Respondents have participated in and facilitated organized criminal conduct under the guise of law enforcement, which has directly and unlawfully harmed Defendant-Petitioner, their family, and their business operations, as well as other businesses and religious communities in the region.

2. **Pattern of Abuse and Corruption**: The conduct of the Respondents, acting under color of law, has established a pattern of criminal acts including malicious prosecutions, unlawful harassment, and interference with interstate commerce, all aimed at undermining constitutional rights in furtherance of an unconstitutional disarmament agenda, with absolutely no tangible benefit to public safety or law enforcement.

3. **Constitutional Violations and Harassment**: The actions of Respondents have led to a series of systematic constitutional violations, including infringements on Second Amendment rights, First Amendment rights related to religious practice, and other civil liberties, all orchestrated through organized governmental power structures such as the Interstate Task Force on Illegal Guns. These abuses have been widely recognized by the Defendant-Petitioner's community and supporters.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court grant an Order compelling the convening of a Grand Jury investigation to further examine and hold accountable the Respondents for the described unlawful actions, their involvement in public corruption, and their systematic violations of the Defendant-Petitioner's constitutional rights, as well as the rights of other affected parties.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,
Plaintiff,

-vs-

KEENAN FISHER,
Defendant-Petitioner.

-------------------------------------------------------

## MOTION REQUESTING THE UNITED STATES ATTORNEY GENERAL TO CONDUCT GRAND JURY INVESTIGATION

PLEASE TAKE NOTICE that, pursuant to CPL § 190.50, and in light of the grave concerns raised regarding the integrity of the investigation and prosecution in this matter, the Defendant-Petitioner hereby requests an order from this Court directing the United States Attorney General (US AG) to initiate and oversee a Grand Jury investigation into the criminal conduct alleged in this case.

Defendant-Petitioner submits that:

1. **Conflict of Interest and Bias of New York Attorney General**: The New York Attorney General's Office, under the leadership of Letitia James, is implicated in the ongoing criminal conduct in this case. The Defendant-Petitioner has reasonable belief that the NY AG's office, and by extension the Respondent(s), have engaged in a pattern of malicious prosecution, abuse of power, and violations of constitutional rights against the Defendant-Petitioner and their family, business, and religious community. Given the NY AG's involvement in the Hochul Interstate Task Force on Illegal Guns and other relevant initiatives, it is impossible for the NY AG's office to fairly and impartially oversee or investigate these claims.

2. **Need for Independent and Impartial Investigation**: Given the nature of the alleged constitutional violations and the involvement of state actors who are themselves the subject of the investigation, it is necessary to remove this matter from the jurisdiction of the NY AG and direct the United States Attorney General to take over the investigation. This will ensure an unbiased, fair, and independent Grand Jury investigation, in line with the Defendant-Petitioner's right to due process under the U.S. Constitution.

3. **Federal Oversight of Constitutional Violations**: The alleged actions by state actors, including the NY AG's office, are in direct violation of federally protected rights, including rights under the First and Second Amendments, and 42 U.S.C. § 1983. As such, the issues at stake involve federal preemption and require federal jurisdiction and oversight. The US AG's office is best positioned to investigate these violations impartially.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court issue an Order directing the United States Attorney General to initiate and oversee a Grand Jury investigation into the criminal conduct alleged stretching back to October 2021, including this malicious prosecution, abuse of power, and violations of constitutional rights committed by state actors and their associated criminal enterprises.

Dated: December 18, 2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant, Mississippi 39063
716-298-7551

To:
William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

Here is a combined Sample Order for the two motions:

---

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

--------------------------------------------------------
PEOPLE OF THE STATE OF NEW YORK,
Plaintiff,

-vs-

KEENAN FISHER,
Innocent Party.

--------------------------------------------------------

## ORDER GRANTING MOTION TO REQUEST THE UNITED STATES ATTORNEY GENERAL CONDUCT GRAND JURY INVESTIGATION

Upon the motion of Innocent Party, Keenan Fisher, and after considering the allegations of misconduct, the Innocent Party's constitutional claims, and the involvement of the New York Attorney General's Office in the matters surrounding this case, it is hereby:

ORDERED, that the Innocent Party's motion for the issuance of an order compelling the United States Attorney General to conduct a Grand Jury investigation is GRANTED. The Court finds that there is reasonable belief that the New York Attorney General's Office, as represented by Letitia James, is implicated in a pattern of malicious prosecution, abuse of power, and constitutional rights violations against the Innocent Party, their family, business, and religious community, and thus cannot fairly and impartially investigate the claims herein; and it is further

ORDERED, that the Court directs the United States Attorney General to assume responsibility for the investigation into the alleged criminal activities committed by state actors operating under color of law, including but not limited to those involved with the Hochul Interstate Task Force on Illegal Guns and any related law enforcement agencies; and it is further

ORDERED, that the Court finds that the alleged violations of the Innocent Party's federally protected rights, including rights under the First Second, Fourth and Fourteenth Amendments, and 42 U.S.C. §§ 1983, 1985(3), 1985(2), § 1951 Hobbs Act Interference in Interstate Commerce raise substantial questions of state corruption ignoring constitutional law and require federal jurisdiction for a fair and impartial investigation; and it is further

ORDERED, that in light of the Innocent Party's family ties to Washington, D.C., and the substantial federal constitutional questions at stake in ongoing State corruption, the Grand Jury investigation will proceed under the jurisdiction of the United States District Court for the District of Columbia. This location is selected as the least favorable to New York state influence over judges, and most favorable to the United States Attorney General's fair hearing of claims, ensuring the independence and fairness of the investigation; and it is further

ORDERED, that this matter be subject to all federal procedural rules and protections, including the Innocent Party's right to a fair and impartial investigation, and that all law enforcement data, metadata, and evidence related to the criminal conduct alleged be turned over to the United States Attorney General for further review and action.

IT IS SO ORDERED.

Dated: _____
Syracuse, New York

Honorable _____
Syracuse Criminal Court Justice
Onondaga County

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-------------------------------------------------------
THE STATE OF NEW YORK,

-vs-

KEENAN FISHER,
Defendant-Petitioner

-------------------------------------------------------

**NOTICE OF MOTION FOR BILL OF PARTICULARS PURSUANT TO CPL § 200.95**

PLEASE TAKE NOTICE that upon the affirmation of Defendant-Petitioner Keenan Fisher, dated 12/18/2024, and all prior pleadings and proceedings herein, the Defendant-Petitioner hereby moves this Court, pursuant to CPL § 200.95, for an order directing the prosecution to provide a Bill of Particulars specifying the following:

1. The specific basis for the prosecution's claim that Defendant-Petitioner is not engaged in an "eligible profession" under the relevant statutes;

2. The justification for deeming the Defendant-Petitioner's 2021 purchase and/or possession to be unlawful;

3. A detailed explanation as to the reasoning for this charge, beyond any alleged reliance on orders from District Attorney William Fitzpatrick's "boss," including the full name and identity of the individual who allegedly issued such orders to the Syracuse Police Department;


PLEASE TAKE FURTHER NOTICE that the requested Bill of Particulars is essential to clarify the prosecution's allegations, ensure the Defendant-Petitioner's ability to prepare an adequate defense, and expose any potential prosecutorial misconduct or retaliatory motive associated with the initiation of this charge.

WHEREFORE, the Defendant-Petitioner respectfully requests that this Court grant the requested relief and any other such relief as the Court deems just and proper.

Dated: 12/18/2024
Syracuse, New York

Respectfully submitted,

Keenan Fisher
Defendant-Petitioner
4031 Fowler Road
Durant Mississippi 39063
716-298-7551

To: William Fitzpatrick
Onondaga County District Attorney
505 S State Street
Syracuse, NY 13202

[Sample Order]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
SYRACUSE CITY CRIMINAL COURT

-----------------------------------------------------------

THE STATE OF NEW YORK,


-vs-


KEENAN FISHER,
Defendant-Petitioner.


-----------------------------------------------------------

## ORDER FOR BILL OF PARTICULARS

Upon review of Defendant-Petitioner's request and pursuant to CPL § 200.95, it is hereby:

ORDERED that the prosecution provide an immediate Bill of Particulars addressing the following:

1. A specific basis for claiming the Defendant-Petitioner is not engaged in an "eligible profession";


2. Justification for deeming the Defendant-Petitioner's 2021 purchase and/or possession unlawful;


3. A detailed explanation of reasoning for the charge beyond the orders of DA Fitzpatrick's "boss" whom he conferenced with during this incident, including the name of said individual whom SYR police allege issued such orders; and



IT IS FURTHER ORDERED that a Bill of Particulars be similarly issued to and obtained from the identified "boss" or individual referenced by the prosecution.

The foregoing disclosures are deemed necessary for clarity of the allegations, to ensure compliance with due process, and to evaluate potential prosecutorial misconduct or retaliatory motives of the individual who instructed DA Fitzpatrick to press this charge

IT IS SO ORDERED.

Dated: 12/18/2024
Syracuse, New York

HON. _____
Syracuse City Criminal Court Judge

**PERSONAL AFFIDAVIT OF KEENAN FISHER**

In Support of Complaint Against Public Defender John Marshall and Onondaga DA

I, Keenan Fisher, on information and belief under penalty of perjury, do hereby state and affirm the following:

My family, like so many American families, has carried the burden of this country's promise and its contradictions across its generations. I file this affidavit not only as a citizen but as a Person- an individual who, under the Constitution and under natural law, is guaranteed Justice, Dignity, and Due Process, regardless of wealth, race, sex, creed, religion, national origin, social class or personal expressions.

Due to the national political climate, framed under the standards emerged under Bruen, it is important to recognize the role of deep American history in our claims. My family's story is woven into that American history- not through privilege, but through perseverance, contribution, and suffering at the hands of the state. I invoke our legacy now to remind this Court and the public of the historical tradition of resistance to unjust power, and the duty of courts and public servants to uphold due process as the most sacred trust in a free society.

In just my maternal grandfather's line alone, four distinct and documented ancestors across centuries represent to us the ideals this country has claimed to embody.

Captain Henry Hudson, my greatxgrandfather, embarked on explorations for the "Northwest Passage" not rooted in conquest, but in diplomacy, trade and peaceful contact and exchange of ideas and culture. He held respect for the Indigenous nations he encountered, and harshly disciplined his men for mistreating Native peoples. He was betrayed by a mutinous Dutch crew and left to die in the icy waters of the bay that carries his name on colonial maps. The Hudson River is truly the Mahicannittuk, the Ka'nón:no, the Muhheakantuck- and like the majority my family believes our shared continental culture and history is much deeper when every voice is heard. Hudson's death by mutiny was not but a warning: even peaceful explorers, errand boys of Empire, are silenced when they stand in the way of the greed of that empire.

John Bartram, Quaker botanist and my ancestor, stood at the beginning of America's national scientific and educational promise. Born in 1699, he created the first botanic garden in the colonies and cultivated peaceful international scientific cooperation with Europe. Swedish botanist and taxonomist Carl Linnaeus said he was the "greatest natural botanist in the world." Bartram saw nature not as a resource to be conquered, but as a gift to be studied, shared, and preserved, his gardens a national landmark and public resource in Philadelphia. The fact that Bartram was allowed to flourish in a colonial society that still bore deep injustice should remind us what people can achieve when they are granted safety and freedom to pursue truth and scientific discovery to all our benefits.

Corporal Theodore Hudson, my Civil War ancestor, fought as a Union soldier with the 26th Pennsylvania Volunteers. A patriot abolitionist, he carried his fiddle with him to get the boys signing on John Browns soul marching on, and uplift the spirits of weary soldiers after their brutal battles on campaign. He fought against the Confederacy not just for the Union, but for the soul of America and the dignity of his fellow man. Today, the family still bears his sword, rifle and fiddle as reminders of the sacrifice required for equality, and his descendants continue in his spirit of volunteer service in the Army, Navy, and Air Force.

And most sacred to us is Susanna Martin, my greatx grandmother, whose name appears on the stone at Gallows Hill in Salem. She was wrongfully tried twice, over a period of 25 years, by malicious prosecutors who could not silence her righteous criticism of powerful men. She was outspoken and unafraid to challenge the bad behaviors of others and the authority of the theocrats that used superstition to steal land and execute innocents. She was mocked, slandered, and eventually hung by the neck as a so-called witch, but our family holds her up as a saint- sharp-tongued, clever, truly faithful, and undefeatable in spirit.

Her court record speaks for itself, and I include it below not as a novelty, but as evidence of the deep legacy of state abuse against defiant women and men. Susannah gave no quarter. She was a bully of bullies, and her voice echoes still:

> *Magistrate: Do you know this woman?*
*Abigail Williams saith it is goody Martin, she hath hurt me often.*
*Others by fits were hindered from speaking.*
*Marcy Lewis pointed at her and fell into a little fit.*
*Ann Putnam threw her glove in a fit at her.*

*............... Susanna laughed ...............*

*Magistrate: What! Do you laugh at it?*
*Martin: Well I may at such folly.*
*Magistrate: Is this folly? The hurt of persons?*
*Martin: I never hurt man or woman or child.*
*Marcy: She hath hurt me a great many times and pulls me down.*

*Then Martin laughed again.*

It was said that no witch could recite scripture. Susannah quoted it freely, standing on the Bible as her shield. She was not executed for any crime, but because powerful men wished to take her land after her husband's death, silence her tongue, and punish for her refusal to bow to arbitrary authority.

Today, how is the treatment of Susannah Martin- her presumption of guilt, the abuse of public process, denial of state representation and execution without real evidence- any different

than what we see happening again in the abuses of due process against native born Americans and our immigrant neighbors today? From refugees shipped to concentration camps in El Salvador to citizens denied legal protections in our courts, we are watching the Salem trials happen again; this time the witchhunts being conducted by masked federal inquistitors with the aid of their state and local henchmen.

A working professional targeted for both my creed, religious beliefs and protected expression across malicious prosecutions 22-07-085A&B which have sat unsealed for years and tainted CR-13148-24 in 2025, I now find myself mocked by a public defender- John Marshall- for calling the state's misconduct across multiple malicious prosecutions a witchhunt. As outlined in the attached Complaint, John Marshall violated my 6th Amendment rights, purposefully ignoring my fully established defense to protect the DAs office from the legal consequences of filing false charges and deny my access to discovery to best protect my family from continued governmental abuses.

This is not a footnote to American history: it is American history. The abuse of power, the denial of due process, the silencing of the outspoken poor and faithful seems to continue unyielding. And it must end. As one person, from one American family, among millions of others with family histories as powerfully American as my own, I submit this complaint in the spirit of those who came before me- not as a victim, but as an ardent Defender of my own rights and a sword avenging those denied their.

The sacrifices and triumphs of the People in the American tapestry like Susannah Martin demand that not just their descendants but All Persons be granted the rights they are promised by the Constitution and too often denied: Justice, Dignity, Liberty, Free Expression and Due Process. The Constitution guarantees these not only to citizens, but to all Persons. If those promises mean anything, they must be enforced.

Let this cover stand as sworn affidavit to my complaint, as one voice among many who refuse to accept the erosion of justice in this country.

Respectfully submitted,
Keenan Fisher

22-CV-6490
24-CV-6007

415 c

To: Attorney Grievance Committee
Fifth Judicial District
224 Harrison Street, Suite 408
Syracuse, NY 13202

From: Keenan Fisher
4031 Fowler Road
Durant Mississippi 39063
716-298-7551

Date: April 15, 2025
Re: **Formal Grievance Against John Marshal, Esq. – Denial of Due Process, Collusion, and Misconduct**

I am filing a formal grievance against Public Defender John Marshal, Esq., who was appointed to limited representation in the case of People v. Fisher in Syracuse City Court for one count 270.21 (CR-13148-24). This malicious charge accompanied the unlawful seizure of my holy articles on 12/5/24 by SYR officers on orders of the Onondaga DA after an extended, baseless public detention. On 12/18/24, I arrived for arraignment with my Omnibus Defense, Motions & Sample Orders, and evidence including a letter of support and good intent from 501c3 religious leadership about the importance of this case to the constitutional rights of our community as Keepers of the Way of the Mandalore.

I accepted John Marshall as limited counsel for filing purposes only to please the court, after clearly stating on record and in writing that I would not authorize him to draft or submit motions on my behalf as my defense was already prepared for an emergency review. Despite this, John Marshall, acting under color of law in his official capacity as a court-appointed limited representation, engaged in conduct that caused a chilling effect on the Plaintiff's ability to seek redress, due process, and justice through the courts:

1. Refused to file any motions I had prepared for my expedited defense since 12/18/24, in violation of my Sixth Amendment right to present a defense.

2. Drafted and submitted an inferior motion to dismiss the case without my consent or review, and against my direct instruction to him, the DA and the Court. I had to request a copy of the motion from the attorney, which he finally decided he would provide on 4/16/25 after providing ample evidence through communications he had no intent to allow me to achieve any of my defensive objectives out of loyalty to prosecutors.

3. Accessed and shared my personal evidence folder with the District Attorney's Office outside of discovery and without my permission, including at least my Range Safety Officer (RSO) certificate. This was a breach of confidentiality, a violation of CPL Article 245 discovery law, and

may constitute collusion with DA, especially when taken in context with the Attorney's confessory texts.

4. Made derogatory and sarcastic remarks about my religion and defense theory, referring to the Interstate Task Force on Illegal Guns (previously documented in tainting 58-count case 22-07-085A) as the "'Task Force'" in quotation marks as if it doesn't exist.

5. Took actions that violate clearly established constitutional law which no reasonable public defender in his position would have believed such conduct to be lawful, his acts constituting both a deprivation of rights under 42 U.S.C. § 1983 and a chilling effect on the exercise of core constitutional protections.

### Linked & Tainting Malicious Prosecution Background

The Onondaga DA is a clearly established member organ of the Interstate Task Force on Illegal Guns beyond any doubt or Marshall's flippant dismissal, which Hochul announced in press conference 1/26/22- one day before the Task Force kettle trapped me and my partner Theresa with a freight train and kidnapped us off the street, robbed our licensed legal import/export FFL, and maliciously prosecuted us on a paired 116 fabricated felony charges in 22-07-085A and 22-07-085B. 1/27/22 is Holocaust Remembrance Day, and they used a train to trap me and my queer Jewish girlfriend after luring us into work for a "Final Inspection" (to have been ATF agent Wilkin's 4th illegal fishing expedition in our first year). The Task Force continued its abuse through the trial, sending an ATF/NYSP SWAT team to serve unofficial papers and try to threaten us into not filing a lawsuit against them. We filed our federal lawsuit 10/14/22. Hon Ontario County Court Judge Brian Dennis overseeing the cases found the Task Force agents Wilkins and Bonham among others in violation of x2 counts 210.35 Sworn False Statements to the Grand Jury in the 2nd Degree to unlawfully indict us on felony gun charges we were Exempt to under obvious NY law, and all counts were dismissed against us on 2/14/23. On 2/17/23, Judge published his 210.35 & Sealing Orders.

To acquire a warrant, the Task Force agents fed magistrate the same false claims theyd feed the Grand Jury and ATF hearing, providing a materially false statement/instrument from Office of NICS Appeals and SAFE Act lawyer Charles Vaas that Theresa had been "involuntarily committed to a mental institution in 2013/2014". Theresa saw a doctor after being raped and was misreported to NICS without notice or due process like the thousands of others affected in the scheme outlined in *McKay vs New York, Susman vs Sullivan, Richey vs Sullivan*, etc. These are not fantasized abuses, these are the cases of a nurse, a veteran, an FBI counterterrorism agent, and lifelong hunter and small business owner Theresa, all with standing, showcasing a systemic abuse of citizens constitutional rights by NYS. The Task Force, thru collusion with Ontario Sheriff's Cirencione to breach fiduciary duty in agreement by email and take *no* action on my *shall-issue* NYS gun permits to invent a theory of prosecution (that i had no license, despite my FFL 08 Import/Export and AECA International dealer licenses exempting me from needing a NYS permit to operate my legal interstate business).  Theresa's rights have yet to be restored by NYS, and the Task Force refuses to return thousands of dollars in stolen legal

commercial and personal property, attempts at justice chilled by WDNY Siragusa until his quick recusal from 24-cv-6007 for de novo review 3/7/25 and my quick appeal to force the same ruling and end his regime protectionism in our coplaintiffed cases.

Malicious prosecutions 22-07-085A/B were supposedly sealed by 2/17/23 Court order, and we filed 1983/RICO/FTCA/etc lawsuits against the criminals which Task Force leadership AG James took over the defense of (24-cv-6007 & 22-cv-6440). However, those sealing orders were maliciously never processed, and on 12/5/24 the SYR officers/DA accused me of having "pending felony charges" while filing yet another false instrument against me to disrupt my business and interfere with my rights. Further complicating and tainting this 59th malicious state charge against me in CR-13148-24, I was fingerprinted in Syracuse court systems under 22-07-085A twice- not the proper 270.21 charge and out of Ontario jurisdiction. This repeated taint of a supposedly closed case demanded strict scrutiny and investigation from the Court and any defense counsel to press to uncover misconduct against members of a very real Task Force that's already committed documented crime against me and is maintaining Forever Investigation in violation of my and my family's rights if my best interests were in mind.

Refusal to properly seal these entwined malicious cases is leaving us a target for the most repressive and dangerously unconstitutional US regime in our lifetimes. We are not "homegrowns" as NYS is framing us as after its nazi goons were found guilty of witchhunt #1 and #2 on 2/14/23. If anyone's a terrorist who should be in an El Salvadoran deathcamp it's not me, it's every organized criminal member of Hochul's very real criminal enterprise, the Interstate Task Force on Illegal Guns.

The attorney belittled my well-documented claim of malicious prosecutions showing clear bias toward state prosecutors best interests over mine, with no respect for the years of state abuse we've suffered so far, as well as disrespect for my religious claims and legal position, and outright contempt for my rights as a lawful defendant and Innocent Party trying to exercise my rights to protect my family from further harm by malicious state actors under color of law. The Pubkic Defender's pigheaded carelessness and ego have directly put us in danger when we had a chance to right a continuing wrong. My partner and I have always acted lawfully, in accordance with our religious beliefs and morals trying to support our community's health and safety through free education, donations to foster kids and at risk community members, deescalating trying to keep college kids from getting their teeth bashed in as a observing medics at protests. All of that is constitutionally protected and just behavior, not criminality. We are not nor never have been as accused in 22-07-085A/B "Russian assets", "militia leaders", "drug dealers", "involuntarily committed to a mental institution", "supporters of terrorism", nor "communists aligned with the sovereign citizens movement". We are verifiably not the criminals in these linked malicious case by Judicial decree. Since our business was shuttered by way of armed RICO Interference in Interstate Commerce 1/27/22, we've still provided as much relief to the downtrodden as we can, sending over a months rent to evacuate Ukrainian civilians, donating our books to WAVAW rape crisis center's Halloween fundraiser, etc.

I am not out of line for demanding immediate and *legally cutthroat* redress of these tainting "pending" felony charges and an audit of the Task Force misconduct and unlawfully retained defamatory "investigative material" to protect us from a concentration camp and save our religious siblings from future NYS harassment.

None of this is funny or dismissible. We already experienced the terror of a Kristalnacht practice run by a fascist government on 1/27/22. John Marshall took away my and my family's hope of regaining some small amount of security.

### In Privileged Communication

With the contact info provided by the court for my filing aid, Marshall was emailed on April 4th to prep my filings as assisting counsel:
KF>*Galactic Outfitters LTD (galacticoutfittersltd@gmail.com) has invited you to comment on the following shared folder:*

*hey John,*
*here's access to the case folder.*
*"Syracuse Armor Ban Challenge" is my case, and the motions all have attached sample orders (but they're dated 12/18/24).*

You'll note I don't ask a single question. I am not looking for any advice, nor am I interested in, if anything, he might be working on in relation to **_my_** case, as that was not his role. You may access the drive link below for my Defense Folder.

In our first phonecall he told me he was going to send my RSO to help the DA dismiss the case, and I verbally told him not to and I had a defense prepared, and I texted him on April 9th and tried to be nice to him but firm in defense of my rights:

KF> *"Hey this is Keenan w cr-13148-24. Have you had a chance to view the Omnibus / motions at https://drive.google.com/drive/folders/11exuAytaEwAa6XUkIFhT1d4sjtDmjKP8*

*I'm 100% impressed you jumped on a dismissal action to make sure I'll be free, we didn't expect to hear from a appointed before showing up on 4/15. We know we win and the DA has nada, thats granted. Legal cake. But pressingly/for safety reasons I need to use the Discovery phase to milk the gestapo of all unlawfully retained "investigative" material to add in our active lawsuits vs the Task Force and the new lawsuit I'll be raising against the DA and Syracuse after this witchhunt terminates in my favor.*

*Any DA proceedural request or offers I am incredibly hostile to and oppose. "My client has instructed reply that they do not negotiate with slavecatchers, tyrants and fascists on moral, ethical and religious grounds." is all you need to reply, I waive you from reading them if possible, just file for my evidence. The DAs/LEOs are the criminals here and they know it, so we need to be brutally tough on their crimes to save other people and end the 3 years of abuse my family's*

*experiencing. NY unlawfully labeled us as gang leaders of antifa according to the Kentucky police that searched us without cause in May 2024 moving to Mississippi. NY marked our plates as gang affiliate, and now that lie can get us deported to an El Salvadoran concentration camp.*

*Ill remain reserved, but this has gotta be No Quarter cutthroat on this unready ADA." 11:09am*

He did not reply. I told the DA and Court to accept no filing by him, saying I'd take no offer. I told them if he submitted evidence to DA outside discovery it was without my consent. He called to yell at me for complaining of misconduct for trying to assert my rights. I have a recording of that call to submit to the record.

At the 4/15 hearing, his limp wristed *Heeter*-focused dismissal motion talking about "Greek hoplites" had already been agreed on with ADA behind closed doors without my consent or even a reading in court, and my real defense was ignored despite my objections to present it and demand for access to reciprocal discovery to address the danger of the repeating tainted malicious prosecutions. I was not returned my holy articles as promised by the DA in the courtroom or allowed to read any of the motions submitted.

Following the seconds long court hearing, I attempted to get his motion by text::

KF> *"You're gonna have to send me this motion you wrote and didn't show me." 2:08pm*

JM> *"What is your email address" 3:28pm*

KF> *"GalacticOutfittersLTD@gmail.com" 3:29pm*

JM> *""You're going to have to"... yeah.  Okay." 3:30pm*

KF> *"Please? Like what?" 3:30pm*

JM> *"Congratulations on the dismissal, happy to help get you there. Be safe and have fun while you 'milk the gestapo' and fight the 'Task Force' after this 'witch hunt' by the 'slavecatchers, tyrants and fascists.' However, I wasn't certain what you meant by remaining 'reserved', but your wanting to go 'No Quarter cutthroat on this unready ADA', that crossed multiple lines. I would strongly advise you to refrain from such threats, even if made in private message to your court-appointed attorney." 3:45pm*

These sarcastic and inflammatory remarks not only attempt to grossly misrepresent my statements of intent to *accept no deal, no offer and give no quarter* in my legal defense on the courtroom battlefield to a DA that knowingly filed false a instrument in a clear continuation of a series of RICO crime, kidnapping, robbery, malicious prosecutions, etc to interfere in my rights and interstate commerce, but also demonstrates his open hostility toward an Innocent Party's protected First Amendment speech and religious practice.

Marshall further refused to acknowledge in court that I was fingerprinted under the malicious and supposed to be sealed tainting case 22-07-085A, which the Judge said she was going investigate and never mentioned on 4/15. His refusal to take this context into account when representing me and preventing me from filing my own materials with a prearranged dismissal effectively shielded the District Attorney's Office from judicial scrutiny under Penal Law § 210.10 (filing a false instrument) and other possible misconduct charges and prevented me from accessing the sum of unlawfully retained and materially false "investigative material" held by Task Force elements.

Also expressly annoying, I am a direct maternal descendant of Susannah Martin, hung by the neck as a witch after x2 malicious prosecutions stretching over 25 hard years. My family knows what a witchhunt looks like; the lack of due process afforded to me in NY's repetitive witchtrials and our fire to argue against our criminal accusers draws direct comparison between me and Grandma Martin. In the infamous 1692 witchtrial that condemned her to death she was a widow without means, and the court offered no legal representation but like me she'd prepared her own defense- hers direct from her Bible. They hung my grandmother for quoting Scripture, now I am mocked for quoting Law and asserting my own religious rights by a *court appointed filing aid* who derailed my defense and violated my 6th Amendment.

I replied to his inflammatory, accusatory and outright ridiculous text:

*KF> First it's far from a threat to say I've got my motions and evidence ready to find the criminal cops and DA guilty and want to give no legal quarter. No deals. That's crazy.*

*Second you did not help me at all, but you did deny me due process. All I have to thank you for in this case is:*
*1. Filing without my consent / Denial of Defense*
*2. Providing the DA evidence from my folder outside of discovery / Collusion*
*3. Being a clown.*

*This "I would strongly advise" pretending I was threatening your buddy buddy DA friends with anything but my justice via motion is pure nonsense, and the recording of our phonecall when you said you wouldnt let me go after NY and didn't care about our religion or the tainting case 22-07-085A when you were enraged I complained you sent my RSO without consent REALLY building a case you had my best interest in mind and fought hard to rep them as requested.*

*So you were protecting the DA from their filing a false instrument, and you won't send the motion you wrote just to spite me.*

*That's not misconduct at all lol" 4:04pm*

Crafting his laborious response by 4:48pm, nerves had been struck like I was dealing with a 16 year old girl or lead addled Facebook boomer:

*JM> I'm away from my computer, you'll get the pdf of my motion.  I've also never, in my many years of practice,  had a client fight so hard against getting a case and charge dismissed.  Ever. Whatever you're thinking you're going to do to sue NY or whatever, I have no obligation to assist you with that. My responsibility was to present the best DEFENSE to your case and charge available under the law.  I did that, and the charge was dismissed.  Good for us.*

*As to turning your RSO over to the DA's office, I have an obligation as an attorney licensed in NY to provide reciprocal discovery; the DA must turn over all inculpatory and exculpatory evidence to me, and I must turn over to the DA all exculpatory evidence.  Hence, the RSO that demonstrated you were authorized to possess that material, and I had a duty to turn it over. Thanks for sharing it.*

*As to the other things you said:*

*"Second you did not help me at all, but you did deny me due process."-- I did not deny you anything under the law by getting the case/charge dismissed.*

*"All I have to thank you for in this case is:*

*1. Filing without my consent / Denial of Defense" --I filed the motion because it provided a defense to the charge.  I did not deny you anything.  The Court dismissed the charge based on the DA's motion since it was demonstrated that you have an exception to the statute.*

*"2. Providing the DA evidence from my folder outside of discovery / Collusion" --*
*I did not collude with DA, I simply did my professional duty of reciprocal discovery promptly.*

*"3. Being a clown." -- thanks for that.*

*"...when you said you wouldnt let me go after NY and didn't care about our religion or the tainting case 22-07-085A" -- I don't care what religion you follow, whether Christian or Scientology or Muslim or Mandalore or anything else.  Don't care, do your thing. It is NOT my responsibility, however, to assist you in building some alleged case against NY; it is/was my job to provide the best defense I could to the charge you were facing.  What you do with that is up to you, but the case was successfully dismissed, and you don't have to appear in Syracuse City Court anymore on that.  Congratulations again.*

*"when you were enraged I complained you sent my RSO without consent REALLY building a case you had my best interest in mind and fought hard to rep them as requested." -- Again, not my job or role to help you 'build your case' for whatever you're complaining of.  I was not, at any point, enraged.  It appears that you were/are upset that I didn't join you in your fight against your perceived oppressors or the "tyrants" and, instead, got your case dismissed and proved to the court that this charge was incorrectly made and levied against you.  Case closed, as to me.*

*When I get to my computer, I'll forward the motion pdf.   Take care, be safe, good luck with your issues." 4:48pm*

He refused to send me his toothless motion (which he could have just forwarded to me immediately at 2:08pm along with DAs motion which I've also yet to see) until the next day April 16th @ 1:48pm. I told this man I did not trust him and would accept nothing he wrote by phone when he overstepped his authority and called to yell at me for contacting the judge and DA to refute him, and he violated his professional duties to spite me and protect his Onondaga DA colleagues from my full defense. I realized why: just like Wilkins and Bonham in 22-07-085A that District Attorneys, Assistant District Attorneys, and even Public Defenders can be listed as Giglio-impaired or subject to Brady disclosures if they have credibility issues or misconduct that would affect their ability to testify truthfully or fulfill constitutional obligations. My case as I demanded it presented might damage the credibility of his ADA friend who Marshall addressed with a "HEY JUST WHO IM LOOKING FOR!" in court before even speaking to me 4/15. Cross-Department collusion like this is a type or public corruption that needs to be examined by the US Attorney General by Grand Jury investigation.

I don't and cannot care about the careers of his ADA friend or DA Fitz when our lives our at stake. A known Task Force organ knowingly filing a false instrument to retaliate against me in a repeat joke of a malicious prosecution should be viewed correctly: a §210.10 felony. My defense bench was not space for an attorney working as prosecutors' misconduct shield. This state is beyond corrupt, from its treatment of my partner in 2013 through the hell it has put us Innocent Parties through for thoughtcrimes and exercise of our protected expressions for the last 1175 days, through the extra 131 days of CR-13148-24 witchhunt I just had to deal with where I was kneecapped by the Devil's Advocate John Marshall in Syracuse.

## Summary of Violations

**Violation of NY Rules of Professional Conduct:**

**Rule 1.2(a) - Denying client autonomy in objectives**

**Rule 1.4 - Failure to communicate adequately**

**Rule 1.6 - Breach of confidentiality and unauthorized disclosure**

**Rule 1.7 - Conflict of interest and acting adversely to client**

**Rule 8.4(d) - Conduct prejudicial to the administration of justice**

**Constitutional Violations:**

**Sixth Amendment - Denial of right to present a full and competent defense**

**Fourteenth Amendment - Denial of due process and discovery rights**

**First Amendment - Disrespect and undermining of Free Exercise rights**

Despite my objections on the record, the court allowed Marshall to provide the DA with evidence outside of discovery to dismiss the case over my objections, denying me the opportunity to be heard and properly legally protected against further interference in my religious practice, self defense and lawful interstate commerce. Marshal misrepresented my position and sabotaged my right to bring constitutional challenges and a defense grounded in my sincerely held religious beliefs.

I am formally requesting:

1. An investigation into this attorney's conduct

2. Disciplinary action as appropriate

3. Preservation and review of all court transcripts, motion filings, and any communications or records shared by Marshall with the District Attorney without my consent (ie all records and communications)

4. Audit of payments related to the case, as it is a linked incident to ongoing state conspiracy to interfere with rights and interstate commerce

Thank you for your attention to this serious matter. I am available for follow-up and can provide supporting documentation, including text messages, phone recording, evidence lists, and the 12/18/24 prepared Defensive Omnibus & Motions or religious leadership provided statement I attempted to submit.

Sincerely,
Keenan Fisher
716-298-7551
Galacticoutfittersltd@gmail.com
4031 Fowler Road
Durant Mississippi 39063

CASE INFO ON 4/15 *UPDATE*
TO 952-CW-6440
+ 24-CW-6007

# Syracuse City Court

505 South State Street
Syracuse, NY 13202-2190
(315) 671-2700
VISIT OUR WEBSITE AT: ww2.nycourts.gov/courts/5jd/onondaga/city

| | |
|---|---|
| **Your Court assigned attorney is:** | John Marshall |
| **Attorney Telephone Number:** | 315-410-9894 |
| **You are to appear in Court on:** | 4/15 1:30 |
| **Before Judge:** | ☐Andrews ☐Bogan ☐Cecile ☐Clarke ☐Doherty ☐Magnarelli ☐Pitts-Davis ☐Tadros ☐Thomas ☐Other Dennis - Taylor ☐Felony Part ☐Part 3 Traffic Part ☐Part 4 Criminal Part |
| *FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR YOUR ARREST* | |

**How can I reach my attorney?**
   Call your lawyer immediately and give your lawyer some time to get back to you. This will take longer on weekends and holidays.
   If you have misplaced the attorney's name and number, call the Assigned Counsel Program at 476-2921
**If you are having a problem reaching your assigned attorney:**
   If you are in jail, try to make a collect call to your attorney's office, but be aware that some attorneys do not accept collect calls.
   If your attorney does not accept collect calls:
      Leave a voicemail message on the jail voicemail. Call 435-1690 and as soon as the recorded message picks up, dial your attorney's mailbox number. (Mailbox numbers are posted by the phones in all pods in the Justice Center).
      Try having a family member make a call on your behalf.
      Write your attorney a letter.
**If you are having trouble with your attorney:**
   Discuss your issues with your attorney and attempt to work out the problems.
   You can hire another attorney at your <u>own</u> expense.